**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* URI BASSAN, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., <br><br> Defendant. | Case No. 15-CV-4179-CM-VF |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Omnicare, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entering final judgment in this action on August 18, 2025 ("Judgment") (ECF No. 830; No. 831); and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Dated:  September 15, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Enu Mainigi

Enu Mainigi (*pro hac vice*)
Holly Conley (*pro hac vice*)
William Ashworth (*pro hac vice*)
Beth A. Stewart (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
A. Joshua Podoll (*pro hac vice*)
Benjamin Hazelwood (Bar No. 5001508)
Suzanne Salgado (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

For matters in New York:

650 Fifth Avenue
Suite 1500
New York, NY 10019

*Attorneys for Omnicare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a true and correct copy of the foregoing document was filed electronically through the ECF system and counsel of record received notification via ECF.

Dated:  September 15, 2025                    WILLIAMS & CONNOLLY LLP

/s/ Enu Mainigi
    Enu Mainigi (*pro hac vice*)
    Holly Conley (*pro hac vice*)
    William Ashworth (*pro hac vice*)
    Beth A. Stewart (*pro hac vice*)
    David Randall J. Riskin (*pro hac vice*)
    A. Joshua Podoll (*pro hac vice*)
    Benjamin Hazelwood (Bar No. 5001508)
    Suzanne Salgado (*pro hac vice*)
    680 Maine Avenue, S.W.
    Washington, DC 20024
    (202) 434-5000

For matters in New York:

    650 Fifth Avenue
    Suite 1500
    New York, NY 10019

*Attorneys for Omnicare, Inc.*

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15–cv–04179–CM–VF

| | |
|---|---|
| United States of America ex rel. Uri Bassan, et al v. Omnicare, Inc. | Date Filed: 06/01/2015 |
| Assigned to: Judge Colleen McMahon | Date Terminated: 08/18/2025 |
| Referred to: Magistrate Judge Valerie Figueredo | Jury Demand: Plaintiff |
| Cause: 31:3729 False Claims Act | Nature of Suit: 375 Other Statutes: False Claims Act |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**ABC**
*TERMINATED: 12/13/2019*

**Plaintiff**

**United States of America ex rel. Uri Bassan**

represented by  **Douglas Dehler**
O'Neil, Cannon, Hollman, Dejong & Laing
111 E. Wisconsin Ave.
Suite 1400
Milwaukee, WI 53202
414–291–4671
Email: doug.dehler@wilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
Mahany Law
8112 W Bluemound Road
Suite 101
Wauwatosa, WI 53226
414–258–2375
Fax: 414–777–0776
Email: brian@mahanylaw.com
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**John Schreiber**
O'Neil, Cannon, Hollman, Dejong & Laing
111 E. Wisconsin Ave.
Suite 1400
Milwaukee, WI 53202
414–291–4703
Email: john.schreiber@wilaw.com
*ATTORNEY TO BE NOTICED*

**Laura Lavey**
O'Neil, Cannon, Hollman, Dejong & Laing
111 E. Wisconsin Ave.
Suite 1400
Milwaukee, WI 53202
414–276–5000
Email: laura.lavey@wilaw.com
*TERMINATED: 07/05/2022*

**Jennifer Ann Jude**
United States Attorney's Office SDNY
86 Chambers St.
New York, NY 10007
(212)–637–2663
Fax: (212)–637–2686
Email: jennifer.jude@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Colorado**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Connecticut**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Delaware**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Florida**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Georgia**      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Hawaii**                      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Illinois**                    represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Indiana**                     represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Iowa**                        represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Louisiana**                   represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Maryland**
*TERMINATED: 12/13/2019*

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**Commonwealth of Massachusetts**

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Michigan**

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Minnesota**

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Montana**

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Nevada**

represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of New Jersey**                    represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of New Mexico**                    represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of New York**                      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Elizabeth Joy Kappakas**
U.S. Department of Justice
175 N Street NE
Washington DC, DC 20002
212–305–2479
Email: elizabeth.kappakas@ag.ny.gov
*TERMINATED: 11/18/2020*

**Plaintiff**

**State of North Carolina**                represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Oklahoma**                      represented by **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Rhode Island**                    represented by    **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Tennessee**                    represented by    **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Texas**                    represented by    **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Vermont**                    represented by    **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**Commonwealth of Virginia**                    represented by    **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Washington**      represented by   **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**State of Wisconsin**      represented by   **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Plaintiff**

**District of Columbia**      represented by   **Douglas Dehler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Mahany**
(See above for address)
*TERMINATED: 10/10/2023*
*PRO HAC VICE*

**Catherine Anne Jackson**
DC Oag
Public Advocacy Division
400 6th St. NW
10th Floor
Washington, DC 20001
202–727–3400
Email: catherine.jackson@dc.gov
*ATTORNEY TO BE NOTICED*

**Linda Monroe**
DC Office of the Attorney General
441 4th Street NW
Suite 650 South
Washington, DC 20002
202–442–9886
Email: linda.monroe@dc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Relator Uri Bassan**      represented by   **Timothy Joseph Granitz**
Katers & Granitz, LLC
8112 W Bluemound Road
Suite 101
Milwaukee, WI 53213
414–600–0110
Fax: 414–600–9551
Email: tgranitz@katersgranitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Dehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEF**
*TERMINATED: 12/13/2019*

**Defendant**

**Omnicare, Inc.**                     represented by     **Enu A. Mainigi**
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20005
202–434–5420
Email: emainigi@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Joshua Podoll**
Williams & Connolly
District of Columbia
680 Maine Avenue Southwest
Washington, DC 20024
202–434–5092
Email: apodoll@wc.com
*ATTORNEY TO BE NOTICED*

**Alexander Van Dyke**
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
215–772–0534
Email: alex.vandyke@klinespecter.com
*TERMINATED: 07/12/2023*

**Ashley Suzanne Alexander**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5665
Email: aalexander@wc.com
*ATTORNEY TO BE NOTICED*

**Ashwin Shandilya**
Williams and Connolly, LLP
680 Maine Avenue SW
Washington, DC 20024
240–678–4477
Email: ashandilya@wc.com
*ATTORNEY TO BE NOTICED*

**Benjamin Nicholas Hazelwood**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5159
Email: bhazelwood@wc.com
*ATTORNEY TO BE NOTICED*

**Beth A. Stewart**

Williams & Connolly
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5075
Email: bstewart@wc.com
*ATTORNEY TO BE NOTICED*

**Daniel Boger**
Williams & Connolly LLP
680 Maine Ave., SW
Washington, DC 20024
202–434–5379
Email: dboger@wc.com
*ATTORNEY TO BE NOTICED*

**Daniel Martin Dockery**
Williams & Connolly
680 Maine Avenue, SW
Washington, DC 20024
202–434–5698
Email: ddockery@wc.com
*ATTORNEY TO BE NOTICED*

**David Randall J. Riskin**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5789
Email: driskin@wc.com
*ATTORNEY TO BE NOTICED*

**Edward Webre Plaut**
Williams & Connolly LLP
680 Maine St. SW
Washington, DC 20024
512–739–5552
Email: eplaut@wc.com
*TERMINATED: 09/08/2025*

**Eric Alan Kuhl**
Williams & Connolly LLP (NYC)
650 5th Avenue., Suite 1500
New York, NY 10019
(202)–434–5550
Fax: (202)–434–5029
Email: ekuhl@wc.com
*TERMINATED: 09/08/2025*

**Grant Andrew Geyerman**
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20024
202–434–5000
Fax: 202–480–8264
Email: ggeyerman@wc.com
*ATTORNEY TO BE NOTICED*

**Holly Mackay Conley**
Williams & Connolly LLP
680 Maine Avenue S.W.
Washington, DC 20024
202–434–5000
Email: hconley@wc.com
*ATTORNEY TO BE NOTICED*

**James Sasso**
Williams & Connolly
680 Maine Ave. S.W.
Ste 452
Washington, DC 20024
202–434–5294
Email: jsasso@wc.com
*ATTORNEY TO BE NOTICED*

**Jesse T. Smallwood**
WIlliams & Connolly LLP
District of Columbia
680 Maine Avenue S.W.
Washington, DC 20024
202–434–5000
Email: jsmallwood@wc.com
*ATTORNEY TO BE NOTICED*

**Loryn Helfmann**
Williams & Connolly
680 Maine Ave SW
Washington DC 20024
District of Columbia, DC 20024
202–434–5473
Email: lhelfmann@wc.com
*ATTORNEY TO BE NOTICED*

**Nicholas Andrew Maricic**
Williams & Connolly
680 Maine Ave. SW
Washington, DC 20024
202–434–5242
Email: nmaricic@wc.com
*ATTORNEY TO BE NOTICED*

**Niranjana Menon**
Williams & Connolly
680 Maine Ave SW
Washington, DC 20024
202–434–5028
Email: nmenon@wc.com
*ATTORNEY TO BE NOTICED*

**Perry F. Austin**
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania NW
Washington, DC 20037
202–339–8400
Fax: 202–339–8500
Email: paustin@wc.com
*TERMINATED: 03/08/2023*

**Sara Fatima Dhanji**
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street
Suite 2500
Houston, TX 77010
713–655–1101
Email: sdhanji@azalaw.com
*TERMINATED: 06/16/2023*

**Suzanne Salgado**
Williams & Connolly
680 Maine Avenue SW

Washington
Washington, DC 20024
202–434–5232
Email: ssalgado@wc.com
*ATTORNEY TO BE NOTICED*

**Tyler Infinger**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
202–434–5507
Email: tinfinger@wc.com
*ATTORNEY TO BE NOTICED*

**William Pruitt Ashworth**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5683
Email: washworth@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corporation**                    represented by    **Enu A. Mainigi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Joshua Podoll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander Van Dyke**
(See above for address)
*TERMINATED: 07/12/2023*

**Ashley Suzanne Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashwin Shandilya**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Nicholas Hazelwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Beth A. Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Boger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Martin Dockery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Randall J. Riskin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward Webre Plaut**
(See above for address)
*TERMINATED: 09/08/2025*

**Eric Alan Kuhl**
(See above for address)
*TERMINATED: 09/08/2025*

**Grant Andrew Geyerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Holly Mackay Conley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Sasso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse T. Smallwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Loryn Helfmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Andrew Maricic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niranjana Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Perry F. Austin**
(See above for address)
*TERMINATED: 03/08/2023*

**Sara Fatima Dhanji**
(See above for address)
*TERMINATED: 06/16/2023*

**Suzanne Salgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Infinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Pruitt Ashworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**UNITED STATES OF AMERICA**    represented by    **Jeffrey Kenneth Powell**
US Attorney's Office, SDNY
86 Chambers Street, Room 620
New York, Ny 10007
(212)–637–2706
Fax: (212)–637–2686
Email: jeffrey.powell@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Ann Jude**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Pilar Folch**
United States Attorney's Office
Southern District Of New York
86 Chambers Street, Third Floor
New York, NY 10007
(212)–637–6559
Fax: (212)–637–2730
Email: monica.folch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean–David Barnea**
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
(212) 637–2679
Fax: (212) 637–2717
Email: jean–david.barnea@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy Liss**
86 Chambers Street
Floor 3
New York, NY 10007
212–637–2795
Email: jeremy.liss@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lucas Estlund Issacharoff**
United States Attorney's Office
Southern District Of New York
86 Chambers Street, Third Floor
New York, NY 10007
212–637–2737
Fax: 212–637–2702
Email: Lucas.Issacharoff@usdoj.gov
*TERMINATED: 05/12/2025*

**Samuel Hilliard Dolinger**
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637–2677
Email: samuel.dolinger@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Stephen Seungkun Cha–Kim**
Arnold & Porter Kaye Scholer LLP
Southern District Of New York
250 West 55th Street
New York, NY 10019–9710
212–836–7270
Email: stephen.cha–kim@arnoldporter.com
*TERMINATED: 05/09/2023*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2015 | | Magistrate Judge Debra C. Freeman is so designated. (mps) (Entered: 06/01/2015) |
| 06/01/2015 | 1 | SEALED DOCUMENT placed in vault.(mps) (Entered: 06/01/2015) |
| 06/01/2015 | | Case Designated ECF. (gp) (Entered: 06/09/2022) |
| 08/12/2015 | 2 | SEALED DOCUMENT placed in vault.(mps) (Entered: 08/12/2015) |
| 09/17/2015 | 3 | SEALED DOCUMENT placed in vault.(mps) (Entered: 09/17/2015) |
| 02/09/2016 | 4 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/09/2016) |
| 02/22/2017 | 5 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/22/2017) |
| 08/11/2017 | 6 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/11/2017) |
| 02/09/2018 | 7 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/09/2018) |
| 08/15/2018 | 8 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 08/15/2018) |
| 09/14/2018 | 9 | SEALED DOCUMENT placed in vault.(rz) (Entered: 09/14/2018) |
| 02/21/2019 | 10 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/21/2019) |
| 06/13/2019 | 11 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 06/13/2019) |
| 06/19/2019 | | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge John F. Keenan is no longer assigned to the case. (wb) (Entered: 06/19/2019) |
| 06/19/2019 | 12 | NOTICE OF CASE ASSIGNMENT to Judge Colleen McMahon. Judge Colleen McMahon is no longer assigned to the case. (rz) (Entered: 06/19/2019) |
| 10/16/2019 | 13 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/16/2019) |
| 12/13/2019 | 14 | ORDER IT IS HEREBY ORDERED that: 1. The seal shall be lifted as to this Order and any matter occurring in this action or subsequent to the date of this Order. 2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except as provided for in Paragraph 3 below. 3. The seal shall be lifted as to the Relator's Complaint and the United States' Notice of Election to Intervene, dated October 11, 2019. (Signed by Judge Colleen McMahon on 12/13/2019) (mhe) (Entered: 12/13/2019) |
| 12/13/2019 | 15 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/13/2019) |
| 12/13/2019 | 16 | COMPLAINT against Omnicare, Inc. Document filed by State of Indiana, State of Florida, State of Maryland, Commonwealth of Massachusetts, State of Oklahoma, State of Iowa, District of Columbia, State of Michigan, State of Tennessee, State of Vermont, State of Montana, State of Texas, State of Nevada, State of Connecticut, State of California, State of Louisiana, State of New York, State of North Carolina, State of Wisconsin, State of New Mexico, State of Hawaii, Commonwealth of Virginia, State of Georgia, State of Rhode Island, State of Colorado, United States of America ex rel. Uri Bassan, State of Minnesota, State of Illinois, State of New Jersey, State of Washington, State of Delaware. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(mro) Modified on 12/16/2019 (mro). (Entered: 12/16/2019) |
| 12/13/2019 | 18 | NOTICE OF APPEARANCE by Elizabeth Joy Kappakas on behalf of State of New York. (mml) (Entered: 12/17/2019) |
| 12/13/2019 | 19 | DISTRICT OF COLUMBIA'S NOTICE OF ELECTION TO INTERVENE. Document filed by District of Columbia. * Sealing Order lifted 12/12/2019. (mml) (Entered: 12/17/2019) |
| 12/13/2019 | 20 | ORDER: Upon consideration of the District of Columbia's Notice of Election toIntervene in this case, and for good cause shown, IT IS HEREBY ORDERED, that the District of Columbia is granted up to and including February 11, 2019, to file its complaint in intervention. * Sealing Order lifted 12/12/2019. (Signed by Judge Colleen McMahon on 12/13/2019) (mml) (Entered: 12/17/2019) |

| 12/13/2019 | 21 | ORDER: IT IS ORDERED that, 1. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim; 2. The parties shall serve all notices of appeal upon the Plaintiff States; 3. All orders of this Court shall be sent to the Plaintiff States by the relator; and 4. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the moving party (or parties) must solicit the written consent of the Plaintiff States before applying for Court approval. IT IS FURTHER ORDERED THAT, 1. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen., § 2–604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice. SO ORDERED. State of Maryland terminated. * Sealing Order lifted 12/12/2019. (Signed by Judge Colleen McMahon on 12/13/2019) (mml) (Entered: 12/17/2019) |
|---|---|---|
| 12/13/2019 | 22 | NOTICE OF DECISION TO DECLINE INTERVENTION. * Sealing Order lifted 12/12/2019. (mml) (Entered: 12/17/2019) |
| 12/17/2019 | 17 | INTERVENOR COMPLAINT against Omnicare, Inc., CVS Health Corporation.Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Folch, Monica) (Entered: 12/17/2019) |
| 12/18/2019 | 23 | NOTICE OF APPEARANCE by Jeffrey Kenneth Powell on behalf of UNITED STATES OF AMERICA. (Powell, Jeffrey) (Entered: 12/18/2019) |
| 01/02/2020 | 24 | **FILING ERROR – DEFICIENT SUMMONS REQUEST FILER ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Omnicare, Inc., re: 16 Complaint,,,. Document filed by United States of America ex rel. Uri Bassan. (Dehler, Douglas) Modified on 1/3/2020 (pne). (Entered: 01/02/2020) |
| 01/03/2020 | 25 | REQUEST FOR ISSUANCE OF SUMMONS as to Omnicare, Inc., re: 16 Complaint,,,. Document filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, State of Wisconsin, United States of America ex rel. Uri Bassan. (Dehler, Douglas) (Entered: 01/03/2020) |
| 01/03/2020 | 26 | ELECTRONIC SUMMONS ISSUED as to Omnicare, Inc.. (dnh) (Entered: 01/03/2020) |
| 01/06/2020 | 27 | WAIVER OF SERVICE RETURNED EXECUTED. CVS Health Corporation waiver sent on 12/31/2019, answer due 3/2/2020. Document filed by UNITED STATES OF AMERICA. (Folch, Monica) (Entered: 01/06/2020) |
| 01/06/2020 | 28 | WAIVER OF SERVICE RETURNED EXECUTED. Omnicare, Inc. waiver sent on 12/31/2019, answer due 3/2/2020. Document filed by UNITED STATES OF AMERICA. (Folch, Monica) (Entered: 01/06/2020) |
| 01/22/2020 | 29 | MOTION for Laura J. Lavey to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States of America ex rel. Uri Bassan. (Attachments: # 1 Affidavit Affidavit of Laura J. Lavey, # 2 Exhibit Certificate of Good Standing – Laura J. Lavey, # 3 Text of Proposed Order Proposed Order Pro Hac Vice Admission Laura J. Lavey)(Lavey, Laura) (Entered: 01/22/2020) |
| 01/22/2020 | 30 | MOTION for John R. Schreiber to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18572933. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States of America ex rel. Uri Bassan. (Attachments: # 1 Affidavit Affidavit of John R. Schreiber, # 2 Exhibit Certificate of Good Standing – John R. Schreiber, # 3 Text of Proposed Order Proposed Order Pro Hac Vice Admission John R. Schreiber)(Schreiber, John) (Entered: 01/22/2020) |

| | | |
|---|---|---|
| 01/22/2020 | 31 | NOTICE OF APPEARANCE by Jennifer Ann Jude on behalf of UNITED STATES OF AMERICA. (Jude, Jennifer) (Entered: 01/22/2020) |
| 01/23/2020 | | Pro Hac Vice Fee Payment: for 29 MOTION for Laura J. Lavey to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number ANYSDC–18577196.(Lavey, Laura) (Entered: 01/23/2020) |
| 01/23/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for John R. Schreiber to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18572933. Motion and supporting papers to be reviewed by Clerk's Office staff., 29 MOTION for Laura J. Lavey to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 01/23/2020) |
| 01/23/2020 | 32 | ORDER FOR ADMISSION PRO HAC VICE granting 30 Motion for John R. Schreiber to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/23/2020) (mml) (Entered: 01/23/2020) |
| 01/23/2020 | 33 | ORDER FOR ADMISSION PRO HAC VICE granting 29 Motion for Laura J. Lavey to Appear Pro Hac Vice IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/23/2020) (mml) (Entered: 01/23/2020) |
| 01/23/2020 | 34 | CERTIFICATE OF SERVICE of Pro Hac Vice Filings and Orders served on Plaintiff States and Defendant Omnicare on January 23, 2020. Service was made by Mail. Document filed by United States of America ex rel. Uri Bassan. (Lavey, Laura) (Entered: 01/23/2020) |
| 01/27/2020 | 35 | NOTICE OF APPEARANCE by Daniel Martin Dockery on behalf of CVS Health Corporation, Omnicare, Inc.. (Dockery, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | 36 | FIRST LETTER MOTION for Extension of Time to File Answer re: 16 Complaint,,, addressed to Judge Colleen McMahon from Daniel M. Dockery dated January 27, 2020. Document filed by Omnicare, Inc..(Dockery, Daniel) (Entered: 01/27/2020) |
| 01/27/2020 | 37 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Holly M. Conley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18608312. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Conley, Holly) Modified on 1/27/2020 (vba). (Entered: 01/27/2020) |
| 01/27/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 37 MOTION for Holly M. Conley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18608312. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from SUPREME COURT STATE OF VIRGINIA;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (vba)** (Entered: 01/27/2020) |
| 01/28/2020 | 38 | ORDER granting 36 Letter Motion for Extension of Time to Answer. OK. Omnicare, Inc. answer due 3/2/2020. (Signed by Judge Colleen McMahon on 1/27/2020) (mml) (Entered: 01/28/2020) |
| 01/28/2020 | 39 | CERTIFICATE OF SERVICE of Order (Doc. 38) served on Plaintiff States on January 28, 2020. Service was made by mail. Document filed by United States of America ex rel. Uri Bassan. (Lavey, Laura) (Entered: 01/28/2020) |

| | | |
|---|---|---|
| 01/30/2020 | 40 | MOTION for Holly M. Conley to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Conley, Holly) (Entered: 01/30/2020) |
| 01/30/2020 | 41 | MOTION for Timothy Joseph Granitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18640327. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Uri Bassan. (Attachments: # 1 Affidavit of Timothy Granitz, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Order for Admission Pro Hac Vice)(Granitz, Timothy) (Entered: 01/30/2020) |
| 01/30/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 40 MOTION for Holly M. Conley to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 41 MOTION for Timothy Joseph Granitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18640327. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/30/2020) |
| 01/30/2020 | 42 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CVS Health Corporation.(Dockery, Daniel) (Entered: 01/30/2020) |
| 01/30/2020 | 43 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent CVS Health Corporation for Omnicare, Inc.. Document filed by Omnicare, Inc..(Dockery, Daniel) (Entered: 01/30/2020) |
| 01/30/2020 | 44 | MOTION for Enu Mainigi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18642228. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Mainigi, Enu) (Entered: 01/30/2020) |
| 01/31/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 44 MOTION for Enu Mainigi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18642228. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/31/2020) |
| 01/31/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 44 MOTION for Enu Mainigi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18642228. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 01/31/2020) |
| 01/31/2020 | 45 | ORDER GRANTING MOTION FOR ENU MAINIGI TO PRACTICE PRO HAC VICE granting 44 Motion for Enu Mainigi to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/31/2020) (mml) (Entered: 01/31/2020) |
| 01/31/2020 | 46 | ORDER FOR ADMISSION PRO HAC VICE granting 41 Motion for Timothy Joseph Granitz to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/31/2020) (mml) (Entered: 01/31/2020) |
| 01/31/2020 | 47 | ORDER GRANTING MOTION FOR HOLLY CONLEY TO PRACTICE PRO HAC VICE granting 40 Motion for Holly M. Conley to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/31/2020) (mml) (Entered: 01/31/2020) |

| 01/31/2020 | 48 | CERTIFICATE OF SERVICE of Orders (Docs. 45, 46 and 47) served on Plaintiff States on January 31, 2020. Service was made by Mail. Document filed by United States of America ex rel. Uri Bassan..(Lavey, Laura) (Entered: 01/31/2020) |
|---|---|---|
| 01/31/2020 | 49 | CERTIFICATE OF SERVICE of Pro Hac Vice Filings and Orders served on Plaintiff States on 01/31/2020. Service was made by Mail. Document filed by Uri Bassan..(Granitz, Timothy) (Entered: 01/31/2020) |
| 02/03/2020 | 50 | NOTICE OF APPEARANCE by Lucas Estlund Issacharoff on behalf of UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 02/03/2020) |
| 02/07/2020 | 51 | MOTION for Catherine Anne Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18729719. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by District of Columbia. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order).(Jackson, Catherine) (Entered: 02/07/2020) |
| 02/07/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Catherine Anne Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18729719. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 02/07/2020) |
| 02/10/2020 | 52 | ***SELECTED PARTIES*** ORDER FOR ADMISSION PRO HAC VICE granting 51 Motion for Catherine A. Jackson to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 2/10/2020) (cf) (Entered: 02/10/2020) |
| 02/10/2020 | 53 | JOINT LETTER addressed to Judge Colleen McMahon from Monica P. Folch dated February 10, 2020 re: Proposed Schedule. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 02/10/2020) |
| 02/11/2020 | 54 | CERTIFICATE OF SERVICE of Order (Doc. 52) served on Plaintiff States on February 11, 2020. Service was made by Mail. Document filed by United States of America ex rel. Uri Bassan..(Lavey, Laura) (Entered: 02/11/2020) |
| 02/12/2020 | 55 | MEMO ENDORSEMENT on re: (53 in 1:17−cv−04176−CM) Letter filed by UNITED STATES OF AMERICA, (53 in 1:15−cv−04179−CM) Letter filed by UNITED STATES OF AMERICA. ENDORSEMENT: OK to schedule. (Signed by Judge Colleen McMahon on 2/12/2020) ( Amended Pleadings due by 3/12/2020., Motions due by 5/4/2020., Responses due by 7/31/2020, Replies due by 8/13/2020.) (ks) (Entered: 02/12/2020) |
| 03/04/2020 | 56 | FIRST MOTION for Linda Monroe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19006414. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by District of Columbia. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order, # 3 Exhibit Certificate of Good Standing).(Monroe, Linda) (Entered: 03/04/2020) |
| 03/04/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 56 FIRST MOTION for Linda Monroe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−19006414. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/04/2020) |
| 03/05/2020 | 57 | ORDER FOR ADMISSION PRO HAC VICE granting 56 Motion for Linda Monroe to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/5/2020) (mml) (Entered: 03/05/2020) |
| 03/05/2020 | 58 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Catherine A. Jackson, for admission Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/5/2020) (mml) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/05/2020 | 59 | NOTICE OF APPEARANCE by Benjamin Nicholas Hazelwood on behalf of CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/05/2020) |
| 03/12/2020 | 60 | NOTICE OF APPEARANCE by Linda Monroe on behalf of District of Columbia..(Monroe, Linda) (Entered: 03/12/2020) |
| 03/12/2020 | 61 | NOTICE OF APPEARANCE by Catherine Anne Jackson on behalf of District of Columbia..(Jackson, Catherine) (Entered: 03/12/2020) |
| 03/12/2020 | 62 | FIRST LETTER MOTION for Extension of Time *to file Complaint−In−Intervention* addressed to Judge Colleen McMahon from Linda Monroe dated 3/12/2020. Document filed by District of Columbia..(Monroe, Linda) (Entered: 03/12/2020) |
| 03/13/2020 | 63 | ORDER granting 62 Letter Motion for Extension of Time. OK. Motions due by 5/18/2020. (Signed by Judge Colleen McMahon on 3/13/2020) (mml) (Entered: 03/13/2020) |
| 03/24/2020 | 64 | NOTICE of Notice of Election to Decline Intervention. Document filed by District of Columbia..(Monroe, Linda) (Entered: 03/24/2020) |
| 03/25/2020 | 65 | ORDER: It is hereby this 25 day of March 2020, ORDERED that, if any party proposes that this action be dismissed, the District shall have an opportunity to be heard; and in this action it is further ORDERED that all pleadings filed be served on the Office of the Attorney General for the District of Columbia ("Office of the Attorney General"), and all orders issued by the Court be sent to the Office of the Attorney General; and it is further ORDERED that the District may order any deposition transcripts; and it is further ORDERED that the District has the right to intervene at a later date upon a showing of good cause. (Signed by Judge Colleen McMahon on 3/25/2020) (kv) (Entered: 03/25/2020) |
| 04/01/2020 | 66 | CERTIFICATE OF SERVICE of Dkt. Nos. 55,57,58,63 and 65 served on Plaintiff States on April 1, 2020. Service was made by Mail. Document filed by United States of America ex rel. Uri Bassan..(Lavey, Laura) (Entered: 04/01/2020) |
| 05/04/2020 | 67 | MOTION to Dismiss . Document filed by CVS Health Corporation. (Attachments: # 1 Text of Proposed Order).(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 05/04/2020 | 68 | MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss . . Document filed by CVS Health Corporation..(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 05/04/2020 | 69 | MOTION to Dismiss . Document filed by Omnicare, Inc.. (Attachments: # 1 Text of Proposed Order).(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 05/04/2020 | 70 | MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss . . Document filed by Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 05/04/2020 | 71 | MOTION to Dismiss . Document filed by Omnicare, Inc.. (Attachments: # 1 Text of Proposed Order).(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 05/04/2020 | 72 | MEMORANDUM OF LAW in Support re: 71 MOTION to Dismiss . . Document filed by Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 05/04/2020) |
| 06/26/2020 | 73 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Colleen McMahon from Monica Folch dated June 26, 2020. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 06/26/2020) |
| 06/29/2020 | 74 | ORDER granting 73 Letter Motion for Leave to File Excess Pages. OK. (Signed by Judge Colleen McMahon on 6/29/2020) (mml) (Entered: 06/29/2020) |
| 07/09/2020 | 75 | LETTER MOTION to Stay *State FCA Claims* addressed to Judge Colleen McMahon from Douglas P. Dehler dated July 9, 2020. Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 07/09/2020) |
| 07/10/2020 | 76 | LETTER addressed to Judge Colleen McMahon from Holly M. Conley dated July 10, 2020 re: Relator's Motion to Stay. Document filed by CVS Health Corporation, Omnicare, Inc...(Conley, Holly) (Entered: 07/10/2020) |

| 07/10/2020 | 77 | NOTICE OF APPEARANCE by Samuel Hilliard Dolinger on behalf of UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 07/10/2020) |
|---|---|---|
| 07/13/2020 | 78 | LETTER RESPONSE in Opposition to Motion addressed to Judge Colleen McMahon from Holly M. Conley dated July 13, 2020 re: 75 LETTER MOTION to Stay *State FCA Claims* addressed to Judge Colleen McMahon from Douglas P. Dehler dated July 9, 2020. . Document filed by CVS Health Corporation, Omnicare, Inc...(Conley, Holly) (Entered: 07/13/2020) |
| 07/13/2020 | 79 | LETTER addressed to Judge Colleen McMahon from Attorney Douglas Dehler dated July 13, 2020 re: Relator's Motion to Stay and Request for Extension. Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 07/13/2020) |
| 07/13/2020 | 80 | MEMORANDUM OF LAW in Opposition re: 69 MOTION to Dismiss . . Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 07/13/2020) |
| 07/13/2020 | 81 | MEMORANDUM OF LAW in Opposition re: 71 MOTION to Dismiss ., 67 MOTION to Dismiss . . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1).(Folch, Monica) (Entered: 07/13/2020) |
| 07/15/2020 | 82 | LETTER REPLY to Response to Motion addressed to Judge Colleen McMahon from Douglas P. Dehler dated July 15, 2020 re: 75 LETTER MOTION to Stay *State FCA Claims* addressed to Judge Colleen McMahon from Douglas P. Dehler dated July 9, 2020. . Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 07/15/2020) |
| 07/15/2020 | 83 | MEMO ENDORSEMENT on 78 Letter Response denying 75 Letter Motion to Stay. ENDORSEMENT: No stay at this time. Relators must respond to the pending motions. What happens after motions are decided is another matter. (Signed by Judge Colleen McMahon on 7/13/2020) (mml) (Entered: 07/16/2020) |
| 07/16/2020 | 84 | MEMO ENDORSEMENT on re: 82 Reply to Response to Motion, filed by Uri Bassan. ENDORSEMENT: I ruled yesterday. Respond to the motions. (Signed by Judge Colleen McMahon on 7/16/2020) (mml) (Entered: 07/16/2020) |
| 08/13/2020 | 85 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss . . Document filed by Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 08/13/2020) |
| 08/13/2020 | 86 | REPLY MEMORANDUM OF LAW in Support re: 71 MOTION to Dismiss ., 67 MOTION to Dismiss . . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 08/13/2020) |
| 09/04/2020 | 87 | NOTICE of Withdrawal. Document filed by State of New York..(Kappakas, Elizabeth) (Entered: 09/04/2020) |
| 11/18/2020 | 88 | MEMO ENDORSEMENT on re: 87 Notice (Other) filed by State of New York. ENDORSEMENT: Withd– remove from service list. Attorney Elizabeth Joy Kappakas terminated. (Signed by Judge Colleen McMahon on 11/18/2020) (va) (Entered: 11/19/2020) |
| 03/19/2021 | 89 | MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS denying 67 Motion to Dismiss; denying 69 Motion to Dismiss; denying without prejudice to renewal 71 Motion to Dismiss. For the foregoing reasons, Omnicare's and CVS's motions to dismiss the FCA claims is denied. Omnicare's motion to dismiss relator Bassan's state–law claims is also denied, without prejudice to renewal after the federal claims are resolved. The Clerk of the Court is respectfully directed to remove the motions at Dkt. Nos. 67, 69, and 71 from the Court's list of pending motions. (Signed by Judge Colleen McMahon on 3/19/2021) (mml) (Entered: 03/19/2021) |
| 03/26/2021 | 90 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 17 Intervenor Complaint, 16 Complaint,,, addressed to Judge Colleen McMahon from Holly M. Conley dated March 26, 2021. Document filed by CVS Health Corporation, Omnicare, Inc...(Conley, Holly) (Entered: 03/26/2021) |
| 03/29/2021 | 91 | ORDER granting 90 Letter Motion for Extension of Time to Answer re 90 CONSENT LETTER MOTION for Extension of Time to File Answer re: 17 Intervenor Complaint, 16 Complaint,,, addressed to Judge Colleen McMahon from Holly M. Conley dated March 26, 2021. Fine – Send me a proposed form of order. CVS Health Corporation answer due 4/16/2021; Omnicare, Inc. answer due 4/16/2021 (Signed by |

| | | Judge Colleen McMahon on 3/29/2021) (jca) (Entered: 03/29/2021) |
|---|---|---|
| 03/30/2021 | 92 | PROPOSED ORDER. Document filed by CVS Health Corporation, Omnicare, Inc.. Related Document Number: 90 ..(Hazelwood, Benjamin) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/30/2021) |
| 03/30/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 92 Proposed Order was reviewed and approved as to form. (km)** (Entered: 03/30/2021) |
| 04/05/2021 | 93 | ORDER GRANTING DEFENDANTS' LETTER MOTION FOR CLARIFICATION AND EXTENSION: For good cause shown, it is hereby ORDERED that schedule shall be as follows: Defendants' Deadline to Answer the Government's Complaint: April 16, 2021. Defendants' Deadline to Answer or Otherwise Respond to Relator Bassan's Complaint: 30 days after the expiration of the stay of Bassan's claims that was ordered by this Court in its March 19, 2021 order The Clerk is directed to send a copy of this Order to all counsel of record. Omnicare, Inc. answer due 4/16/2021. (Signed by Judge Colleen McMahon on 4/5/2021) (mml) Transmission to Docket Assistant Clerk for processing. (Entered: 04/05/2021) |
| 04/16/2021 | 94 | ANSWER to 17 Intervenor Complaint. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/16/2021) |
| 05/12/2021 | 95 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 05/12/2021) |
| 06/07/2021 | 96 | CERTIFICATE OF SERVICE of Dkt. Nos. 74, 83, 84, 88, 89, 91, 93 served on Plaintiff States and DC on 6–7–21. Service was made by Mail. Document filed by United States of America ex rel. Uri Bassan..(Lavey, Laura) (Entered: 06/07/2021) |
| 11/15/2021 | 97 | MOTION to Transfer Case . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Text of Proposed Order).(Hazelwood, Benjamin) (Entered: 11/15/2021) |
| 11/15/2021 | 98 | MEMORANDUM OF LAW in Support re: 97 MOTION to Transfer Case . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Kathleen Beitzel, # 2 Affidavit of Thomas Moffatt, # 3 Affidavit of Holly Conley, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3).(Hazelwood, Benjamin) (Entered: 11/15/2021) |
| 11/17/2021 | 99 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 97 MOTION to Transfer Case . addressed to Judge Colleen McMahon from Jennifer Jude dated 11/17/21. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 11/17/2021) |
| 11/18/2021 | 100 | ORDER granting 99 Letter Motion for Extension of Time to File Response/Reply re 99 CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 97 MOTION to Transfer Case . addressed to Judge Colleen McMahon from Jennifer Jude dated 11/17/21. Extension granted. Responses due by 12/13/2021 Replies due by 12/23/2021.. (Signed by Judge Colleen McMahon on 11/17/2021) (kv) (Entered: 11/18/2021) |
| 11/29/2021 | 101 | PROPOSED STIPULATION AND ORDER. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 11/29/2021) |
| 11/29/2021 | 102 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...So Ordered. (Signed by Judge Colleen McMahon on 11/29/21) (yv) (Entered: 11/29/2021) |
| 12/13/2021 | 103 | MEMORANDUM OF LAW in Opposition re: 97 MOTION to Transfer Case . . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 12/13/2021) |
| 12/13/2021 | 104 | DECLARATION of Monica P. Folch in Opposition re: 97 MOTION to Transfer Case .. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Jude, Jennifer) (Entered: 12/13/2021) |

| 12/23/2021 | 105 | REPLY MEMORANDUM OF LAW in Support re: 97 MOTION to Transfer Case . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Holly Conley, # 2 Exhibit 4, # 3 Exhibit 5).(Hazelwood, Benjamin) (Entered: 12/23/2021) |
|---|---|---|
| 01/07/2022 | 106 | ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE denying 97 Motion to Transfer Case. For the foregoing reasons, the Defendant's motion to transfer this case is DENIED. This constitutes the decision and order of this Court. It is a written decision. The clerk is directed to close the open motion at Docket Number 97.. (Signed by Judge Colleen McMahon on 1/7/2022) BY ECF TO ALL COUNSEL (kv) (Entered: 01/07/2022) |
| 02/01/2022 | 107 | NOTICE OF APPEARANCE by Stephen Seungkun Cha–Kim on behalf of UNITED STATES OF AMERICA..(Cha–Kim, Stephen) (Entered: 02/01/2022) |
| 04/27/2022 | | Magistrate Judge Valerie Figueredo is so redesignated. (vba) (Entered: 04/27/2022) |
| 04/27/2022 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Valerie Figueredo. Please note that this is a reassignment of the designation only. (vba) (Entered: 04/27/2022) |
| 04/29/2022 | 108 | NOTICE OF CHANGE OF ADDRESS by Benjamin Nicholas Hazelwood on behalf of CVS Health Corporation, DEF, Omnicare, Inc.. New Address: Williams & Connolly, 680 Maine Avenue SW, Washington, District of Columbia, United States 20024, 2024345864..(Hazelwood, Benjamin) (Entered: 04/29/2022) |
| 04/29/2022 | 109 | NOTICE OF CHANGE OF ADDRESS by Enu A. Mainigi on behalf of CVS Health Corporation, Omnicare, Inc.. New Address: Williams & Connolly, 680 Maine Avenue SW, Washington, District of Columbia, United States 20024, 2024345000..(Mainigi, Enu) (Entered: 04/29/2022) |
| 04/29/2022 | 110 | NOTICE OF CHANGE OF ADDRESS by Holly Mackay Conley on behalf of CVS Health Corporation, Omnicare, Inc.. New Address: Williams & Connolly, 680 Maine Avenue SW, Washington, District of Columbia, United States 20024, 2024345000..(Conley, Holly) (Entered: 04/29/2022) |
| 06/30/2022 | 111 | NOTICE of Withdrawal. Document filed by Uri Bassan..(Lavey, Laura) (Entered: 06/30/2022) |
| 07/05/2022 | 112 | MEMO ENDORSEMENT on re: 111 Notice (Other) filed by Uri Bassan. ENDORSEMENT: Take her name off the list of attorneys. Attorney Laura Lavey terminated. (Signed by Judge Colleen McMahon on 7/5/2022) (jca) (Entered: 07/05/2022) |
| 08/01/2022 | 113 | MOTION Entry of Scheduling Order . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Benjamin Hazelwood, # 2 Exhibit 1, # 3 Text of Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 08/01/2022) |
| 08/05/2022 | 114 | LETTER RESPONSE to Motion addressed to Judge Colleen McMahon from Monica P. Folch dated August 5, 2022 re: 113 MOTION Entry of Scheduling Order . . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/05/2022) |
| 08/08/2022 | 115 | REPLY MEMORANDUM OF LAW in Support re: 113 MOTION Entry of Scheduling Order . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Benjamin Hazelwood, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 08/08/2022) |
| 08/08/2022 | 116 | MEMO ENDORSEMENT on re: 114 Response to Motion filed by UNITED STATES OF AMERICA. ENDORSEMENT: Telephone conference scheduled 11:30am 9/6/2022. Dial in 1–888–363–4749, Code 9054506. SO ORDERED. (Telephone Conference set for 9/6/2022 at 11:30 AM before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 8/8/2022) (kv) (Entered: 08/08/2022) |
| 09/06/2022 | 117 | ORDER: Shortly after the conference began, some person or persons who were obviously third parties – members of the press (they were discussing the stuff of headlines), members of the public, representatives of certain states who were not participating in the conference – began talking, loudly, and not on mute. They were |

| | | |
|---|---|---|
| | | discussing various statements that the court had made in the course of telling the parties that they would have a very limited time for discovery, given the amount of time that had passed since this case was filed (2015) and the Government took over prosecution of same (2019). It was not possible for the court to speak directly to counsel, or for counsel to be heard over the babbling in the background. Repeated efforts to silence the background speakers (who may or may not have been aware that we could hear every word they were saying) or to get them to mute their telephones were unsuccessful. Unable to gain control of the conference, I cut it short. The conference will continue later this week on a day and time acceptable to both parties that fits with my schedule. It will be an IN–PERSON hearing in my courtroom, 24A. The press and public, like counsel, are welcome to attend in person. The new time and date will be posted later today, after I hear from the Government and Defendants about availability. (Signed by Judge Colleen McMahon on 9/6/2022) (mml) (Entered: 09/06/2022) |
| 09/06/2022 | 118 | SCHEDULING ORDER: The telephone conference scheduled for September 6, 2022 at 11:30am is continued to Wednesday, September 7 at 2:30pm. The conference will be held in person at 500 Pearl Street, New York, NY 10007, in Courtroom 24A. Status Conference set for 9/7/2022 at 02:30 PM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 9/6/2022) (mml) (Entered: 09/06/2022) |
| 09/06/2022 | | Minute Entry for proceedings held before Judge Colleen McMahon: Telephone Conference held on 9/6/2022. Telephone conference with parties held on defendants motion for entry of scheduling order. Conference continued to 9/7/2022. Submitted by: Caroline Fish. (mde) (Entered: 09/13/2022) |
| 09/07/2022 | 119 | LETTER MOTION for Discovery *requesting referral to Magistrate Judge for imposition of interim discovery deadlines* addressed to Judge Colleen McMahon from Monica P. Folch dated September 7, 2022. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 09/07/2022) |
| 09/07/2022 | 120 | MEMORANDUM OF LAW in Opposition re: 119 LETTER MOTION for Discovery *requesting referral to Magistrate Judge for imposition of interim discovery deadlines* addressed to Judge Colleen McMahon from Monica P. Folch dated September 7, 2022. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/07/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Judge Colleen McMahon: Conference held on 9/7/2022. Conference held on defendants motion for entry of scheduling order and governments motion for referral to magistrate. Order to issue. Transcript will be available on the ECF. Submitted by: Caroline Fish. (Court Reporter Kriss Sellin). (mde) (Entered: 09/13/2022) |
| 09/08/2022 | 121 | SCHEDULING ORDER granting 113 Motion re: 113 MOTION Entry of Scheduling Order ., 119 LETTER MOTION for Discovery *requesting referral to Magistrate Judge for imposition of interim discovery deadlines* addressed to Judge Colleen McMahon from Monica P. Folch dated September 7, 2022. ; terminating 119 Letter Motion for Discovery. The parties must identify 30(b)(6) witnesses by October 7. 30(b)(6) depositions must be completed by November 18. The Government must identify the equivalent of 30(b)(6) witnesses representing the agencies designated by Defendants by October 7. Those depositions must be completed by December 9. ALL DISPUTES RELATING TO OUTSTANDING DISCOVERY REQUESTS, INCLUDING BUT NOT LIMITED TO DISAGREEMENTS OVER SEARCH TERMS, MUST BE RESOLVED BY THE PARTIES BY SEPTEMBER 14 OR SUBMITTED IN WRITING TO MAGISTRATE JUDGE FIGUEREDO BY SEPTEMBER 20. The parties are limited to 20 depositions aside from expert and 30(b)(6) depositions. They should begin as soon as possible and must be completed by April 30, 2023. The absolute fixed deadline for the conclusion of all discovery, fact and expert, is June 30, 2023. I will set a schedule for the inevitable summary judgment motions early next year. The clerk of the court is directed to close the open motions at Docket Numbers 113 and 119.. (Signed by Judge Colleen McMahon on 9/8/2022) (kv) (Entered: 09/08/2022) |
| 09/08/2022 | | Set/Reset Deadlines: Deposition due by 4/30/2023. Discovery due by 6/30/2023. Expert Discovery due by 6/30/2023. Fact Discovery due by 6/30/2023. (kv) (Entered: |

| | | |
|---|---|---|
| | | 09/08/2022) |
| 09/09/2022 | 122 | ORDER REFERRING CASE TO MAGISTRATE JUDGE Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non–Dispositive Motion/Dispute See Dkt. No. 121. Referred to Magistrate Judge Valerie Figueredo. SO ORDERED. (Signed by Judge Colleen McMahon on 9/9/2022) (jca) (Entered: 09/09/2022) |
| 09/12/2022 | 123 | ORDER: A discovery conference is hereby scheduled for Thursday, October 13, 2022 at 11:30 a.m. The parties are directed to submit a joint letter by no later than Tuesday, October 11, 2022, providing the court with a brief description of any outstanding discovery issues the parties wish to discuss at the conference. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 10/13/2022 at 11:30 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 9/12/2022) (rro) (Entered: 09/12/2022) |
| 09/19/2022 | 124 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated September 19, 2022. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/19/2022) |
| 09/20/2022 | 125 | ORDER granting 124 Letter Motion for Extension of Time. Given the Government's representation that it will provide amended interrogatory responses, disputes concerning the Government's interrogatory responses do not have to be submitted in writing to the Court by the September 20, 2022 deadline provided for in the Scheduling Order at ECF No. 121. However, all other "outstanding discovery requests" that have not already been resolved by the parties must be identified in writing by September 20, 2022. The Scheduling Order set an October 7, 2022 deadline for "all responses to outstanding interrogatories." The Government has until October 7, 2022 to provide its amended interrogatory responses. If Defendants want to raise any objections to those amended responses, they must do so as part of the October 11, 2022 letter to the Court, which will identify discovery issues for discussion at the October 13, 2022 conference (see Order at ECF No. 123). (Signed by Magistrate Judge Valerie Figueredo on 9/20/2022) (rro) (Entered: 09/20/2022) |
| 09/20/2022 | 126 | LETTER MOTION to Compel United States to Produce documents addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated September 20, 2022. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Hazelwood, Benjamin) (Entered: 09/20/2022) |
| 09/20/2022 | 127 | LETTER MOTION to Compel Omnicare to produce documents and testimony *concerning dispensing practices at a subset of Omnicare pharmacies* addressed to Magistrate Judge Valerie Figueredo from Monica P. Folch dated September 20, 2022. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Folch, Monica) (Entered: 09/20/2022) |
| 09/21/2022 | 128 | ORDER with respect to 127 Letter Motion to Compel. The issues raised in this letter motion will be addressed at the October 13, 2022 discovery conference. Any response to this letter motion shall be filed no later than Friday, September 30, 2022, and any other disputes the parties wish to address at the conference should be raised in a joint letter to o later than Tuesday, October 11, 2022 (see ECF Nos. 123, 125). SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 9/21/2022) (tg) (Entered: 09/21/2022) |
| 09/21/2022 | | Set/Reset Deadlines: Responses due by 9/30/2022 (tg) (Entered: 09/21/2022) |
| 09/21/2022 | 129 | ORDER with respect to 126 Letter Motion to Compel. The issues raised in this letter motion will be addressed at the October 13, 2022 discovery conference. Any response to this letter motion shall be filed no later than Friday, September 30, 2022, and any other disputes the parties wish to address at the conference should be raised in a joint letter to the Court filed no later than Tuesday, October 11, 2022 (see ECF Nos. 123, 125). SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 9/21/2022) (vfr) (Entered: 09/21/2022) |

| | | |
|---|---|---|
| 09/21/2022 | | Set/Reset Deadlines: Responses due by 9/30/2022 (vfr) (Entered: 09/21/2022) |
| 09/22/2022 | 130 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Perry Franklin Austin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26717464. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit of P. Austin in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Proposed Order).(Austin, Perry) Modified on 9/23/2022 (sgz). (Entered: 09/22/2022) |
| 09/23/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 130 MOTION for Perry Franklin Austin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26717464. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia 804–786–2251. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 09/23/2022) |
| 09/23/2022 | 131 | MOTION for Sara Fatima Dhanji to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26724257. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order ).(Dhanji, Sara) (Entered: 09/23/2022) |
| 09/26/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 131 MOTION for Sara Fatima Dhanji to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26724257. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 09/26/2022) |
| 09/26/2022 | 132 | ORDER GRANTING MOTION FOR SARA FATIMA DHANJI TO PRACTICE PRO HAC VICE granting 131 Motion for Sara Fatima Dhanji to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 9/26/2022) (kv) (Entered: 09/26/2022) |
| 09/30/2022 | 133 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/30/22 re: 126 LETTER MOTION to Compel United States to Produce documents addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated September 20, 2022. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 09/30/2022) |
| 09/30/2022 | 134 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated September 30, 2022 re: 127 LETTER MOTION to Compel Omnicare to produce documents and testimony *concerning dispensing practices at a subset of Omnicare pharmacies* addressed to Magistrate Judge Valerie Figueredo from Monica P. Folch dated September 20, 2022. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A (Declaration of L. Giannini), # 2 Exhibit B (Declaration of M. Lyon), # 3 Exhibit C (Amended Interrogatory Responses)).(Hazelwood, Benjamin) (Entered: 09/30/2022) |
| 10/03/2022 | 135 | MOTION for Perry Franklin Austin to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order ).(Austin, Perry) (Entered: 10/03/2022) |
| 10/04/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 135 MOTION for Perry Franklin Austin to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 10/04/2022) |

| | | |
|---|---|---|
| 10/04/2022 | 136 | ORDER GRANTING MOTION FOR PERRY F. AUSTIN TO PRACTICE PRO HAC VICE granting 135 Motion for Perry Franklin Austin to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 10/4/2022) (kv) (Entered: 10/04/2022) |
| 10/04/2022 | 137 | LETTER MOTION for Extension of Time *to Complete 30(b)(6) Depositions* addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated October 4, 2022. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 10/04/2022) |
| 10/05/2022 | 138 | ORDER: granting 137 Letter Motion for Extension of Time. By letter dated October 4, 2022, Defendants requested a modification of the interim deadline, set forth in the Court's Scheduling Order (ECF No. 121), for Defendants to complete Rule 30(b)(6) depositions. See ECF No. 137. Defendants' request for an extension of the interim deadline is granted. The second paragraph of Section 2 of the Scheduling Order, addressing Rule 30(b)(6) depositions, is modified to read as follows: The Government must identify the equivalent of Rule 30(b)(6) witnesses representing the agencies designated by Defendants by three (3) weeks before the date of the deposition. Those depositions must be completed by April 30, 2023. SO ORDERED. Deposition due by 4/30/2023. (Signed by Magistrate Judge Valerie Figueredo on 10/05/2022) (ama) (Entered: 10/05/2022) |
| 10/05/2022 | 139 | LETTER MOTION for Extension of Time *to Complete 30(b)(6) Depositions of Defendants Omnicare and CVS Health* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated October 5, 2022. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 10/05/2022) |
| 10/06/2022 | 140 | LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated October 6, 2022 re: 139 LETTER MOTION for Extension of Time *to Complete 30(b)(6) Depositions of Defendants Omnicare and CVS Health* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated October 5, 2022. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 10/06/2022) |
| 10/11/2022 | 141 | JOINT LETTER addressed to Magistrate Judge Valerie Figueredo from Monica P. Folch dated October 11, 2022 re: Outstanding Discovery Issues. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12).(Folch, Monica) (Entered: 10/11/2022) |
| 10/13/2022 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 10/13/2022. (sjo) (Entered: 10/13/2022) |
| 10/13/2022 | | Minute Entry––The Discovery conference that started on October 13, 2022 will continue on Friday, October 14, 2022 at 9:00 a.m. (sjo) (Entered: 10/13/2022) |
| 10/14/2022 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 10/14/2022. (sjo) (Entered: 10/14/2022) |
| 10/14/2022 | 142 | ORDER: A Discovery Conference in this matter is hereby scheduled for Friday, October 21, 2022 at 2:30 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. SO ORDERED. Telephone Conference set for 10/21/2022 at 02:30 PM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 10/14/2022) (rro) (Entered: 10/14/2022) |
| 10/14/2022 | 143 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/7/2022 before Judge Colleen McMahon Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/4/2022. Redacted Transcript Deadline set for 11/14/2022. Release of Transcript Restriction set for 1/12/2023..(McGuirk, Kelly) Modified on 10/17/2022 (js). (Entered: 10/14/2022) |

| | | |
|---|---|---|
| 10/18/2022 | 144 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 10/13/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/9/2022. Redacted Transcript Deadline set for 11/18/2022. Release of Transcript Restriction set for 1/16/2023. (js) (Entered: 10/18/2022) |
| 10/18/2022 | 145 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 10/13/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 10/18/2022) |
| 10/18/2022 | 146 | TRANSCRIPT of Proceedings re: REMOTE DISCOVERY HEARING – DAY 2 held on 10/14/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/9/2022. Redacted Transcript Deadline set for 11/18/2022. Release of Transcript Restriction set for 1/16/2023. (js) (Entered: 10/18/2022) |
| 10/18/2022 | 147 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Remote Discovery Hearing–Day 2 proceeding held on 10/14/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 10/18/2022) |
| 10/20/2022 | 148 | LETTER addressed to Magistrate Judge Valerie Figueredo from Monica P. Folch dated October 20, 2022 re: Proposed Discovery Schedule. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A – Government Proposed Schedule, # 2 Exhibit B – Oct. 14, 2022 Transcript).(Folch, Monica) (Entered: 10/20/2022) |
| 10/21/2022 | 149 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated October 21, 2022 re: Proposed Schedule. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A (Proposed Schedule)).(Hazelwood, Benjamin) (Entered: 10/21/2022) |
| 10/21/2022 | 150 | LETTER addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 10/21/22 re: Current Hit Reports for Discovery Conference. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 2022.10.21 Hit Report Comparison (CMS)).(Jude, Jennifer) (Entered: 10/21/2022) |
| 10/21/2022 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 10/21/2022. (sjo) (Entered: 10/21/2022) |
| 10/21/2022 | 151 | ORDER: A Discovery Conference in this matter is hereby scheduled for Wednesday, November 16, 2022 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 11/16/2022 at 10:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 10/21/2022) (rro) (Entered: 10/21/2022) |
| 10/25/2022 | 152 | ORDER: By letter dated October 20 2022, the Government requested a modification of the interim deadlines set forth in the Court's Scheduling Order (ECF No. 121). See ECF No. 148. Defendants submitted a counter proposal for extension of those interim deadlines. See ECF No. 149. Below are the updated interim deadlines. April 21, 2023 Parties complete all fact depositions, including Rule 30(b)(6) depositions or their equivalents of government agencies. May 23, 2023 All expert depositions completed and further set forth in this Order. ( Deposition due by 5/23/2023.) (Signed by Magistrate Judge Valerie Figueredo on 10/25/2022) (rro) (Entered: 10/25/2022) |

| | | |
|---|---|---|
| 10/28/2022 | 153 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 10/21/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/18/2022. Redacted Transcript Deadline set for 11/28/2022. Release of Transcript Restriction set for 1/26/2023. (js) (Entered: 10/28/2022) |
| 10/28/2022 | 154 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 10/21/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 10/28/2022) |
| 10/31/2022 | 155 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 10/21/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/21/2022. Redacted Transcript Deadline set for 12/1/2022. Release of Transcript Restriction set for 1/29/2023. (js) (Entered: 10/31/2022) |
| 10/31/2022 | 156 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 10/21/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 10/31/2022) |
| 11/11/2022 | 157 | LETTER MOTION for Extension of Time *to Complete Document Productions* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 11/11/22. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 11/11/2022) |
| 11/11/2022 | 158 | LETTER MOTION to Compel United States to Produce Documents addressed to Magistrate Judge Valerie Figueredo from Perry F. Austin dated November 11, 2022. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Austin, Perry) (Entered: 11/11/2022) |
| 11/14/2022 | 159 | ORDER with respect to 158 Letter Motion to Compel. The letters submitted at ECF Nos. 157 and 158 will be addressed at the conference scheduled for Wednesday, November 16, 2022 at 10:00 a.m. Any other issues the parties would like to address at the conference should be raised in a letter submitted no later than end of day today, November 14, 2022. (Signed by Magistrate Judge Valerie Figueredo on 11/14/2022) (rro) (Entered: 11/14/2022) |
| 11/14/2022 | 160 | LETTER MOTION to Compel Omnicare to produce *OmniDX Dispensing Data* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated November 14, 2022. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 11/14/2022) |
| 11/15/2022 | 161 | MEMORANDUM OF LAW in Opposition re: 157 LETTER MOTION for Extension of Time *to Complete Document Productions* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 11/11/. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Hazelwood, Benjamin) (Entered: 11/15/2022) |
| 11/15/2022 | 162 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 11/15/22 re: 158 LETTER MOTION to Compel United States to Produce Documents addressed to Magistrate Judge Valerie Figueredo from Perry F. Austin dated November 11, 2022. . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Declaration of Tara Smith).(Jude, Jennifer) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 11/15/2022 | 163 | MEMORANDUM OF LAW in Opposition re: 160 LETTER MOTION to Compel Omnicare to produce *OmniDX Dispensing Data* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated November 14, 2022. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Hazelwood, Benjamin) (Entered: 11/15/2022) |
| 11/16/2022 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 11/16/2022. (sjo) (Entered: 11/16/2022) |
| 11/16/2022 | 164 | ORDER: A Discovery Conference in this matter is hereby scheduled for Monday, December 19, 2022 at 2:00 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. SO ORDERED. Telephone Conference set for 12/19/2022 at 02:00 PM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 11/16/2022) (rro) (Entered: 11/16/2022) |
| 11/21/2022 | 165 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Perry F. Austin dated November 21, 2022. Document filed by CVS Health Corporation, Omnicare, Inc...(Austin, Perry) (Entered: 11/21/2022) |
| 11/22/2022 | 166 | ORDER: For the reasons discussed at the discovery conference held before this Court on November 16, 2022, the motions at ECF Nos. 157–159 have been resolved. The Clerk of Court is directed to terminate the motions at ECF Nos. 157–159. SO ORDERED., Motions terminated: 157 LETTER MOTION for Extension of Time to Complete Document Productions. addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 11/11/22. filed by UNITED STATES OF AMERICA. (Signed by Magistrate Judge Valerie Figueredo on 11/22/2022) (ama) (Entered: 11/22/2022) |
| 11/22/2022 | 167 | ORDER: granting 165 Letter Motion for Extension of Time. The parties proposed modified schedule is hereby adopted. The deadlines in the scheduling order at ECF No. 152 are now modified as indicated herein. The Clerk of Court is directed to terminate the motion at ECF No. 165. SO ORDERED. Deposition due by 6/23/2023. (Signed by Magistrate Judge Valerie Figueredo on 11/22/2022) (ama) (Entered: 11/22/2022) |
| 12/16/2022 | 168 | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 11/16/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/6/2023. Redacted Transcript Deadline set for 1/17/2023. Release of Transcript Restriction set for 3/16/2023. (js) (Entered: 12/16/2022) |
| 12/16/2022 | 169 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 11/16/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 12/16/2022) |
| 12/19/2022 | 170 | ORDER SCHEDULING CONFERENCE: A telephonic discovery conference in this matter is hereby scheduled for Tuesday, January 17, 2023 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 1/17/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 12/19/2022) (rro) (Entered: 12/19/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 12/19/2022. (sjo) (Entered: 12/21/2022) |
| 01/09/2023 | 171 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated January 9, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/09/2023) |

| 01/10/2023 | 172 | ORDER granting 171 Letter Motion for Extension of Time. Application Granted. Defendants' deadline to produce claims data is hereby extended to Friday, January 20, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 171. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 1/10/2023) (rro) (Entered: 01/10/2023) |
|---|---|---|
| 01/11/2023 | 173 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated January 11, 2023. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/11/2023) |
| 01/12/2023 | 174 | MEMORANDUM OF LAW in Opposition re: 173 LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated January 11, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/12/2023) |
| 01/12/2023 | 175 | MEMO ENDORSEMENT on re: 174 Memorandum of Law in Opposition to Motion, filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: The Court will address the Government's request for an extension of the deadline to serve its expert reports (ECF No. 173) at the conference scheduled for Tuesday, January 17, 2023 at 10:00 a.m. The parties are directed to submit a letter identifying any other disputes to be raised at the conference by no later than Friday, January 13, 2023 at 5:00 p.m. (Signed by Magistrate Judge Valerie Figueredo on 1/12/2023) (rro) (Entered: 01/12/2023) |
| 01/13/2023 | 176 | LETTER MOTION to Compel United States to Respond to Requests for Admission addressed to Magistrate Judge Valerie Figueredo from Perry F. Austin dated January 13, 2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Austin, Perry) (Entered: 01/13/2023) |
| 01/13/2023 | 177 | LETTER MOTION for Extension of Time *for Production of Documents* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 1/13/23. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 01/13/2023) |
| 01/16/2023 | 178 | MEMORANDUM OF LAW in Opposition re: 177 LETTER MOTION for Extension of Time *for Production of Documents* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 1/13/23. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 01/16/2023) |
| 01/16/2023 | 179 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 1/16/23 re: 176 LETTER MOTION to Compel United States to Respond to Requests for Admission addressed to Magistrate Judge Valerie Figueredo from Perry F. Austin dated January 13, 2023. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 01/16/2023) |
| 01/17/2023 |  | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 1/17/2023. (sjo) (Entered: 01/17/2023) |
| 01/17/2023 | 180 | ORDER SCHEDULING DISCOVERY CONFERENCES: A conference in this matter is hereby scheduled for Tuesday, February 28, 2023, at 2:30 p.m. Parties are directed to submit a joint status letter no later than two (2) business days before the conference, identifying any issues the parties wish to discuss at the conference. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335 . Additional Conferences are also scheduled for: Tuesday, March 28, 2023 at 2:30 p.m., Tuesday, April 25, 2023 at 10:00 a.m. (Status Conference set for 3/28/2023 at 02:30 PM before Magistrate Judge Valerie Figueredo., Telephone Conference set for 2/28/2023 at 02:30 PM before Magistrate Judge Valerie Figueredo., Status Conference set for 4/25/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 1/17/2023) (rro) (Entered: 01/17/2023) |
| 01/17/2023 | 181 | ORDER granting 173 Letter Motion for Extension of Time; denying 176 Letter Motion to Compel; granting 177 Letter Motion for Extension of Time.For the reasons stated at the discovery conference held on January 17, 2023, the Court adopts the updated scheduling order below: January 20, 2023: Defendants' deadline to complete document production; February 3, 2023: Government's deadline to complete document production; March 1, 2023: Government to designate its experts; April 1, 2023: Government completes Rule 30(b)(6) depositions of defendant; Defendants designate |

| | | |
|---|---|---|
| | | their experts; Defendants must identify 30(b)(6) witnesses by three weeks before the date of the deposition; April 30, 2023: Government must identify the equivalent of Rule 30(b)(6) witnesses representing the agencies designated by Defendant by three weeks before the date of the deposition; May 3, 2023: Deadline for Government's geriatrician and long–term care expert reports; May 14, 2023: Deadline for Government's pharmacy and statistical expert reports; June 5, 2023: Parties complete all fact depositions, including Rule 30(b)(6) depositions or their equivalents of government agencies; June 12, 2023: Deadline for Defendants' expert reports; June 23, 2023: All expert depositions completed; June 30, 2023: Deadline for all expert rebuttal reports. Additionally, for the reasons stated at the conference, Defendants' letter motion "request[ing] that the Court permit them to serve a handful of Requests for Admission" concerning issues raised in ECF No. 176 is DENIED. The Clerk of Court is directed to terminate the motions at ECF Nos. 173, 176, and 177. (Signed by Magistrate Judge Valerie Figueredo on 1/17/2023) (rro) (Entered: 01/17/2023) |
| 01/17/2023 | | Set/Reset Deadlines: Deposition due by 6/23/2023. (rro) (Entered: 01/17/2023) |
| 01/19/2023 | 182 | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 1/17/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/9/2023. Redacted Transcript Deadline set for 2/21/2023. Release of Transcript Restriction set for 4/19/2023. (js) (Entered: 01/19/2023) |
| 01/19/2023 | 183 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 1/17/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 01/19/2023) |
| 02/02/2023 | 184 | LETTER MOTION to Compel Omnicare to produce *claims data information* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated February 2, 2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Folch, Monica) (Entered: 02/02/2023) |
| 02/03/2023 | 185 | ORDER granting 184 Letter Motion to Compel. A discovery conference is hereby scheduled for Wednesday, February 8, 2023 at 3:00 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Any response to the Government's letter motion to compel (ECF No. 184) is due by no later than Monday, February 6, 2023 at 5:00 p.m. (Signed by Magistrate Judge Valerie Figueredo on 2/3/2023) (ate) (Entered: 02/03/2023) |
| 02/03/2023 | | ( Responses due by 2/6/2023), ( Telephone Conference set for 2/8/2023 at 03:00 PM before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 2/3/2023) (ate) (Entered: 02/03/2023) |
| 02/06/2023 | 186 | MEMORANDUM OF LAW in Opposition re: 184 LETTER MOTION to Compel Omnicare to produce *claims data information* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated February 2, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 02/06/2023) |
| 02/08/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 2/8/2023. (sjo) (Entered: 02/08/2023) |
| 02/13/2023 | 187 | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 2/8/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2023. Redacted Transcript Deadline set for 3/16/2023. Release of Transcript Restriction set for 5/15/2023..(js) (Entered: 02/13/2023) |

| | | |
|---|---|---|
| 02/13/2023 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 2/8/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 02/13/2023) |
| 02/16/2023 | 189 | LETTER MOTION for Discovery *Order Precluding Use of Prescription Documentation Not Already Produced* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated February 16, 2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Folch, Monica) (Entered: 02/16/2023) |
| 02/17/2023 | 190 | ORDER with respect to 189 Letter Motion for Discovery. Omnicare is directed to respond to the Government's letter motion (ECF No. 189) by Tuesday, February 21, 2023. Any reply by the Government is due by no later than Friday, February 24, 2023 at 5:00 p.m. The Court will address this issue at the conference scheduled for Tuesday, February 28, 2023 at 2:30 p.m. (Signed by Magistrate Judge Valerie Figueredo on 2/17/2023) (rro) (Entered: 02/17/2023) |
| 02/17/2023 | | Set/Reset Hearings:( Status Conference set for 2/28/2023 at 02:30 PM before Magistrate Judge Valerie Figueredo.), Set/Reset Deadlines: ( Responses due by 2/21/2023, Replies due by 2/24/2023.) (rro) (Entered: 02/17/2023) |
| 02/21/2023 | 191 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 02/21/2023 re: United States ex rel. Bassan v. Omnicare, Inc. and CVS Health Corp.. Document filed by CVS Health Corporation, DEF, Omnicare, Inc.. (Attachments: # 1 Exhibit Email from M. Folch to S. Dhanji, # 2 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 6, 2023), # 3 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 13, 2023), # 4 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 17, 2023, # 5 Exhibit Email from B. Hazelwood to M. Folch re Meet and Confer).(Hazelwood, Benjamin) (Entered: 02/21/2023) |
| 02/22/2023 | 192 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 02/22/2023 re: Permission to Seal. Document filed by CVS Health Corporation, DEF, Omnicare, Inc.. (Attachments: # 1 Exhibit Emergency Sealing Request, # 2 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 6, 2023), # 3 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 13, 2023), # 4 Exhibit Letter from B. Hazelwood to J. Jude (Jan. 17, 2023).(Hazelwood, Benjamin) (Entered: 02/22/2023) |
| 02/23/2023 | 193 | MOTION for William Pruitt Ashworth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27381913. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order ).(Ashworth, William) (Entered: 02/23/2023) |
| 02/23/2023 | 194 | MEMO ENDORSEMENT on re: 192 Letter, filed by Omnicare, Inc., CVS Health Corporation, DEF. ENDORSEMENT: Application Granted. The Clerk of Court is directed to maintain the exhibits at ECF Nos. 191−2, 191−3, and 191−4 under seal. Defendant Omnicare is directed to file the redacted versions on the docket. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 2/23/2023) (rro) (Entered: 02/24/2023) |
| 02/24/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 193 MOTION for William Pruitt Ashworth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27381913. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/24/2023) |
| 02/24/2023 | 195 | LETTER addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated 2/24/23 re: in Further Support of the Government's Motion to Preclude the Use of Prescription Documentation Not Already Produced. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Jude, Jennifer) (Entered: 02/24/2023) |

| 02/24/2023 | 196 | LETTER addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 2/24/23 re: Issues for Discussion at the February 28, 2023 Discovery Conference. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Jude, Jennifer) (Entered: 02/24/2023) |
|---|---|---|
| 02/25/2023 | 197 | REDACTION to 191 Letter,, *Letter from B. Hazelwood to J. Jude (Jan. 6, 2023)* by CVS Health Corporation, DEF, Omnicare, Inc..(Hazelwood, Benjamin) (Entered: 02/25/2023) |
| 02/25/2023 | 198 | REDACTION *Letter from B. Hazelwood to J. Jude (Jan. 13, 2023)* by CVS Health Corporation, DEF, Omnicare, Inc..(Hazelwood, Benjamin) (Entered: 02/25/2023) |
| 02/25/2023 | 199 | REDACTION *Letter from B. Hazelwood to J. Jude (Jan. 17, 2023)* by CVS Health Corporation, DEF, Omnicare, Inc..(Hazelwood, Benjamin) (Entered: 02/25/2023) |
| 02/27/2023 | 200 | ORDER GRANTING MOTION OF WILLIAM PRUITT ASHWORTH FOR ADMISSION TO PRACTICE PRO HAC VICE granting 193 Motion for William Pruitt Ashworth to Appear Pro Hac Vice. (Signed by Magistrate Judge Valerie Figueredo on 2/27/2023) (rro) (Entered: 02/27/2023) |
| 02/27/2023 | 201 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated February 27, 2023 re: Government's Eleventh Hour Request to Raise Additional Issues at February 28 Conference. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 02/27/2023) |
| 02/28/2023 | 202 | MEMO ENDORSEMENT on re: 192 Letter, filed by Omnicare, Inc., CVS Health Corporation, DEF. ENDORSEMENT: Please refile, sealing all protected health information. (Signed by Judge Colleen McMahon on 2/28/2023) (jca) (Entered: 02/28/2023) |
| 02/28/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 2/28/2023. (sjo) (Entered: 03/01/2023) |
| 03/01/2023 | 203 | ORDER: In a letter motion dated February 24, 2023, the Government requested permission to take a 54–hour deposition of Omnicare's 30(b)(6) witness. See ECF No. 196. The Government proposed dividing up the time as follows: 14 hours to address Omnicare's corporate level policies and practices, and 10 four–hour periods to address specific pharmacy–level policies and practices at 10 Omnicare pharmacies. Omnicare opposed the request and proposed affording the Government 10 hours. See ECF No. 201. In a conference before Judge McMahon on September 20, 2022, the Government indicated that it had taken 30(b)(6) depositions during its investigation, but that the depositions were "focused on the particular dispensing systems at issue" and did not address "operation" and "compliance." See ECF No. 127–4 at 17. Given the complexity of the case and the significant number of topics that the parties agreed would be addressed at a 30(b)(6) deposition, the Government has shown good cause for additional time. But a 54–hour 30(b)(6) deposition is not commensurate with the needs of the case, particularly because the Government obtained extensive testimony during its investigation and it also seeks a full seven–hour 30(b)(6) deposition of CVS Health Corp. The Government may therefore have 38 hours for Omnicare's 30(b)(6) deposition. The Court reached that number by allocating nine hours to testimony about corporate level policies and practices, four hours to testimony for pharmacy–level policies and practices at two pharmacies, three hours for testimony for pharmacy–level policies and practices at two other pharmacies, and 2.5 hours for testimony for pharmacy–level policies and practices at the remaining six pharmacies. Although the Court reached the 38–hour number by allocating the time as just discussed, the Government is free to allocate the time differently as long as it stays within the 38–hour limit. (Signed by Magistrate Judge Valerie Figueredo on 3/1/2023) (rro) (Entered: 03/01/2023) |
| 03/01/2023 | 204 | ORDER: By no later than Friday, April 7, 2023, Omnicare is directed to produce hard copy documentation for the nine patients as discussed at the telephonic discovery conference held before the Court on Tuesday, February 28, 2023. In addition, the discovery conference currently scheduled for March 28, 2023 is hereby rescheduled for Tuesday, March 21, 2023 at 3:00 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335 . Any issues the parties would like to be addressed at |

| | | |
|---|---|---|
| | | the conference should be identified in a letter submitted by no later than Tuesday, March 14, 2023. Any responses to these letters are due by no later than Monday, March 20, 2023 at 5:00 p.m. ( Telephone Conference set for 3/21/2023 at 03:00 PM before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 3/1/2023) (rro) (Entered: 03/01/2023) |
| 03/01/2023 | 205 | ORDER terminating 126 Letter Motion to Compel; terminating 127 Letter Motion to Compel; terminating 139 Letter Motion for Extension of Time; terminating 160 Letter Motion to Compel; terminating 189 Letter Motion for Discovery. For the reasons discussed at the conferences held on October 13–14 and 21, 2022, the Clerk of Court is directed to terminate the motions at ECF Nos. 126, 127, and 139. For the reasons discussed at the conference held on November 16, 2022, the Clerk of Court is directed to terminate the motion at ECF No 160. For the reasons discussed at the conference held on February 28, 2023, the Clerk of Court is directed to terminate the motion at ECF No. 189. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 3/1/2023) (rro) (Entered: 03/01/2023) |
| 03/07/2023 | 206 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/28/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Marissa Mignano, 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/28/2023. Redacted Transcript Deadline set for 4/7/2023. Release of Transcript Restriction set for 6/5/2023. (js) (Entered: 03/07/2023) |
| 03/07/2023 | 207 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/28/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 03/07/2023) |
| 03/07/2023 | 208 | MOTION for Perry F. Austin to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Declaration of Perry F. Austin).(Austin, Perry) (Entered: 03/07/2023) |
| 03/08/2023 | 209 | MEMO ENDORSEMENT granting 208 Motion to Withdraw as Attorney. ENDORSEMENT: The Court grants the withdrawal of Perry F. Austin as attorney of record in this matter. The Clerk of Court is directed to terminate the motion at ECF No. 208. SO ORDERED. Attorney Perry F. Austin terminated. (Signed by Magistrate Judge Valerie Figueredo on 3/8/2023) (kv) (Entered: 03/08/2023) |
| 03/14/2023 | 210 | LETTER MOTION to Compel United States to Provide Complete Response to Interrogatory and Produce Documents addressed to Magistrate Judge Valerie Figueredo from Sara Fatima Dhanji dated March 14, 2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Dhanji, Sara) (Entered: 03/14/2023) |
| 03/14/2023 | 211 | LETTER addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/14/23 re: Issues for March 21 Discovery Conference. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Jude, Jennifer) (Entered: 03/14/2023) |
| 03/15/2023 | 212 | Objection re: 203 Order,,,,,,,, . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/15/2023) |
| 03/16/2023 | 213 | LETTER addressed to Judge Colleen McMahon from Benjamin N. Hazelwood dated March 16, 2023 re: Objections to Order. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/16/2023) |
| 03/17/2023 | 214 | MEMO ENDORSEMENT on re: 213 Letter filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: No need for any response from the Government – Judge Figueredo's order is far from clearly erroneous and it is affirmed. SO ORDERED. (Signed by Judge Colleen McMahon on 3/17/2023) (kv) (Entered: 03/17/2023) |

| 03/20/2023 | 215 | LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/20/23 re: 210 LETTER MOTION to Compel United States to Provide Complete Response to Interrogatory and Produce Documents addressed to Magistrate Judge Valerie Figueredo from Sara Fatima Dhanji dated March 14, 2023. . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Jude, Jennifer) (Entered: 03/20/2023) |
|---|---|---|
| 03/20/2023 | 216 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated March 20, 2023 re: Opposition to United States' Motion to Compel (Dkt. No. 211). Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Affidavit of Gareth Tracy).(Hazelwood, Benjamin) (Entered: 03/20/2023) |
| 03/20/2023 | 217 | LETTER addressed to Magistrate Judge Valerie Figueredo from Monica P. Folch dated March 20, 2023 re: Corrected Exhibit H to March 14, 2023 Letter (Dkt. 211). Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit H – Corrected Dkt. 211–8).(Folch, Monica) (Entered: 03/20/2023) |
| 03/21/2023 |  | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 3/21/2023. (sjo) (Entered: 03/22/2023) |
| 03/22/2023 |  | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 3/22/2023. (sjo) (Entered: 03/22/2023) |
| 03/27/2023 | 218 | MOTION for Ashwin Gorur Shandilya to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27521710. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order).(Shandilya, Ashwin) (Entered: 03/27/2023) |
| 03/28/2023 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 218 MOTION for Ashwin Gorur Shandilya to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27521710. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 03/28/2023) |
| 03/28/2023 | 219 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 218 Motion for Ashwin Gorur Shandilya to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 3/28/2023) (rro) (Entered: 03/28/2023) |
| 03/29/2023 | 220 | MOTION for Daniel Nahum Boger to Appear Pro Hac Vice *Receipt number: ANYSDC–27533573.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit AFFIDAVIT OF DANIEL NAHUM BOGER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Text of Proposed Order Proposed Order Granting Motion Of Daniel Nahum Boger For Admission To Practice Pro Hac Vice).(Boger, Daniel) (Entered: 03/29/2023) |
| 03/30/2023 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 220 MOTION for Daniel Nahum Boger to Appear Pro Hac Vice *Receipt number: ANYSDC–27533573.* Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 03/30/2023) |
| 03/30/2023 | 221 | ORDER GRANTING MOTION OF DANIEL NAHUM BOGER FOR ADMISSION TO PRACTICE PRO HAC VICE granting 220 Motion to Appear Pro Hac Vice. The motion of Daniel Nahum Boger for admission to practice pro hac vice in the above–captioned action is GRANTED. As further set forth by this Order. (Signed by Judge Colleen McMahon on 3/30/2023) (tg) (Entered: 03/30/2023) |
| 03/30/2023 | 222 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated March 30, 2023 re: Order During March 22, 2023 Hearing. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/30/2023) |

| | | |
|---|---|---|
| 03/30/2023 | 223 | MOTION for James Nathan Sasso to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27542772. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit AFFIDAVIT OF JAMES NATHAN SASSO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Text of Proposed Order Proposed ORDER GRANTING MOTION OF JAMES NATHAN SASSO FOR ADMISSION TO PRACTICE PRO HAC VICE).(Sasso, James) (Entered: 03/30/2023) |
| 03/31/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 223 MOTION for James Nathan Sasso to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27542772. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 03/31/2023) |
| 03/31/2023 | 224 | ORDER: By no later than Friday, April 14, 2023, Defendants are ordered to provide the Government with a custodian–level hit report for each of the 8 pharmacy–level custodians for whom the Government has not received a report. (Signed by Magistrate Judge Valerie Figueredo on 3/31/2023) (rro) (Entered: 03/31/2023) |
| 03/31/2023 | 225 | LETTER MOTION for Extension of Time *for Rule 30(b)(6) depositions of Defendants until April 30, 2023* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 3/31/2023., LETTER MOTION to Compel Defendants to produce all Rule 30(b)(6) witnesses by April 30, 2023 addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 3/31/2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Dolinger, Samuel) (Entered: 03/31/2023) |
| 04/01/2023 | 226 | LETTER addressed to Magistrate Judge Valerie Figueredo from Ashwin Shandilya dated April 1, 2023 re: Third–Party Subpoenas. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Emails, # 2 Exhibit List of Entities to be Served, # 3 Exhibit Subpoena Example).(Shandilya, Ashwin) (Entered: 04/01/2023) |
| 04/03/2023 | 227 | ORDER granting 225 Letter Motion for Extension of Time; granting 225 Letter Motion to Compel. The Government's request for an extension of the interim deadline for the Government to complete 30(b)(6) depositions of Defendants to April 30, 2023 is GRANTED. (Deposition due by 4/30/2023.). (Signed by Magistrate Judge Valerie Figueredo on 4/3/2023) (rro) (Entered: 04/03/2023) |
| 04/03/2023 | 228 | MEMO ENDORSEMENT on re: 226 Letter, filed by Omnicare, Inc.., CVS Health Corporation. ENDORSEMENT: Defendants' request to serve the 21 third–party subpoenas is GRANTED. (Signed by Magistrate Judge Valerie Figueredo on 4/3/2023) (rro) (Entered: 04/03/2023) |
| 04/04/2023 | 229 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/28/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Marissa Mignano, 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/25/2023. Redacted Transcript Deadline set for 5/5/2023. Release of Transcript Restriction set for 7/3/2023. (js) (Entered: 04/04/2023) |
| 04/04/2023 | 230 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/28/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 04/04/2023) |
| 04/04/2023 | 231 | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated April 4, 2023 re: Opposition to Deposition Scheduling Motion to Compel. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Emails from Oct. 2022, # 2 Exhibit Emails from March 2023, # 3 Exhibit Proposed Deposition Schedule).(Shandilya, Ashwin) (Entered: 04/04/2023) |

| | | |
|---|---|---|
| 04/04/2023 | 232 | JOINT LETTER addressed to Magistrate Judge Valerie Figueredo from Sara Fatima Dhanji dated April 4, 2023 re: Request for Extension of Time. Document filed by CVS Health Corporation, Omnicare, Inc...(Dhanji, Sara) (Entered: 04/04/2023) |
| 04/04/2023 | 233 | LETTER addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 4/4/2023 re: Response to Defendants' letter regarding Court order on Rule 30(b)(6) deposition schedule. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 04/04/2023) |
| 04/05/2023 | 234 | MEMO ENDORSEMENT on re: 232 Letter filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: Application Granted. (Signed by Magistrate Judge Valerie Figueredo on 4/5/2023) (rro) (Entered: 04/05/2023) |
| 04/06/2023 | 235 | ORDER Based on the parties April 4, 2023 letter submissions, the Court hereby orders that: (1) the Government's deadline to complete 30(b)(6) depositions of Defendants is further extended from April 30, 2023 to May 5, 2023; and (2) the Government's deadline for all of its experts reports (geriatrician, long–term care, pharmacy, and statistical) is modified to May 12, 2023. All other operative deadlines remain unchanged. Defendants are ordered to make all 30(b)(6) witnesses available to the Government for deposition by May 5, 2023. SO ORDERED. (Deposition due by 5/5/2023.) (Signed by Magistrate Judge Valerie Figueredo on 4/6/2023) (jca) (Entered: 04/06/2023) |
| 04/07/2023 | 236 | LETTER addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 4/7/2023 re: Request to serve third–party subpoenas on Plan Sponsors and PBMs. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Dolinger, Samuel) (Entered: 04/07/2023) |
| 04/10/2023 | 237 | MEMO ENDORSEMENT on re: 236 Letter, filed by UNITED STATES OF AMERICA. ENDORSEMENT: The Government's request to serve the 21 third–party subpoenas is GRANTED. (Signed by Magistrate Judge Valerie Figueredo on 4/10/2023) (rro) (Entered: 04/10/2023) |
| 04/11/2023 | 238 | ORDER GRANTING MOTION OF JAMES NATHAN SASSO FOR ADMISSION TO PRACTICE PRO HAC VICE granting 223 Motion for James Nathan Sasso to Appear Pro Hac Vice.. (Signed by Judge Colleen McMahon on 4/11/2023) (kv) (Entered: 04/11/2023) |
| 04/11/2023 | 239 | LETTER MOTION to Compel The United States to Produce *documents improperly withheld on the basis of the deliberative process privilege.* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 04/11/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9).(Sasso, James) (Entered: 04/11/2023) |
| 04/11/2023 | 240 | LETTER MOTION to Compel Defendants to provide missing privilege log information addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 4/11/23. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Jude, Jennifer) (Entered: 04/11/2023) |
| 04/12/2023 | 241 | ORDER: On April 11, 2023, the Government and Defendants each filed a letter motion to compel regarding certain privilege disputes between the parties (see ECF Nos. 239, 240). The Government and Defendants are directed to respond to the other party's motion by no later than Wednesday, April 19, 2023. The Court will address these letter motions at the discovery conference scheduled for Tuesday, April 25, 2023 at 10:00 a.m. SO ORDERED. ( Responses due by 4/19/2023) (Signed by Magistrate Judge Valerie Figueredo on 4/12/2023) (rro) (Entered: 04/12/2023) |
| 04/19/2023 | 242 | NOTICE OF APPEARANCE by Jeremy Liss on behalf of UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 04/19/2023) |
| 04/19/2023 | 243 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 4/19/2023 re: 239 LETTER MOTION to Compel The United States to Produce *documents improperly withheld on the basis of the deliberative process privilege.* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 04/11/2023. . Document filed by UNITED STATES OF |

| | | |
|---|---|---|
| | | AMERICA..(Issacharoff, Lucas) (Entered: 04/19/2023) |
| 04/19/2023 | 244 | LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 04/19/2023 re: 240 LETTER MOTION to Compel Defendants to provide missing privilege log information addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 4/11/23. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit 2).(Boger, Daniel) (Entered: 04/19/2023) |
| 04/20/2023 | 245 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Colleen McMahon from Monica Folch dated April 20, 2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Folch, Monica) (Entered: 04/20/2023) |
| 04/24/2023 | 246 | MEMORANDUM OF LAW in Opposition re: 245 LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Colleen McMahon from Monica Folch dated April 20, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 04/24/2023) |
| 04/25/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 4/25/2023. (sjo) (Entered: 04/25/2023) |
| 04/25/2023 | 247 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE HEARING held on 3/22/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, 92120 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/16/2023. Redacted Transcript Deadline set for 5/26/2023. Release of Transcript Restriction set for 7/24/2023.(js) (Entered: 04/25/2023) |
| 04/25/2023 | 248 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE HEARING proceeding held on 3/22/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 04/25/2023) |
| 04/25/2023 | 249 | ORDER SCHEDULING CONFERENCE: A discovery conference in this action is hereby scheduled for Monday, May 22, 2023 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 5/22/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 4/25/2023) (rro) (Entered: 04/25/2023) |
| 04/26/2023 | 250 | MEMO ENDORSEMENT on re: 246 Memorandum In Law in Opposition re: 245 LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Colleen McMahon from Monica Folch dated April 20, 2023 terminating 245 Letter Motion for Extension of Time to Complete Discovery. ENDORSEMENT: Both sides in this case have tormented a busy Magistrate Judge with your repeated and (frankly) ridiculous discovery disputes. No one is blameless here except Judge Figueredo. After consulting with her, I adopt as my LAST AND FINAL amendment to the scheduling order the one proposed by Omnicare at the end of this (page 6 of 6) letter. No extension of fact discovery. Get on with it. (Signed by Judge Colleen McMahon on 4/25/2023) (vfr) Modified on 4/26/2023 (vfr). (Entered: 04/26/2023) |
| 04/26/2023 | | Set/Reset Deadlines: Depositions due by 10/23/2023. (vfr) (Entered: 04/26/2023) |
| 04/27/2023 | 251 | TRANSCRIPT of Proceedings re: Conference held on 4/25/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/18/2023. Redacted Transcript Deadline set for 5/30/2023. Release of Transcript Restriction set for 7/26/2023. (nmo) (Entered: 04/27/2023) |

| | | |
|---|---|---|
| 04/27/2023 | 252 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 04/25/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 04/27/2023) |
| 05/02/2023 | 253 | ORDER granting 240 Letter Motion to Compel. Accordingly, the Government's request at ECF No. 240, that Omnicare correlate the subcategories of legal advice to the documents or groups of documents covered by those subcategories, is granted. Because the other issues raised by the Governments letter at ECF No. 240 were resolved on the record at the conference on April 25, 2023, the Clerk of Court is respectfully instructed to terminate the letter motion at ECF No. 240. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 5/2/2023) (jca) (Entered: 05/02/2023) |
| 05/02/2023 | 254 | ORDER terminating 239 Letter Motion to Compel. Omnicare filed a letter motion, asking the Court to compel the Government to produce documents improperly withheld on the basis of the deliberative process privilege. See ECF No. 239. The Government opposes the motion. See ECF No. 243. Omnicare is directed to respond to the following questions: 1. To the extent Omnicare seeks to pierce the deliberative process privilege because it claims that the documents referenced in Rice's Declaration at paragraphs 15(c), 15(d), 16(e), and 16(f) (see ECF No. 239–5) could contain information about the Government's knowledge and approval of how Omnicare and other pharmacies process medication orders and refills at LTC facilities, why is Omnicare not able to obtain this information from the audit files it has gotten from the Government through discovery? 2. Omnicare relies on United States ex rel. Poehling v. UnitedHealth Group, 2018 WL 8459926 (C.D. Cal. Dec. 14, 2018), to support its argument that the Court should pierce the privilege. But in that case, the defendant pointed to specific internal information it sought from the Government, explained how that information directly supported its defense of the claims, and provided evidence explaining why it expected the Government to possess at least some information that would be favorable to its defense. See id. at *11. In its letter motion, Omnicare does not delve into such specifics, choosing to instead broadly assert that the Government may be withholding relevant information concerning its knowledge of the allegedly false conduct at the heart of the case. Can Ominicare more specifically explain how the deliberative matters identified by Rice in paragraphs 15(c), 15(d), 16(e), and 16(f) of her declaration relate to the "key issues in the case." During the conference on April 25, 2023, the parties discussed the Court conducting an in camera review of a representative sample of documents withheld by Omnicare as attorney–client privileged. If the parties believe that such a review would be helpful to resolving the present dispute concerning the deliberative–process privilege, the Court is amenable to conducting a review of a representative sample of documents that represent the documents identified by Rice at paragraphs 15(c), 15(d), 16(e), and 16(f) of her declaration. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 239.. (Signed by Magistrate Judge Valerie Figueredo on 5/2/2023) (rro) (Entered: 05/02/2023) |
| 05/02/2023 | 255 | JOINT LETTER addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated May 2, 2023 re: Proposals for selection of sample documents for in camera review. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 05/02/2023) |
| 05/03/2023 | 256 | MEMO ENDORSEMENT on re: 255 Letter filed by UNITED STATES OF AMERICA. ENDORSEMENT: As the Government indicated at the conference on April 25, it was concerned that Omnicare had improperly withheld as privileged emails involving in–house attorneys who were working predominantly in a compliance role, and not providing legal advice. See ECF No. 251 at 27–28. Because of that concern, and because Omnicare said it would be too burdensome to identify which attorneys (out of approximately 55) worked in its compliance department during the relevant period in this litigation, the Court instructed the parties to select a random sample of privileged emails for in camera review. Id. at 42, 47–48. Although we did discuss drawing the representative sample of documents from the list of 55 attorney names, the Government's proposal of picking emails that include the six identified attorneys does more narrowly target the concern it raised that ultimately led to the in camera review. |

| | | |
|---|---|---|
| | | Omnicare's proposal has the potential to include many emails in the sample for which, if the Government knew the role of the attorney (i.e., compliance or in–house), the Government may not even raise an objection to the privilege claim. Because the purpose of the review is to address the Government's concern that the privilege was improperly applied to communications involving attorneys who functioned predominantly in a non–legal role, the Court instructs the parties to select the emails for in camera review using the Government's proposal. Omnicare should provide complete families of all selected documents. Each document (including its family) counts as one document. (Signed by Magistrate Judge Valerie Figueredo on 5/3/2023) (rro) (Entered: 05/03/2023) |
| 05/04/2023 | 257 | LETTER MOTION for Extension of Time *to provide the final three hours of Defendants 30(b)(6) testimony. See Dkt. No. 235* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 05/04/2023. Document filed by CVS Health Corporation..(Conley, Holly) (Entered: 05/04/2023) |
| 05/04/2023 | 258 | ORDER granting 257 Letter Motion for Extension of Time. Application Granted. The Clerk of Court is directed to terminate the motion at ECF No. 257. (Signed by Magistrate Judge Valerie Figueredo on 5/4/2023) (rro) (Entered: 05/04/2023) |
| 05/04/2023 | 259 | JOINT LETTER addressed to Magistrate Judge Valerie Figueredo from William P. Ashworth dated May 4, 2023 re: Request to Extend Interim Deadline. Document filed by CVS Health Corporation, DEF, Omnicare, Inc...(Ashworth, William) (Entered: 05/04/2023) |
| 05/05/2023 | 260 | MEMO ENDORSEMENT on re: 259 Letter filed by Omnicare, Inc., CVS Health Corporation, DEF. ENDORSEMENT: Application Granted. The deadline to for the parties to complete fact depositions is extended to June 30, 2023. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 5/5/2023) (kv) (Entered: 05/05/2023) |
| 05/08/2023 | 261 | LETTER addressed to Magistrate Judge Valerie Figueredo from Stephen Cha–Kim dated 5/8/2023 re: Termination as Attorney of Record. Document filed by UNITED STATES OF AMERICA..(Cha–Kim, Stephen) (Entered: 05/08/2023) |
| 05/09/2023 | 262 | MEMO ENDORSEMENT on re: 261 Letter filed by UNITED STATES OF AMERICA. ENDORSEMENT: Application Granted. Mr. Cha–Kim's request to withdraw as counsel is GRANTED. The Clerk of Court is directed to remove Mr. Cha–Kim from this Action's ECF service list. Attorney Stephen Seungkun Cha–Kim terminated. (Signed by Magistrate Judge Valerie Figueredo on 5/9/2023) (rro) (Entered: 05/09/2023) |
| 05/12/2023 | 263 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Alex Van Dyke to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27735041. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit AFFIDAVIT OF ALEX VAN DYKE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Van Dyke, Alexander) Modified on 5/12/2023 (sgz). (Entered: 05/12/2023) |
| 05/12/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 263 MOTION for Alex Van Dyke to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27735041. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California 415–865–7000. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 05/12/2023) |
| 05/15/2023 | 264 | MOTION for Alex Van Dyke to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit AFFIDAVIT OF ALEX VAN DYKE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order).(Van Dyke, Alexander) (Entered: 05/15/2023) |

| | | |
|---|---|---|
| 05/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 264 MOTION for Alex Van Dyke to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 05/15/2023) |
| 05/15/2023 | 265 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 264 Motion for Alex Van Dyke to Appear Pro Hac Vice.. (Signed by Judge Colleen McMahon on 5/15/2023) (kv) (Entered: 05/15/2023) |
| 05/15/2023 | 266 | LETTER MOTION to Compel addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated May 15, 2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Folch, Monica) (Entered: 05/15/2023) |
| 05/16/2023 | 267 | MOTION for David Riskin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27743904. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc. (Attachments: # 1 Affidavit AFFIDAVIT OF DAVID RISKIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Exhibit D.C. Certificate of Good Standing, # 3 Exhibit N.Y. Certificate of Good Standing, # 4 Text of Proposed Order PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE).(Riskin, David) Modified on 5/16/2023 (va). (Entered: 05/16/2023) |
| 05/16/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 267 MOTION for David Riskin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC–27743904. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 05/16/2023) |
| 05/16/2023 | 268 | SUPPLEMENTAL LETTER MOTION for Discovery *in Response to Your Honor's Order (Dkt. 254)* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated May 16, 2023. Document filed by CVS Health Corporation. (Attachments: # 1 Exhibit Produced Document OMNICARE–USAO–00995505, # 2 Exhibit Produced Document OMNICARE–USAO–000097865, # 3 Exhibit Produced Document OMNICARE–USAO–00004839, # 4 Exhibit Declaration of Cheri Rice (CMS), # 5 Exhibit Gov't Chart Mapping Rice Declaration to Priv. Logs, # 6 Exhibit Produced Document OMNICARE–USAO–00011912).(Sasso, James) (Entered: 05/16/2023) |
| 05/17/2023 | 269 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 267 MOTION for David Riskin to Appear Pro Hac Vice. The motion of David Riskin for admission to practice pro hac vice in the above–captioned action is GRANTED. (Signed by Judge Colleen McMahon on 5/17/2023) (jca) (Entered: 05/17/2023) |
| 05/17/2023 | 270 | EMERGENCY LETTER MOTION to Seal *the Supplemental Letter Motion* addressed to Judge Colleen McMahon from James Sasso dated 05/17/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Emergency Letter to Seal Dkt. 268 and Exhibits, # 2 Exhibit Dkt. 268, # 3 Exhibit Stamped OMNICARE–USAO–00995505, # 4 Exhibit OMNICARE–USAO–00009786, # 5 Exhibit OMNICARE–USAO–00004839, # 6 Exhibit Declaration of Cheri Rice, # 7 Exhibit Chart Mapping Privilege Logs to Rice Declaration, # 8 Exhibit OMNICARE–USAO–01011912).(Sasso, James) (Entered: 05/17/2023) |
| 05/19/2023 | 271 | ORDER granting 270 Letter Motion to Seal. OK.. (Signed by Judge Colleen McMahon on 5/18/2023) (kv) (Entered: 05/19/2023) |
| 05/19/2023 | 272 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated 05/19/2023 re: 266 LETTER MOTION to Compel addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated May 15, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2).(Hazelwood, Benjamin) (Entered: 05/19/2023) |
| 05/19/2023 | 273 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 5/19/2023 re: 268 SUPPLEMENTAL LETTER MOTION for Discovery *in Response to Your Honor's Order (Dkt. 254)* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated May 16, 2023. . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 05/19/2023) |

| | | |
|---|---|---|
| 05/21/2023 | 274 | LETTER RESPONSE in Support of Motion addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 05/21/2023 re: 268 SUPPLEMENTAL LETTER MOTION for Discovery *in Response to Your Honor's Order (Dkt. 254)* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated May 16, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Exhibit 1).(Sasso, James) (Entered: 05/21/2023) |
| 05/22/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 5/22/2023. (sjo) (Entered: 05/22/2023) |
| 05/22/2023 | 275 | ORDER SCHEDULING CONFERENCE: A discovery conference in this action is hereby scheduled for Monday, June 12, 2023 at 11:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808−6929; access code 9781335. Telephone Conference set for 6/12/2023 at 11:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 5/22/2023) (rro) (Entered: 05/22/2023) |
| 05/24/2023 | 276 | ORDER SCHEDULING CONFERENCE: A discovery conference in this action is hereby scheduled for Thursday, May 25, 2023 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808−6929; access code 9781335. SO ORDERED. ( Telephone Conference set for 5/25/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 5/24/2023) (vfr) (Entered: 05/24/2023) |
| 05/24/2023 | 277 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 5/22/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, 92120 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2023. Redacted Transcript Deadline set for 6/26/2023. Release of Transcript Restriction set for 8/22/2023. (js) (Entered: 05/24/2023) |
| 05/24/2023 | 278 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/22/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 05/24/2023) |
| 05/25/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 5/25/2023. (sjo) (Entered: 05/25/2023) |
| 05/25/2023 | 279 | ORDER granting 266 Letter Motion to Compel. As stated at the discovery conference before the Court on May 25, 2023, the Court is in the midst of conducting the privilege review and has reviewed up to Tab 74 (out of 125). Some documents are currently being investigated by Defendants based on the Court's questions. Defendants are directed to provide an update to the Court as to the documents they are investigating by no later than Friday, June 2, 2023.Moreover, the Court has determined that the following documents are not privileged and should be produced to the Government: Tabs 9−10, 11 (the first email should be redacted, and the rest of the chain should be produced), 18, 27, 39−43, 47, and 53−58. The Court will issue an order with respect to the remaining tabs as soon as the review is complete. In addition, for the reasons stated at the conference, Defendants are directed to produce to the Government all inadvertently withheld documents by no later than Wednesday, May 31, 2023, but should endeavor to produce these documents sooner if possible. Defendants are also directed to produce to the Government the index prepared for the Court in connection with the privilege review. Finally, with respect to the Government's May 15, 2023 letter motion to compel (ECF No. 266), the Government's request to reopen the 30(b)(6) deposition of Omnicare's Fort Worth representative is granted. The deposition must be taken virtually and within a 45 minute time frame. The Clerk of Court is directed to terminate the motion at ECF No. 266.. (Signed by Magistrate Judge Valerie Figueredo on 5/25/2023) (rro) (Entered: 05/25/2023) |
| 05/30/2023 | 280 | LETTER MOTION for Discovery *re leave to supplement expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated May 30, 2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A).(Folch, Monica) (Entered: 05/30/2023) |
| 05/31/2023 | 281 | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 5/25/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2023. Redacted Transcript Deadline set for 7/3/2023. Release of Transcript Restriction set for 8/29/2023. (js) (Entered: 05/31/2023) |
| 05/31/2023 | 282 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 5/25/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 05/31/2023) |
| 06/01/2023 | 283 | ORDER: On May 25, 2023, the Court issued an order concerning the outstanding privilege review of 128 Ominicare documents. See ECF No. 279. The following additional documents should be produced by Omnicare to the Government, as they are not privileged: Tabs 78–80, 106–107, 121–126. There are still a few documents that Omnicare is investigating. The Court will issue a privilege determination as to those documents after Omnicare's update on June 2, 2023 (Signed by Magistrate Judge Valerie Figueredo on 6/1/2023) (rro) (Entered: 06/01/2023) |
| 06/01/2023 | 284 | LETTER MOTION for Discovery *Permission To Serve Subpoenas* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 06/01/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Notice of Subpoena, # 2 Exhibit Notice of Subpoena).(Sasso, James) (Entered: 06/01/2023) |
| 06/02/2023 | 285 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated June 2, 2023 re: 280 LETTER MOTION for Discovery *re leave to supplement expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated May 30, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 06/02/2023) |
| 06/05/2023 | 286 | ORDER granting 284 Letter Motion for Discovery. Application Granted. Omnicare's request to serve subpoenas on Ms. Lusco–Reed and Ms. Mawuenyega is granted. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 6/5/2023) (jca) (Entered: 06/05/2023) |
| 06/05/2023 | 287 | LETTER MOTION to Compel addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 6/5/2023. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Dolinger, Samuel) (Entered: 06/05/2023) |
| 06/11/2023 | 288 | LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 06/09/2023 re: 287 LETTER MOTION to Compel addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 6/5/2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4).(Sasso, James) (Entered: 06/11/2023) |
| 06/11/2023 | 289 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 06/09/2023 re: 287 LETTER MOTION to Compel addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 6/5/2023. . Document filed by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4)Motion or Order to File Under Seal: 288 .(Sasso, James) (Entered: 06/11/2023) |
| 06/12/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 6/12/2023. (sjo) (Entered: 06/12/2023) |
| 06/12/2023 | 290 | MOTION for ERIC ALAN KUHL to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27862703. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc... |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit AFFIDAVIT OF ERIC ALAN KUHL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Proposed Order).(Kuhl, Eric) (Entered: 06/12/2023) |
| 06/13/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 290 MOTION for ERIC ALAN KUHL to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27862703. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 06/13/2023) |
| 06/13/2023 | 291 | ORDER granting 290 Motion for Eric Alan Kuhl to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 6/13/2023) (ate) (Entered: 06/13/2023) |
| 06/13/2023 | 292 | ORDER terminating 210 Letter Motion to Compel; terminating 268 Letter Motion for Discovery; granting 280 Letter Motion for Discovery; granting 287 Letter Motion to Compel. For the reasons stated at the June 12, 2023 conference before the Court, the Government is granted leave to file a supplemental expert report, by no later than August 21, 2023, to incorporate the results of the analyses of any sample dispensations and prescription documentation that cannot be completed by July 31, 2023 (the Government's expert report deadline), due to the Government having to replace 145 out of the 300 sample dispensations. As discussed at the conference, the Government will otherwise produce its expert reports by the current July 31, 2023 deadline. Regarding the ongoing privilege review, Defendants will make an additional production of documents deemed not privileged by June 16, 2023. A supplemental binder containing documents subject to further privilege review will be provided to Chambers by no later than June 20, 2023. In addition, the Court grants the Government's motion to reopen the deposition of Dawn Kramer to permit questioning relating solely to the at–issue email (Bates No. OCRBASSAN–01457251). See ECF No. 287. The continued deposition of Ms. Kramer is limited to 15 minutes and will be conducted via videoconference. Finally, a discovery conference is hereby scheduled for Monday, July 17, 2023 at 2:30 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. The Clerk of Court is directed to terminate the motions at ECF No. 280 and 287. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 6/13/2023) (tg) (Entered: 06/13/2023) |
| 06/13/2023 | | Set/Reset Hearings: Telephone Conference set for 7/17/2023 at 02:30 PM before Magistrate Judge Valerie Figueredo. (tg) (Entered: 06/13/2023) |
| 06/14/2023 | 293 | MOTION for Sara Fatima Dhanji to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Declaration of Sara Fatima Dhanji).(Dhanji, Sara) (Entered: 06/14/2023) |
| 06/15/2023 | 294 | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 6/12/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023. (js) (Entered: 06/15/2023) |
| 06/15/2023 | 295 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 6/12/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 06/15/2023) |
| 06/16/2023 | 296 | MEMO ENDORSEMENT granting 293 Motion to Withdraw as Attorney. ENDORSEMENT: Application Granted. The Clerk of Court is directed to terminate the motion at ECF No. 293. SO ORDERED. Attorney Sara Fatima Dhanji terminated. (Signed by Magistrate Judge Valerie Figueredo on 6/16/2023) (rro) Modified on 6/29/2023 (rro). (Entered: 06/16/2023) |

| | | |
|---|---|---|
| 07/06/2023 | 297 | ORDER: Omnicare submitted a binder, as part of the ongoing in camera privilege review, dated June 26, 2023. The following document from that binder should be produced to the Government without redactions: the spreadsheet at Tab 8 with Control ID 02058164.1 For the following document, certain redactions should be removed: Tab 6 (with Control ID 02444181), the redactions should be removed from the first two emails in the chain at Bates Number OCRBASSAN01463085 (emails from November 11, 2011 at 9:22:13 p.m. and 12:39 p.m.). Omnicare also submitted a separate binder, dated June 20, 2023. The following documents from that binder should be produced to the Government without redactions: (1) Tabs 2–3, Control IDs 00228093–094; (2) Tab 10, Control IDs 01987755; (3) Tabs 15–29, Control IDs02075181, 02444135–137, 02444139, 02444142–144, 02444147–148, 02444165–168, 02444170; (4)Tabs 30, 34–35, Control IDs 04597331, 04597335–336; (5) Tabs 36, 40–41, Control IDs04597337, 04597341–342; (6) Tabs 42–51, Control IDs 04597868–877; (7) Tabs 52, 54–55, Control IDs 06247699, 06247701–702; and (8) Tabs 56–58, Control IDs 06276309–311. (Signed by Magistrate Judge Valerie Figueredo on 7/6/2023) (rro) (Entered: 07/06/2023) |
| 07/10/2023 | 298 | ***SELECTED PARTIES***SUPPLEMENTAL LETTER MOTION to Compel The United States of America to Produce *improperly withheld.* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 07/10/2023. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10)Motion or Order to File Under Seal: 102 .(Sasso, James) (Entered: 07/10/2023) |
| 07/10/2023 | 299 | LETTER MOTION to Compel regarding Privilege Logs addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 7/10/23. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Jude, Jennifer) (Entered: 07/10/2023) |
| 07/11/2023 | 300 | MOTION for Alex Van Dyke to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit DECLARATION OF ALEX VAN DYKE).(Van Dyke, Alexander) (Entered: 07/11/2023) |
| 07/12/2023 | 301 | MEMO ENDORSEMENT granting 300 MOTION for Alex Van Dyke to Withdraw as Attorney. ENDORSEMENT Application Granted. The Clerk of Court is directed to terminate the motion at ECF No. 300 and remove Mr. Van Dyke from this action's ECF service list. SO ORDERED. Attorney Alexander Van Dyke terminated. (Signed by Magistrate Judge Valerie Figueredo on 7/12/2023) (jca) (Entered: 07/12/2023) |
| 07/14/2023 | 302 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 07/14/2023 re: 299 LETTER MOTION to Compel regarding Privilege Logs addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 7/10/23. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Conley, Holly) (Entered: 07/14/2023) |
| 07/14/2023 | 303 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 7/14/2023 re: 298 SUPPLEMENTAL LETTER MOTION to Compel The United States of America to Produce *improperly withheld.* addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 07/10/2023. . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 07/14/2023) |
| 07/17/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 7/17/2023. (sjo) (Entered: 07/17/2023) |
| 07/18/2023 | 304 | ORDER: denying 299 Letter Motion to Compel; denying 298 Letter Motion to Compel. For the reasons stated at the conference held before the Court on July 17, 2023, the Government's request for appointment of a special master to review Defendants' claims of privilege over certain categories of documents is denied. Instead, the Court will conduct an in camera review of certain categories of documents as outlined at the conference, which Defendants are directed to provide to the Court in hard–copy by no later than Monday, July 24, 2023. In addition, a discovery conference in this action is hereby scheduled for Monday, August 14, 2023 at 11:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the |

| | | |
|---|---|---|
| | | scheduled time. Please dial (888) 808–6929; access code 9781335. The Clerk of Court is directed to terminate the motions at 298 and 299. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 7/18/2023) (ama) (Entered: 07/18/2023) |
| 07/18/2023 | | Set/Reset Hearings: Telephonic Discovery Hearing set for 8/14/2023 at 11:00 AM before Magistrate Judge Valerie Figueredo. (ama) (Entered: 07/18/2023) |
| 07/20/2023 | 305 | LETTER MOTION for Discovery *for Clarification and Reconsideration of Court's July 6, 2023 Order* addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 07/20/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 07/20/2023) |
| 07/24/2023 | 306 | TRANSCRIPT of Proceedings re: Conference held on 7/17/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne M. Mignano, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/14/2023. Redacted Transcript Deadline set for 8/24/2023. Release of Transcript Restriction set for 10/23/2023. (nmo) (Entered: 07/24/2023) |
| 07/24/2023 | 307 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 07/17/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 07/24/2023) |
| 07/26/2023 | 308 | LETTER MOTION for Discovery *Seeking Clarification* addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated 07/26/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 07/26/2023) |
| 07/28/2023 | 309 | ORDER terminating 308 Letter Motion for Discovery. Defendants' motion to compel documents withheld on delibertive–process grounds (ECF Nos. 268, 270) remains pending. The Clerk of Court is directed to terminate the motion at ECF No. 308. (Signed by Magistrate Judge Valerie Figueredo on 7/28/2023) (rro) (Entered: 07/28/2023) |
| 07/31/2023 | 310 | LETTER MOTION for Extension of Time *of one day to serve expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated July 31, 2023. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 07/31/2023) |
| 08/01/2023 | 311 | MEMORANDUM OF LAW in Opposition re: 310 LETTER MOTION for Extension of Time *of one day to serve expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated July 31, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 08/01/2023) |
| 08/01/2023 | 312 | ORDER granting 310 Letter Motion for Extension of Time. Application Granted. (Signed by Magistrate Judge Valerie Figueredo on 8/1/2023) (jca) (Entered: 08/01/2023) |
| 08/02/2023 | 313 | MEMO ENDORSEMENT on re: 311 Memorandum of Law in Opposition to Motion, filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: Application Granted. The deadline for Defendants to serve their expert reports is extended to October 3, 2023. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 8/2/2023) (rro) (Entered: 08/02/2023) |
| 08/03/2023 | 314 | ORDER granting 305 Letter Motion for Discovery. On July 20, 2023, Defendants submitted a letter seeking "clarification and reconsideration" of the Court's July 6, 2023 order regarding its in camera review of two sets of documents submitted by Omnicare. See ECF No. 305. Upon review of this letter, and following an additional review of the submitted documents, the Court finds that the seven (7) emails included in Tab 6 of the June 26, 2023 should be unredacted, consistent with the rulings as to those same emails that can be found in Tabs 16 through 29 of the June 20, 2023 binder. The Court will explain its reasoning on the record at the discovery conference |

| | | |
|---|---|---|
| | | scheduled for Monday, August 14, 2023 at 11:00 a.m. Consistent therewith, and for the reasons that will be explained at the upcoming conference, the emails contained in Tab 2 of the June 20 binder should also be unredacted. The Clerk of Court is directed to terminate the motion at ECF No. 305.. (Signed by Magistrate Judge Valerie Figueredo on 8/3/2023) (rro) (Entered: 08/03/2023) |
| 08/03/2023 | 315 | LETTER MOTION to Continue *Discovery Conference* addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated August 3, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 08/03/2023) |
| 08/04/2023 | 316 | ORDER granting 315 Letter Motion to Continue. The discovery conference scheduled for August 14, 2023, is hereby rescheduled for September 21, 2023 at 10:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. The Clerk of Court is directed to terminate the motion at ECF No. 315. SO ORDERED. Telephone Conference set for 9/21/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo.. (Signed by Magistrate Judge Valerie Figueredo on 8/4/2023) (tg) (Entered: 08/04/2023) |
| 08/14/2023 | 317 | ORDER: A conference to address the pending deliberative process dispute (see ECF Nos. 239, 243) is hereby scheduled for Monday, September 11, 2023, at 10:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 9/11/2023 at 10:30 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 8/14/2023) (rro) (Entered: 08/14/2023) |
| 08/18/2023 | 318 | LETTER MOTION for Extension of Time *to file supplemental expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated August 18, 2023. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/18/2023) |
| 08/23/2023 | 319 | LETTER MOTION for Extension of Time *to File Opposition to Plaintiffs' Aug. 18, 2023 Letter Motion* addressed to Magistrate Judge Valerie Figueredo from Ashwin Shandilya dated August 23, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Shandilya, Ashwin) (Entered: 08/23/2023) |
| 08/24/2023 | 320 | ORDER granting 319 Letter Motion for Extension of Time. Application Granted.. The Clerk of Court is directed to terminate the motion at ECF No. 319 (Signed by Magistrate Judge Valerie Figueredo on 8/24/2023) (rro) (Entered: 08/24/2023) |
| 08/24/2023 | | Set/Reset Deadlines: Responses due by 8/25/2023 (rro) (Entered: 08/24/2023) |
| 08/25/2023 | 321 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Ashwin Shandilya dated August 25, 2023 re: 318 LETTER MOTION for Extension of Time *to file supplemental expert reports* addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated August 18, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit Decl. of Bo Martin, # 2 Exhibit Decl. of Trent Thiede, # 3 Exhibit Email from M. Folch, # 4 Exhibit Letter from J. Sasso).(Shandilya, Ashwin) (Entered: 08/25/2023) |
| 08/30/2023 | 322 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Valerie Figueredo from James Sasso dated 08/30/203 re: Recent Developments. Document filed by Uri Bassan, Omnicare, Inc., UNITED STATES OF AMERICA, CVS Health Corporation, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 102 .(Sasso, James) (Entered: 08/30/2023) |
| 09/01/2023 | 323 | LETTER addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 09/01/2023 re: Updated In Camera Attorney List. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Boger, Daniel) (Entered: 09/01/2023) |
| 09/05/2023 | 324 | ***SELECTED PARTIES*** LETTER MOTION to Compel The United States of America to produce *withheld witness–interview summaries of Omnicare employees.* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated |

| | | |
|---|---|---|
| | | 09/05/2023. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Seal: 102 .(Conley, Holly) (Entered: 09/05/2023) |
| 09/05/2023 | 325 | LETTER MOTION to Compel The United States of America to produce *withheld witness−interview summaries of Omnicare employees.* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 09/05/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Conley, Holly) (Entered: 09/05/2023) |
| 09/06/2023 | 326 | MOTION to Preclude *UNTIMELY EXPERT SUPPLEMENTS.* Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/06/2023) |
| 09/06/2023 | 327 | MEMORANDUM OF LAW in Support re: 326 MOTION to Preclude *UNTIMELY EXPERT SUPPLEMENTS.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit DECLARATION OF BENJAMIN HAZELWOOD IN SUPPORT OF DEFENDANTS MOTION TO STRIKE UNTIMELY EXPERT SUPPLEMENTS, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 09/06/2023) |
| 09/06/2023 | 328 | LETTER MOTION for Oral Argument *regarding Motion to Preclude Dkt 326* addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 09/06/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/06/2023) |
| 09/07/2023 | 329 | ORDER SCHEDULING DISCOVERY CONFERENCES:The motions at ECF Nos. 318 and 326 will be discussed at the conference scheduled for Monday, September 11, 2023, at 10:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808−6929; access code 9781335 . (Signed by Magistrate Judge Valerie Figueredo on 9/7/2023) (rro) (Entered: 09/07/2023) |
| 09/07/2023 | 330 | MEMO ENDORSEMENT on re: 328 LETTER MOTION for Oral Argument *regarding Motion to Preclude Dkt 326* addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 09/06/2023. filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: I will let you know. (Signed by Judge Colleen McMahon on 9/7/23) (yv) (Entered: 09/07/2023) |
| 09/07/2023 | 331 | CONSENT LETTER MOTION for Extension of Time *to Respond to Defendants' September 5, 2023 Letter Motion* addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 9/7/2023. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 09/07/2023) |
| 09/08/2023 | 332 | ORDER granting 331 Letter Motion for Extension of Time. Application Granted. The Clerk of Court is directed to terminate the motion at ECF No. 331. (Signed by Magistrate Judge Valerie Figueredo on 9/8/2023) (rro) (Entered: 09/08/2023) |
| 09/08/2023 | | Set/Reset Deadlines: Responses due by 9/12/2023 (rro) (Entered: 09/08/2023) |
| 09/11/2023 | 333 | ORDER terminating 318 Letter Motion for Extension of Time; denying 326 Motion to Preclude; terminating 328 Letter Motion for Oral Argument. The Government's deadline to file a supplemental expert report for the statistician and pharmacist experts is October 19, 2023. Defendants' deadline to file an expert report responsive to the reports of those two experts is extended from October 2, 2023, to December 4, 2023. October 2, 2023 remains the deadline for Defendants to file the expert report of any other expert, apart from the reports responding to the Government's statistician and pharmacist experts. The deadline for the close of expert depositions is extended from October 23, 2023, to December 18, 2023. The close of expert discovery is extended from October 31, 2023, to December 29, 2023. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 318, 326, 328. SO ORDERED.. (Signed by Magistrate Judge Valerie Figueredo on 9/11/2023) (jca) (Entered: 09/11/2023) |

| | | |
|---|---|---|
| 09/11/2023 | | Set/Reset Deadlines: Deposition due by 12/18/2023. Expert Discovery due by 12/29/2023. (jca) (Entered: 09/11/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Telephone Conference held on 9/11/2023. (sjo) (Entered: 09/12/2023) |
| 09/12/2023 | [334](#) | LETTER addressed to Magistrate Judge Valerie Figueredo from Benjamin N. Hazelwood dated September 12, 2023 re: Request to Clarify or Modify Dkt. 333. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/12/2023) |
| 09/12/2023 | [335](#) | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 9/12/2023 re: [325](#) LETTER MOTION to Compel The United States of America to produce *withheld witness–interview summaries of Omnicare employees.* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 09/05/2023. . Document filed by UNITED STATES OF AMERICA. (Attachments: # [1](#) Exhibit A – Hardy Declaration).(Issacharoff, Lucas) (Entered: 09/12/2023) |
| 09/13/2023 | [336](#) | TRANSCRIPT of Proceedings re: TELEPHONIC DISCOVERY CONFERENCE held on 9/11/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/4/2023. Redacted Transcript Deadline set for 10/16/2023. Release of Transcript Restriction set for 12/12/2023..(js) (Entered: 09/13/2023) |
| 09/13/2023 | [337](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONIC DISCOVERY CONFERENCE proceeding held on 9/11/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 09/13/2023) |
| 09/13/2023 | [338](#) | LETTER addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated September 13, 2023 re: Response to Dkt. 334 – Defendants' Request to Clarify or Modify Dkt. 333. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 09/13/2023) |
| 09/14/2023 | [339](#) | LETTER MOTION to Seal *Exhibits to Letter Motion* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/14/23. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 09/14/2023) |
| 09/15/2023 | [340](#) | ***SELECTED PARTIES*** LETTER MOTION to Compel Omnicare and CVS to Provide Rule 30(b)(6) Testimony addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/14/23. Document filed by UNITED STATES OF AMERICA, Uri Bassan, CVS Health Corporation, Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Omnicare, Inc., State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, State of Wisconsin, United States of America ex rel. Uri Bassan. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L, # [13](#) Exhibit M)Motion or Order to File Under Seal: [339](#) .(Jude, Jennifer) (Entered: 09/15/2023) |
| 09/15/2023 | [341](#) | MEMO ENDORSEMENT on re: [338](#) Letter filed by UNITED STATES OF AMERICA. ENDORSEMENT: Application Granted. The Government's proposed schedule is adopted. ( Deposition due by 12/18/2023.) (Signed by Magistrate Judge Valerie Figueredo on 9/15/2023) (vfr) (Entered: 09/15/2023) |
| 09/15/2023 | [342](#) | LETTER MOTION to Compel Omnicare and CVS to Provide Rule 30(b)(6) Testimony addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/15/23. Document filed by UNITED STATES OF AMERICA. (Attachments: # [1](#) |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B (under seal), # 3 Exhibit C, # 4 Exhibit D (under seal), # 5 Exhibit E (under seal), # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H (under seal), # 9 Exhibit I (under seal), # 10 Exhibit J (under seal), # 11 Exhibit K (under seal), # 12 Exhibit L (under seal), # 13 Exhibit M (under seal)).(Jude, Jennifer) (Entered: 09/15/2023) |
| 09/15/2023 | 343 | ORDER granting 339 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 339. (Signed by Magistrate Judge Valerie Figueredo on 9/15/2023) (vfr) (Entered: 09/15/2023) |
| 09/20/2023 | 344 | LETTER RESPONSE in Support of Motion addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 09/20/2023 re: 324 LETTER MOTION to Compel The United States of America to produce *withheld witness–interview summaries of Omnicare employees.* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 09/05/2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Conley, Holly) (Entered: 09/20/2023) |
| 09/20/2023 | 345 | LETTER MOTION to Seal *(2)Letter Motion to seal Letter in Opposition to Governments letter motion to compel* addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 09/20/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/20/2023) |
| 09/20/2023 | 346 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 09/20/2023 re: 340 LETTER MOTION to Compel Omnicare and CVS to Provide Rule 30(b)(6) Testimony addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/14/23., 342 LETTER MOTION to Compel Omnicare and CVS to Provide Rule 30(b)(6) Testimony addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 9/15/23. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)Motion or Order to File Under Seal: 102 .(Hazelwood, Benjamin) (Entered: 09/20/2023) |
| 09/21/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 9/21/2023. (sjo) (Entered: 09/21/2023) |
| 09/21/2023 | 347 | ORDER: On July 24, 2023, Defendants submitted a binder of 224 documents for in camera privilege review. See ECF No. 304. The documents discussed below are identified by "Tab" number, using the same "Tab" number from the Table of Contents provided by Defendants for the in camera review.The following documents are not privileged and should be produced to the Government in their entirety: Tabs 38, 58–64, 75, 78–87, 121, 123–24, 201–206, 208–209, 221. The following documents should be produced with redactions, as indicated below: and further set forth in this Order. As indicated at the conference on September 21, 2023, Defendants have until September28, 2023, to raise any objections to this ruling. The Clerk of Court is directed to terminate themotion at ECF No. 266. (Signed by Magistrate Judge Valerie Figueredo on 9/21/2023) (rro) (Entered: 09/21/2023) |
| 09/27/2023 | 348 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/21/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/18/2023. Redacted Transcript Deadline set for 10/30/2023. Release of Transcript Restriction set for 12/26/2023. (js) (Entered: 09/27/2023) |
| 09/27/2023 | 349 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/21/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 09/27/2023) |

| 09/27/2023 | 350 | LETTER MOTION for Extension of Time *to Object to Privilege Ruling* addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 09/27/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Boger, Daniel) (Entered: 09/27/2023) |
|---|---|---|
| 09/28/2023 | 351 | ORDER granting 350 Letter Motion for Extension of Time. Application Granted. Defendants' counsel is directed to file their objections by October 12, 2023. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 350. (Signed by Magistrate Judge Valerie Figueredo on 9/28/2023) (rro) (Entered: 09/28/2023) |
| 10/03/2023 | 352 | ORDER: The Government is directed to provide a response to Omnicare's argument that the use alleged here is sufficient to constitute affirmative use of the withheld work–product material for purposes of supporting a waiver under Federal Rule of Evidence 502(a), particularly in light of the decision in In re Commodity Exchange. The Government is directed to file a letter by no later than October 17, 2023. (Signed by Magistrate Judge Valerie Figueredo on 10/3/2023) (rro) (Entered: 10/03/2023) |
| 10/05/2023 | 353 | ORDER granting 345 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 345. (Signed by Magistrate Judge Valerie Figueredo on 10/5/2023) (jca) (Entered: 10/05/2023) |
| 10/06/2023 | 354 | NOTICE OF CHANGE OF ADDRESS by Timothy Joseph Granitz on behalf of Uri Bassan. New Address: Katers & Granitz, LLC, 8112 W Bluemound Road, Suite 101, Milwaukee, WI, USA 53213, 414–600–0110..(Granitz, Timothy) (Entered: 10/06/2023) |
| 10/06/2023 | 355 | NOTICE of Withdrawal of Brian Mahany. Document filed by Uri Bassan..(Granitz, Timothy) (Entered: 10/06/2023) |
| 10/06/2023 | 356 | ORDER granting 340 Letter Motion to Compel; granting 342 Letter Motion to Compel. On September 15, 2023, the Government moved to compel Omnicare to provide responses to questions that the Government claimed Omnicare's corporate representatives had failed to answer during their Rule 30(b)(6) depositions. See ECF Nos. 340, 342. The Government's motion is GRANTED but only as to the following questions identified by the Government in Exhibit B (see ECF No. 340–2). In its letter motion, the Government also sought an order compelling Omnicare to clarify contradictory testimony provided by two 30(b)(6) witnesses. See ECF No. 342 at 5. After reviewing the transcript of the deposition of Ms. Barber and Mr. Pratt, the testimony of the two witnesses is inconsistent as to the timing of when the "Prescribed Quantity Required" flag was changed, and the inconsistency is not resolved by adopting the relevant testimony of Egan, Schatz, and Pratt, as Omnicare proposed. Omnicare is thus directed to provide a response to the following questions: and further set forth in this Order. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 340 and 342. (Signed by Magistrate Judge Valerie Figueredo on 10/6/2023) (rro) (Entered: 10/06/2023) |
| 10/10/2023 | 357 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL: re: 355 Notice (Other) filed by Uri Bassan. ENDORSEMENT: Application Granted. The Clerk of Court is respectfully directed to remove Mr. Mahany from the case docket., Attorney Brian Mahany terminated. (Signed by Magistrate Judge Valerie Figueredo on 10/10/2023) (ama) (Entered: 10/10/2023) |
| 10/12/2023 | 358 | LETTER MOTION to Seal *the letter objecting to the Courts September 21, 2023 order requiring production of documents from Defendants fourth in camera binder.* addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 10/12/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Boger, Daniel) (Entered: 10/12/2023) |
| 10/12/2023 | 359 | ***EX–PARTE*** LETTER MOTION for Discovery addressed to Magistrate Judge Valerie Figueredo from Daniel Boger dated 10/12/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 358 .(Boger, Daniel) (Entered: 10/12/2023) |
| 10/16/2023 | 360 | ORDER: granting 358 Letter Motion to Seal; granting 359 Letter Motion for Discovery. Application Granted. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 358 and 359. (Signed by Magistrate Judge Valerie Figueredo on 10/16/2023) (ama) (Entered: 10/16/2023) |

| | | |
|---|---|---|
| 10/17/2023 | <u>361</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 10/17/2023 re: <u>325</u> LETTER MOTION to Compel The United States of America to produce *withheld witness–interview summaries of Omnicare employees.* addressed to Magistrate Judge Valerie Figueredo from Holly M. Conley dated 09/05/2023. . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 10/17/2023) |
| 10/18/2023 | <u>362</u> | ORDER: On September 21, 2023, the Court issued an order following an in camera review of certain documents withheld as privileged by Omnicare. See ECF No. 347. On October 12, 2023, Omnicare filed ex parte objections to the Order, providing additional factual information to support its claim of attorney–client privilege for certain documents or portions of a document that the Court had ordered produced. See ECF No. 359. Following a review of the additional information provided by Omnicare, the Court grants Omnicare's request in its entirety. Omnicare may produce the e–mail chain at Tabs 35 and 36 of Omnicare's fourth in camera binder with the identified information redacted; Tabs 46 and 207 may be produced with the first bullet point redacted; and the e–mail chain at Tab 201 may be withheld as privileged. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 10/18/2023) (rro) (Entered: 10/18/2023) |
| 10/18/2023 | <u>363</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #366)** \*\*\*EX–PARTE\*\*\* LETTER MOTION to Compel The United States of America to Production of Documents Withheld on Basis of Deliberative Process addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/18/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16)Motion or Order to File Under Seal: <u>102</u> .(Riskin, David) Modified on 10/19/2023 (kj). **As Per Email Dated 10/19/2023, 10:02 AM –** (Entered: 10/18/2023) |
| 10/18/2023 | <u>364</u> | LETTER MOTION to Seal *Letter Motion to Compel, Dkt 363* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/18/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 10/18/2023) |
| 10/18/2023 | <u>365</u> | LETTER MOTION to Expedite *Consideration of Letter Motion to Compel* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/18/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 10/18/2023) |
| 10/18/2023 | <u>366</u> | \*\*\*SELECTED PARTIES\*\*\* LETTER MOTION to Compel The United States of America to Production of Documents Withheld on Basis of Deliberative Process addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/18/2023. Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16)Motion or Order to File Under Seal: <u>102</u> .(Riskin, David) (Entered: 10/18/2023) |
| 10/19/2023 | <u>367</u> | ORDER granting <u>364</u> Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 364.. (Signed by Magistrate Judge Valerie Figueredo on 10/19/2023) (rro) (Entered: 10/19/2023) |
| 10/20/2023 | <u>368</u> | ORDER terminating <u>365</u> Letter Motion to Expedite. The Government is directed to respond to Omnicare's letter motion, filed October 18, 2023 (see ECF No. 366), by 3 p.m. on Monday, October 23, 2023. A conference to discuss the issue raised in Omnicare's letter motion is hereby rescheduled for Tuesday, October 24, 2023, at 11:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335 .In advance of the conference, the Government is directed to submit to the Court, via emailfor in camera review, the document that it clawed back from Omnicare referenced inOmnicare's letter motion (OMNICARE–USAO–00454799). Omnicare is also directed to submita copy of Hart's expert report, which it referenced in its letter motion (see ECF No. 366 at 5).The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 365.SO ORDERED. (Signed by Magistrate Judge Valerie |

| | | |
|---|---|---|
| | | Figueredo on 10/20/2023) (rro) (Entered: 10/20/2023) |
| 10/20/2023 | | Set/Reset Deadlines: ( Responses due by 10/23/2023), Set/Reset Hearings:( Telephone Conference set for 10/24/2023 at 11:30 AM before Magistrate Judge Valerie Figueredo.) (rro) (Entered: 10/20/2023) |
| 10/23/2023 | <u>369</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 10/23/2023 re: <u>366</u> LETTER MOTION to Compel The United States of America on Production of Documents Withheld on Basis of Deliberative Process addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/18/2023. . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 10/23/2023) |
| 10/24/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 10/24/2023. (sjo) (Entered: 10/24/2023) |
| 10/25/2023 | <u>370</u> | ORDER terminating <u>366</u> Letter Motion to Compel. During a conference on September 11, 2023, the Court issued a ruling on Omnicare's motion to compel documents withheld by the Government pursuant to the deliberate process privilege (see ECF Nos. 239, 243). See ECF No. 336. As to documents relating to the PDE validation audits, the Court concluded that Omnicare had overcome the privilege by showing a compelling need for those documents. As to a subset of documents–specifically, documents falling within paragraph 16 of the declaration of Cheri Rice–the Court asked for additional documents and information before it ruled on whether the documents were privileged. Following the conference on September 11, the Government submitted those documents and at a conference on September 21, 2023, the Court ordered the Government to produce "a subset of those [documents] that pertain to the PDE audit validation process," out of the 220 documents encompassed by paragraph 16 of the Rice declaration. See ECF No. 348 at 84. The basis for the Court's ruling, in accordance with Omnicare's arguments, was that such documents might reveal the extent to which the Government had actual knowledge of certain practices yet routinely paid claims despite such practices. In other words, the Government's practice of accepting or declining certain prescription documentation was relevant to Omnicare's materiality defense. See ECF No. 336 at 28–31; ECF No. 348 at 86. Omnicare argues that it has a compelling need for documents relating to the RAC audit, over which the Government has asserted the deliberative process privilege. See ECF No. 366. The RAC audit was a type of audit of long–term care sponsors that the Government considered but never undertook. As to these documents, Omnicare has not shown a compelling need, as required to overcome the Government's assertion of the privilege. The PDE validation audit undertaken by the Government examined the same underlying prescription documentation and state law requirements that would have been examined had the RAC audit been conducted. If the Government had actual knowledge that long–term care sponsors were not adhering to state–law prescription documentation requirements, that information would be available to Omnicare from the documents it has obtained from the Government related to the PDE validation audit. Lastly, the Government's claw back of the inadvertently produced privileged document was proper. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 10/25/2023) (vfr) (Entered: 10/25/2023) |
| 10/26/2023 | <u>371</u> | MOTION for Jesse Tiko Smallwood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28480924. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Affidavit AFFIDAVIT OF JESSE T. SMALLWOOD IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # <u>2</u> Exhibit Certificate of Good Standing D.C. Bar, # <u>3</u> Exhibit Certificate of Good Standing Supreme Court of North Carolina, # <u>4</u> Proposed Order Proposed Order).(Smallwood, Jesse) (Entered: 10/26/2023) |
| 10/26/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>371</u> MOTION for Jesse Tiko Smallwood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28480924. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/26/2023) |
| 10/26/2023 | <u>372</u> | LETTER MOTION for Discovery *Regarding Documents on Docket* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 10/26/2023. |

| | | |
|---|---|---|
| | | Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 10/26/2023) |
| 10/27/2023 | 373 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 10/24/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, 92120 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/17/2023. Redacted Transcript Deadline set for 11/27/2023. Release of Transcript Restriction set for 1/25/2024..(js) (Entered: 10/27/2023) |
| 10/27/2023 | 374 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 10/24/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 10/27/2023) |
| 10/27/2023 | 375 | PROPOSED ORDER. Document filed by CVS Health Corporation, Omnicare, Inc.. Related Document Number: 371 ..(Smallwood, Jesse) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/27/2023) |
| 10/27/2023 | 376 | ORDER GRANTING MOTION FOR JESSE T. SMALLWOOD TO PRACTICE PRO HAC VICE granting 371 Motion for Jesse Tiko Smallwood to Appear Pro Hac Vice. The motion of Jesse T. Smallwood for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 10/27/23) (yv) (Entered: 10/27/2023) |
| 10/30/2023 | 377 | ORDER granting 372 Letter Motion for Discovery. Application Granted. The government is directed to file under seal the clawed–back document and unredacted Barry Hart expert report such that only the Court and the government may view them. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 372. (Signed by Magistrate Judge Valerie Figueredo on 10/30/2023) (rro) (Entered: 10/30/2023) |
| 10/31/2023 | 378 | ***EX–PARTE*** LETTER addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 10/31/2023 re: Sealed Exhibits. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 377 .(Issacharoff, Lucas) (Entered: 10/31/2023) |
| 10/31/2023 | 379 | JOINT LETTER MOTION for Extension of Time *to complete certain expert depositions* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 10/31/2023. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 10/31/2023) |
| 11/02/2023 | 380 | ORDER granting 379 Letter Motion for Extension of Time. The parties' request to extend the deadlines to complete the expert depositions of Josh Allen, Chad Hardy, David Nace and is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 379. SO ORDERED. Deposition due by 11/21/2023. (Signed by Magistrate Judge Valerie Figueredo on 11/2/2023) (tg) (Entered: 11/03/2023) |
| 11/06/2023 | 381 | ORDER denying 324 Letter Motion to Compel; denying 325 Letter Motion to Compel. For these reasons, Omnicare's motion is DENIED. The Clerk of Court is directed to terminate the letter motions at ECF Nos. 324 and 325. (Signed by Magistrate Judge Valerie Figueredo on 11/6/2023) (rro) (Entered: 11/06/2023) |
| 11/07/2023 | 382 | LETTER MOTION for Extension of Time *to file objections to the October 25, 2023 order addressing Defendants motion to compel (Dkt. 370)* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 11/07/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 11/07/2023) |

| 11/08/2023 | 383 | ORDER granting 382 Letter Motion for Extension of Time. Application Granted. Defendants' extension until November 15, 2023, to file objections and the Government's extension until December 6, 2023, to file its opposition is hereby GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 382.. (Signed by Magistrate Judge Valerie Figueredo on 11/8/2023) (rro) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | | Set/Reset Deadlines: Responses due by 12/6/2023 (rro) (Entered: 11/08/2023) |
| 11/08/2023 | 384 | MEMO ENDORSEMENT on re: 382 LETTER MOTION for Extension of Time *to file objections to the October 25, 2023 order addressing Defendants motion to compel (Dkt. 370)* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 11/07/2023. filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: Since you are filing objections, I think this motion should be addressed to the Judge who will rule on those objections– once the motion is granted. (Signed by Judge Colleen McMahon on 11/8/2023) (tro) (Entered: 11/08/2023) |
| 11/14/2023 | 385 | LETTER MOTION for Extension of Time *to disclose expert rebuttal opinions* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 11/14/2023. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 11/14/2023) |
| 11/15/2023 | 386 | Objection re: 370 Order on Motion to Compel,,,,,,,,, . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 11/15/2023) |
| 11/15/2023 | 387 | MOTION to Seal *OBJECTIONS TO MAGISTRATE JUDGES OCTOBER 25, 2023 ORDER*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 11/15/2023) |
| 11/15/2023 | 388 | MEMORANDUM OF LAW in Support re: 387 MOTION to Seal *OBJECTIONS TO MAGISTRATE JUDGES OCTOBER 25, 2023 ORDER.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 11/15/2023) |
| 11/15/2023 | 389 | ***SELECTED PARTIES***Objection re: 370 Order on Motion to Compel,,,,,,,,, . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. Motion or Order to File Under Seal: 387 .(Mainigi, Enu) (Entered: 11/15/2023) |
| 11/17/2023 | 390 | Objection re: 370 Order on Motion to Compel,,,,,,,,, *(corrected)*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 11/17/2023) |
| 11/17/2023 | 391 | ***SELECTED PARTIES***Objection re: 370 Order on Motion to Compel,,,,,,,,, *(corrected)*. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. Motion or Order to File Under Seal: 387 .(Mainigi, Enu) (Entered: 11/17/2023) |
| 11/17/2023 | 392 | MEMORANDUM OF LAW in Opposition re: 385 LETTER MOTION for Extension of Time *to disclose expert rebuttal opinions* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 11/14/2023. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 11/17/2023) |
| 11/17/2023 | 393 | LETTER MOTION to Seal addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 17, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/17/2023) |
| 11/17/2023 | 394 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 385 LETTER MOTION for Extension of Time *to disclose expert rebuttal opinions* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 11/14/2023. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 393 .(Hazelwood, Benjamin) (Entered: 11/17/2023) |
| 11/20/2023 | 395 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Valerie Figueredo from Monica Folch dated November 20, 2023 re: 385 LETTER MOTION for Extension of Time *to disclose expert rebuttal opinions* addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 11/14/2023. . Document filed by |

| | | |
|---|---|---|
| | | UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Folch, Monica) (Entered: 11/20/2023) |
| 11/20/2023 | 396 | ORDER granting 393 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 393.. (Signed by Magistrate Judge Valerie Figueredo on 11/20/2023) (rro) (Entered: 11/20/2023) |
| 11/22/2023 | 397 | ORDER: A telephonic discovery conference in this matter is hereby scheduled for Tuesday, November 28, 2023, at 12:30 p.m. to discuss the motions at ECF Nos. 385 and 392. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 11/28/2023 at 12:30 PM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 11/22/2023) (rro) Modified on 12/18/2023 (rro). (Entered: 11/22/2023) |
| 11/22/2023 | 398 | LETTER MOTION for Conference re: Discovery Hearing, Telephone Conference *(Government's Deliberative Process Assertions)* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 22, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/22/2023) |
| 11/28/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 11/28/2023. (sjo) (Entered: 11/28/2023) |
| 11/28/2023 | 399 | ORDER: granting 398 Letter Motion for Conference re: 398 LETTER MOTION for Conference re: Discovery Hearing, Telephone Conference (Government's Deliberative Process Assertions. addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 22, 2023. A hearing in this matter is scheduled for Thursday, December 7, 2023, at 11:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335 . SO ORDERED.Telephonic Status Conference set for 12/7/2023 at 11:30 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 11/28/2023) (ama) (Entered: 11/28/2023) |
| 11/30/2023 | 400 | LETTER MOTION to Compel United States to Reopen depositions addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 30, 2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28).(Hazelwood, Benjamin) (Entered: 11/30/2023) |
| 11/30/2023 | 401 | LETTER MOTION to Seal *Motion to Reopen Depositions* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 30, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/30/2023) |
| 11/30/2023 | 402 | ***SELECTED PARTIES*** LETTER MOTION to Compel United States to Reopen depositions addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 30, 2023. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)Motion or Order to File Under Seal: 401 .(Hazelwood, Benjamin) (Entered: 11/30/2023) |
| 12/01/2023 | 403 | ORDER granting 385 Letter Motion for Extension of Time. Finally, any prejudice suffered by Omnicare as a result of the requested extension of time can be addressed with an extension of the current deadlines. The deadline for the completion of expert depositions is currently December 18, 2023. That deadline remains in place for all but the newly identified rebuttal expert from the Government. For that experts deposition, the deadline is extended to December 29, 2023. The Clerk of Court is respectfully |

| | | |
|---|---|---|
| | | directed to terminate the letter motion at ECF No. 385. (Signed by Magistrate Judge Valerie Figueredo on 12/1/2023) (rro) (Entered: 12/01/2023) |
| 12/01/2023 | 404 | ORDER granting 401 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 401. (Signed by Magistrate Judge Valerie Figueredo on 12/1/2023) (rro) (Entered: 12/01/2023) |
| 12/05/2023 | 405 | LETTER MOTION to Compel United States to Produce improperly clawed back documents addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Hazelwood, Benjamin) (Entered: 12/05/2023) |
| 12/05/2023 | 406 | LETTER MOTION to Seal *Motion to Compel* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 12/05/2023) |
| 12/05/2023 | 407 | ***SELECTED PARTIES*** LETTER MOTION to Compel United States to Produce improperly clawed back documents addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Motion or Order to File Under Seal: 406 .(Hazelwood, Benjamin) (Entered: 12/05/2023) |
| 12/06/2023 | 408 | LETTER MOTION to Seal addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 12/6/2023. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 12/06/2023) |
| 12/06/2023 | 409 | LETTER MOTION to Seal *(Corrected)* addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 12/6/2023. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 12/06/2023) |
| 12/06/2023 | 410 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 12/6/2023 re: 407 LETTER MOTION to Compel United States to Produce improperly clawed back documents addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. . Document filed by UNITED STATES OF AMERICA, Uri Bassan, CVS Health Corporation, Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Omnicare, Inc., State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, State of Wisconsin, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit E, # 5 Exhibit G, # 6 Exhibit I, # 7 Exhibit J, # 8 Exhibit K, # 9 Exhibit L, # 10 Exhibit M, # 11 Exhibit N, # 12 Exhibit O, # 13 Exhibit P, # 14 Exhibit Q, # 15 Exhibit R)Motion or Order to File Under Seal: 409 .(Issacharoff, Lucas) (Entered: 12/06/2023) |
| 12/06/2023 | 411 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 12/6/2023 re: 400 LETTER MOTION to Compel United States to Reopen depositions addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated November 30, 2023. . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R).(Issacharoff, Lucas) (Entered: 12/06/2023) |
| 12/06/2023 | 412 | OPPOSITION BRIEF re: 390 Objection (non–motion) . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 12/06/2023) |
| 12/06/2023 | 413 | ORDER: granting 406 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 406. (Signed by Magistrate |

| | | |
|---|---|---|
| | | Judge Valerie Figueredo on 12/06/2023) (ama) (Entered: 12/07/2023) |
| 12/07/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Discovery Hearing held on 12/7/2023. (sjo) (Entered: 12/07/2023) |
| 12/08/2023 | 414 | ORDER granting 408 Letter Motion to Seal; granting 409 Letter Motion to Seal. Application Granted. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 408 and 409. (Signed by Magistrate Judge Valerie Figueredo on 12/8/2023) (rro) (Entered: 12/08/2023) |
| 12/08/2023 | 415 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 12/8/2023 re: 407 LETTER MOTION to Compel United States to Produce improperly clawed back documents addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 12/08/2023) |
| 12/11/2023 | 416 | LETTER MOTION for Extension of Time *of the deadline for Defendants to take the deposition of W. Thomas Smith, one of the Governments expert witnesses* addressed to Magistrate Judge Valerie Figueredo from Eric A. Kuhl dated 12/11/2023. Document filed by CVS Health Corporation, Omnicare, Inc...(Kuhl, Eric) (Entered: 12/11/2023) |
| 12/11/2023 | 417 | MOTION to Seal *Reply in Support of Objections*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 12/11/2023) |
| 12/11/2023 | 418 | MEMORANDUM OF LAW in Support re: 417 MOTION to Seal *Reply in Support of Objections*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Seal).(Hazelwood, Benjamin) (Entered: 12/11/2023) |
| 12/11/2023 | 419 | ***SELECTED PARTIES*** BRIEF re: 391 Objection (non–motion), *(Reply in Support of Objections)*. Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA.Motion or Order to File Under Seal: 417 .(Hazelwood, Benjamin) (Entered: 12/11/2023) |
| 12/11/2023 | 420 | BRIEF re: 391 Objection (non–motion), *(Reply in Support of Objections)*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 12/11/2023) |
| 12/11/2023 | 421 | REPLY MEMORANDUM OF LAW in Support re: 407 LETTER MOTION to Compel United States to Produce improperly clawed back documents addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 5, 2023. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 12/11/2023) |
| 12/11/2023 | 422 | MEMO ENDORSEMENT on re: 415 Response in Opposition to Motion, filed by UNITED STATES OF AMERICA. ENDORSEMENT: The Court will address Defendant's motion at ECF No. 407 following a decision by Judge McMahon on Defendant's now–pending objection to the Court's prior ruling. Because a decision by Judge McMahon on those objections could dispose of the instant challenge, waiting for her ruling serves the interests of judicial efficiency. (Signed by Magistrate Judge Valerie Figueredo on 12/11/2023) (rro) (Entered: 12/12/2023) |
| 12/11/2023 | 423 | ORDER granting 416 Letter Motion for Extension of Time. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 416. Deposition due by 12/22/2023. (Signed by Magistrate Judge Valerie Figueredo on 12/11/2023) (rro) (Entered: 12/12/2023) |
| 12/13/2023 | 424 | LETTER addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated December 13, 2023 Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 12/13/2023) |
| 12/14/2023 | 425 | ORDER granting 402 Letter Motion to Compel. Finally, Omnicare seeks permission to take an additional five depositions of "high–level CMS and HHS officials who participated in PDE decisionmaking." See ECF No. 402 at 6 n.7. The case law is clear that a deposition of a high–ranking government official requires a showing of exceptional circumstances justifying the deposition, such as when the official has first–hand knowledge or has information that cannot be obtained through other means. |

| | | |
|---|---|---|
| | | See, e.g., Lederman v. N.Y. City Dep't of Parks & Recreation, 731 F.3d 199, 203 (2d Cir. 2013). Omnica re has not made such a showing here. The Clerk of Court is directed to terminate the letter motion at ECF No. 402. (Signed by Magistrate Judge Valerie Figueredo on 12/14/2023) (rro) (Entered: 12/14/2023) |
| 12/14/2023 | 426 | TRANSCRIPT of Proceedings re: Conference held on 12/7/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Marissa Mignano, (631) 813–9335. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/4/2024. Redacted Transcript Deadline set for 1/16/2024. Release of Transcript Restriction set for 3/13/2024. (nmo) (Entered: 12/14/2023) |
| 12/14/2023 | 427 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 12/07/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 12/14/2023) |
| 12/19/2023 | 428 | CONSENT LETTER MOTION for Extension of Time *for One Expert Deposition* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 12/19/23. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 12/19/2023) |
| 12/19/2023 | 429 | LETTER MOTION for Discovery *to Strike Non–Compliant Errata* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 12/19/2023. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Riskin, David) (Entered: 12/19/2023) |
| 12/20/2023 | | ***DELETED DOCUMENT. Deleted document number 430 Proposed Stipulation and Order. The document was incorrectly filed in this case. Correct case # 19cv9669. As per ECF–ERROR Email Correspondence received on 12/20/2023 @ 1:14pm. (db)** (Entered: 12/20/2023) |
| 12/20/2023 | 430 | LETTER MOTION for Extension of Time *to File Objections* addressed to Judge Colleen McMahon from David Randall J. Riskin dated 12/20/2023. Document filed by Omnicare, Inc...(Sasso, James) (Entered: 12/20/2023) |
| 12/21/2023 | 431 | ORDER granting 428 Letter Motion for Extension of Time. Application Granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 428. Deposition due by 1/16/2024. (Signed by Magistrate Judge Valerie Figueredo on 12/21/2023) (rro) (Entered: 12/21/2023) |
| 12/22/2023 | 432 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Samuel Dolinger dated 12/22/2023 re: 429 LETTER MOTION for Discovery *to Strike Non–Compliant Errata* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 12/19/2023. . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Dolinger, Samuel) (Entered: 12/22/2023) |
| 12/28/2023 | 433 | Objection re: 425 Order on Motion to Compel,,, . Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 12/28/2023) |
| 12/28/2023 | 434 | MOTION to Seal *DEFENDANTS MOTION TO SEAL OBJECTIONS TO MAGISTRATE JUDGES DECEMBER 14, 2023 ORDER*. Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 12/28/2023) |
| 12/28/2023 | 435 | MEMORANDUM OF LAW in Support re: 434 MOTION to Seal *DEFENDANTS MOTION TO SEAL OBJECTIONS TO MAGISTRATE JUDGES DECEMBER 14, 2023 ORDER*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Riskin, David) (Entered: 12/28/2023) |

| | | |
|---|---|---|
| 12/28/2023 | 436 | ***SELECTED PARTIES***Objection re: 425 Order on Motion to Compel,,, . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. Motion or Order to File Under Seal: 434 .(Riskin, David) (Entered: 12/28/2023) |
| 12/28/2023 | 437 | LETTER addressed to Judge Colleen McMahon from David Randall J. Riskin dated 12/28/2023 re: partial objections to Judge Figueredos December 14, 2023 order (ECF 425). Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 12/28/2023) |
| 01/02/2024 | 438 | LETTER addressed to Judge Colleen McMahon from David Randall J. Riskin dated January 2, 2024 re: Withdrawal as Moot of ECF 430. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/02/2024) |
| 01/04/2024 | 439 | ORDER terminating as moot 430 Letter Motion for Extension of Time. This motion should be terminated as moot. (Signed by Judge Colleen McMahon on 1/4/24) (yv) (Entered: 01/04/2024) |
| 01/11/2024 | 440 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 11/28/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/1/2024. Redacted Transcript Deadline set for 2/12/2024. Release of Transcript Restriction set for 4/10/2024.(js) (Entered: 01/11/2024) |
| 01/11/2024 | 441 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 11/28/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 01/11/2024) |
| 01/11/2024 | 442 | OPPOSITION BRIEF re: 436 Objection (non–motion), . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Issacharoff, Lucas) (Entered: 01/11/2024) |
| 01/16/2024 | 443 | BRIEF re: 433 Objection (non–motion) *(Reply in Support of Objections)*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/16/2024) |
| 01/16/2024 | 444 | MOTION to Seal *Reply in Support of Objections*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/16/2024) |
| 01/16/2024 | 445 | MEMORANDUM OF LAW in Support re: 444 MOTION to Seal *Reply in Support of Objections*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Seal).(Hazelwood, Benjamin) (Entered: 01/16/2024) |
| 01/16/2024 | 446 | ***SELECTED PARTIES*** BRIEF re: 436 Objection (non–motion), *(Reply in Support of Objections)*. Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA.Motion or Order to File Under Seal: 443 .(Hazelwood, Benjamin) (Entered: 01/16/2024) |
| 01/24/2024 | 447 | DECISION AND ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S RULINGS AS THE RULINGS OF THE COURT: After careful consideration of the objections filed by Omnicare to the order of The Hon. Valerie Figueredo dated December 14, 2023 (Dkt. # 425), the court OVERRULES the objections and AFFIRMS Judge Figueredo's order in all respects. Nothing in Ornnicare's papers suggests that Judge Figueredo abused her discretion in the slightest; her ruling is neither clearly erroneous nor contrary to law. Therefore, the court will not disturb it. (Signed by Judge Colleen McMahon on 1/24/2024) (tg) (Entered: 01/24/2024) |
| 03/29/2024 | 448 | LETTER MOTION to Seal *Information Designated Under Protective Order* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/29/24. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 03/29/2024) |

| | | |
|---|---|---|
| 03/29/2024 | 449 | ***SELECTED PARTIES*** LETTER MOTION to Compel Defendants to expand re–review of privilege claims addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/29/24. Document filed by United States of America ex rel. Uri Bassan, Uri Bassan, CVS Health Corporation, Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Omnicare, Inc., State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, State of Wisconsin, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)Motion or Order to File Under Seal: 448 .(Jude, Jennifer) (Entered: 03/29/2024) |
| 03/29/2024 | 450 | LETTER MOTION to Compel Defendants to expand re–review of privilege claims *(redacted public version)* addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/29/24. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M).(Jude, Jennifer) (Entered: 03/29/2024) |
| 04/01/2024 | 451 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Ashwin Shandilya dated April 1, 2024. Document filed by CVS Health Corporation, Omnicare, Inc...(Shandilya, Ashwin) (Entered: 04/01/2024) |
| 04/01/2024 | 452 | ORDER granting 448 Letter Motion to Seal. The request for leave to file exhibits under a temporary seal is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 448 and to maintain ECF Nos. 449 and 449–1 through 449–13 under seal. After 14 days, the Court will advise the Clerk of Court to remove the viewing restrictions. (Signed by Magistrate Judge Valerie Figueredo on 4/1/2024) (rro) (Entered: 04/01/2024) |
| 04/01/2024 | 453 | ORDER: A conference in this matter to discuss the issues raised in ECF No. 449 is hereby scheduled for Thursday, May 1, 2024 at 3:00 p.m. Any response from the Defendants should be submitted no later than 4 days prior to the conference, Monday, April 25, 2024. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 5/1/2024 at 03:00 PM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 4/1/2024) (rro) (Entered: 04/01/2024) |
| 04/04/2024 | 454 | ORDER terminating 451 Letter Motion for Extension of Time. A conference in this matter to discuss the issues raised in ECF Nos. 429 and 449 is hereby scheduled for Thursday, May 1, 2024 at 3:00 p.m. Any response from the Defendants should be submitted no later than 4 days prior to the conference, Monday, April 25, 2024. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. The Clerk of Court is respectfully directed to termination the Motion at ECF No. 451. (Signed by Magistrate Judge Valerie Figueredo on 4/4/2024) (rro) (Entered: 04/04/2024) |
| 04/04/2024 | | Set/Reset Hearings:( Telephone Conference set for 5/1/2024 at 03:00 PM before Magistrate Judge Valerie Figueredo.), Set/Reset Deadlines: ( Responses due by 4/25/2024) (rro) (Entered: 04/04/2024) |
| 04/05/2024 | 455 | MEMO ENDORSEMENT on re: 451 LETTER MOTION for Extension of Time addressed to Magistrate Judge Valerie Figueredo from Ashwin Shandilya dated April 1, 2024. filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: We will discuss the motions discussed herein during the conferenced scheduled for May 1, 2024. (Signed by Magistrate Judge Valerie Figueredo on 4/5/2024) (tg) (Entered: 04/08/2024) |
| 04/15/2024 | 456 | LETTER MOTION to Seal addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 04/15/2024. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/15/2024) |

| | | |
|---|---|---|
| 04/16/2024 | <u>457</u> | ORDER granting <u>456</u> Letter Motion to Seal. Application Granted. The Clerk of Court is directed to maintain the viewing restrictions on ECF Nos. 449 and 449–1 through 449–13. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 456. (Signed by Magistrate Judge Valerie Figueredo on 4/16/2024) (rro) (Entered: 04/16/2024) |
| 04/18/2024 | <u>458</u> | LETTER MOTION to Compel The United States of America to produce withheld RAC Audit–Related Documents and Reopen Rule 30(b)(6) Deposition addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 04/18/2024. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2).(Riskin, David) (Entered: 04/18/2024) |
| 04/18/2024 | <u>459</u> | LETTER MOTION to Seal *Defendants' motion to compel (ECF 458), as well as the deposition transcript attached to the motion as Exhibit 1* addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 04/18/2024. Document filed by CVS Health Corporation, Omnicare, Inc...(Riskin, David) (Entered: 04/18/2024) |
| 04/18/2024 | <u>460</u> | ***SELECTED PARTIES*** LETTER MOTION to Compel The United States of America to produce Withheld RAC Audit–Related Documents and Reopen Rule 30(b)(6) Deposition addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 04/18/2024. Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)Motion or Order to File Under Seal: <u>459</u> .(Riskin, David) (Entered: 04/18/2024) |
| 04/22/2024 | <u>461</u> | ORDER with respect to <u>458</u> Letter Motion to Compel. This Motion, ECF No. 458, will be added to the scope of the conference scheduled for May 1, 2024. Motions at ECF Nos. 429, 449, and 458 will now be discussed at the scheduled conference. (Signed by Magistrate Judge Valerie Figueredo on 4/22/2024) (rro) (Entered: 04/22/2024) |
| 04/22/2024 | <u>462</u> | ORDER granting <u>459</u> Letter Motion to Seal. The request to seal requested herein is granted. The Clerk of Court is directed to maintain ECF No. 460 under seal with the current viewing restrictions. The Clerk of Court is also respectfully directed to terminate the Motion at ECF No. 459. (Signed by Magistrate Judge Valerie Figueredo on 4/22/2024) (rro) (Entered: 04/22/2024) |
| 04/25/2024 | <u>463</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 4/25/2024 re: <u>460</u> LETTER MOTION to Compel The United States of America to produce Withheld RAC Audit–Related Documents and Reopen Rule 30(b)(6) Deposition addressed to Magistrate Judge Valerie Figueredo from David Randall J. Riskin dated 04/18/2024. . Document filed by UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Exhibit A – Fowler 30(b)(6) Deposition Excerpt, # <u>2</u> Exhibit B – Chaudhuri 30(b)(6) Deposition Errata).(Issacharoff, Lucas) (Entered: 04/25/2024) |
| 04/25/2024 | <u>464</u> | LETTER MOTION to Seal *exhibits* addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 04/25/2024. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 | <u>465</u> | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 04/25/2024 re: <u>449</u> LETTER MOTION to Compel Defendants to expand re–review of privilege claims addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/29/24. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)Motion or Order to File Under Seal: <u>102</u> .(Hazelwood, Benjamin) (Entered: 04/25/2024) |
| 04/25/2024 | <u>466</u> | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Valerie Figueredo from Benjamin Hazelwood dated 04/25/2024 re: <u>449</u> LETTER MOTION to Compel Defendants to expand re–review of privilege claims addressed to Magistrate Judge Valerie Figueredo from Jennifer Jude dated 3/29/24. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4).(Hazelwood, Benjamin) (Entered: 04/25/2024) |

| 04/26/2024 | 467 | ORDER granting 464 Letter Motion to Seal. The motion to seal requested herein is granted. The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 465. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 464. (Signed by Magistrate Judge Valerie Figueredo on 4/26/2024) (rro) (Entered: 04/29/2024) |
|---|---|---|
| 05/01/2024 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Status Conference held on 5/1/2024. (sjo) (Entered: 05/02/2024) |
| 05/06/2024 | 468 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 5/1/2024 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/6/2024. Release of Transcript Restriction set for 8/5/2024.(js) (Entered: 05/06/2024) |
| 05/06/2024 | 469 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 5/1/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 05/06/2024) |
| 05/08/2024 | 470 | ORDER terminating 429 Letter Motion for Discovery; granting 449 Letter Motion to Compel; granting 450 Letter Motion to Compel; terminating 458 Letter Motion to Compel; terminating 460 Letter Motion to Compel. Accordingly, the Government's request at ECF No. 449 is granted. The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 449–450, 458, and 460. Additionally, for the reasons stated at the conference on May 1, the request at ECF No. 429 has been resolved. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 429. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 5/8/2024) (tg) (Entered: 05/08/2024) |
| 05/08/2024 | 471 | ORDER terminating 400 Letter Motion to Compel; terminating 405 Letter Motion to Compel; terminating 407 Letter Motion to Compel. For the reasons discussed at the conference held on December 7, 2023, the motions at ECF Nos. 400, 405, and 407 have been resolved. The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 400, 405, and 407. SO ORDERED.. (Signed by Magistrate Judge Valerie Figueredo on 5/8/2024) (tg) (Entered: 05/08/2024) |
| 05/22/2024 | 472 | Objection re: 470 Order on Motion for Discovery, Order on Motion to Compel,,,,,,,,,,,, . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 05/22/2024) |
| 06/05/2024 | 473 | OPPOSITION BRIEF re: 472 Objection (non–motion) . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 06/05/2024) |
| 06/10/2024 | 474 | MEMORANDUM ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS DATED October 25, 2023 (Dkt. # 370) AND MAY 8, 2024 (Dkt. # 470) re: 470 Order on Motion for Discovery, Order on Motion to Compel, 370 Order on Motion to Compel,. For substantially the reasons set forth in the Government's response to Omnicare's objections (Dkt. #473), I overrule Omnicare's objections to the May 8 order. Not only is there no "clear error" in Judge Figueredo's ruling, there is no error whatsoever. Because an RAC audit was never conducted, it could not have given the Government "actual knowledge" of anything material to this case. It is, therefore, neither relevant nor material to Omnicare's case and it will not be part of the trial of this action. This constitutes the decision and order of the court. It is a written decision. The Clerk of Court is directed to remove the objections to the orders at Dockets #370 and 470 (see Dkt. #391 and 472) from the court's list of open items. (Signed by Judge Colleen McMahon on 6/10/24) BY ECF TO ALL COUNSEL. (yv) (Entered: 06/10/2024) |
| 06/25/2024 | 475 | MEMO ENDORSED ORDER on re: 418 Memorandum of Law in Support of Motion filed by Omnicare, Inc., CVS Health Corporation denying 387 Motion to Seal; denying 417 Motion to Seal; denying 434 Motion to Seal; denying 444 Motion to Seal. |

| | | |
|---|---|---|
| | | ENDORSEMENT: All pending motions to seal papers filed in support of or in opposition to objections are DENIED. (Signed by Judge Colleen McMahon on 6/25/24) (yv) (Entered: 06/25/2024) |
| 07/16/2024 | 476 | MOTION Entry of Summary Judgment Schedule . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Benjamin Hazelwood, # 2 Exhibit 1, # 3 Proposed Order on Motion for Entry of Summary Judgment Schedule).(Hazelwood, Benjamin) (Entered: 07/16/2024) |
| 07/17/2024 | 477 | LETTER addressed to Judge Colleen McMahon from Jeremy M. Liss dated 7/17/2024 re: Opposition to Defendants' Motion for Entry of Summary Judgment Schedule. Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 07/17/2024) |
| 07/18/2024 | 478 | REPLY MEMORANDUM OF LAW in Support re: 476 MOTION Entry of Summary Judgment Schedule . . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 07/18/2024) |
| 07/18/2024 | 479 | ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF SCHEDULE FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS granting 476 Motion Entry of Summary Judgment Schedule. It is hereby ORDERED that the motion be GRANTED; it is FURTHER ORDERED that the following schedule shall govern this action: Your schedule is below. Ask not for ANY extensions as none will be granted. Summary judgment motions must reflect the court's Daubert rulings. Deadlines for all Daubert Motions 8/21/2024. Deadline for all Oppositions to Daubert Motions 10/2/2024. Deadline for all replies to Daubert Motions 11/6/2024. Deadline for defendant's Summary Judgment Motion – Ten Business Days after Daubert Decisions. Deadline for government's opposition – cross motion – 14 Business Days after Defendant's motion filed. Deadline for Defendant's opposition/reply – 10 Business Days after government's motion. Deadline for gov't reply (if any) – 5 Business Days after Defendant's response. (Signed by Judge Colleen McMahon on 7/18/24) (yv) (Entered: 07/18/2024) |
| 07/18/2024 | | Set/Reset Deadlines: Motions due by 8/21/2024. Responses due by 10/2/2024 Replies due by 11/6/2024. (yv) (Entered: 07/18/2024) |
| 07/26/2024 | 480 | LETTER addressed to Judge Colleen McMahon from Jeremy M. Liss dated 07/26/2024 re: Daubert Briefing. Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 07/26/2024) |
| 07/29/2024 | 481 | BRIEF re: 480 Letter *(Opposition to Motion to Curtail Daubert Briefing)*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 07/29/2024) |
| 08/08/2024 | 482 | MEMO ENDORSEMENT on re: 481 Brief filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: Given the number of motions you anticipate filing, I agree with the government's proposed page limits. You can cut pages by eliminating all discussion of general Daubert rules, a court's role in evaluating Daubert motions and the like. I know the rules; I have been doing this for 25 years ; you need not re–educate me. In fact, I cannot think of a single reason why you should need to discuss other cases. Just explain why the witness lacks expertise. That should get each side well under 10 pages. (Signed by Judge Colleen McMahon on 8/1/24) (yv) (Entered: 08/08/2024) |
| 08/21/2024 | 483 | MOTION to Preclude *MARGO KUNZES LATE–PROVIDED DECLARATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 484 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 483 MOTION to Preclude *MARGO KUNZES LATE–PROVIDED DECLARATION*. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Proposed Order Proposed Order)Motion or Order to File Under Seal: 102 .(Mainigi, Enu) (Entered: 08/21/2024) |

| | | |
|---|---|---|
| 08/21/2024 | 485 | MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 486 | MEMORANDUM OF LAW in Support re: 485 MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 487 | MEMORANDUM OF LAW in Support re: 483 MOTION to Preclude *MARGO KUNZES LATE−PROVIDED DECLARATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 488 | MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 489 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order Proposed Order)Motion or Order to File Under Seal: 102 .(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 490 | MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | 491 | MEMORANDUM OF LAW in Support re: 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | 492 | MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | 493 | MEMORANDUM OF LAW in Support re: 492 MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | 494 | MEMORANDUM OF LAW in Support re: 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 495 | MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 496 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH*. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Proposed Order Proposed Order)Motion or Order to File Under Seal: 102 .(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 497 | MEMORANDUM OF LAW in Support re: 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 498 | MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | 499 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 498 MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: |

| | | |
|---|---|---|
| | | # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Proposed Order Proposed Order)Motion or Order to File Under Seal: <u>102</u> .(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>500</u> | MEMORANDUM OF LAW in Support re: <u>498</u> MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>501</u> | MOTION to Preclude *Proposed Expert Testimony of Bo Martin*. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | <u>502</u> | MEMORANDUM OF LAW in Support re: <u>501</u> MOTION to Preclude *Proposed Expert Testimony of Bo Martin*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | <u>503</u> | MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>504</u> | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: <u>503</u> MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*. . Document filed by Omnicare, Inc., CVS Health Corporation, Uri Bassan, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Proposed Order Proposed Order)Motion or Order to File Under Seal: <u>102</u> .(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>505</u> | MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/21/2024) |
| 08/21/2024 | <u>506</u> | MEMORANDUM OF LAW in Support re: <u>503</u> MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>507</u> | MEMORANDUM OF LAW in Support re: <u>505</u> MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede*. . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/21/2024) |
| 08/21/2024 | <u>508</u> | MOTION to Preclude *Proposed Expert Testimony of Barry Hart*. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | <u>509</u> | MEMORANDUM OF LAW in Support re: <u>508</u> MOTION to Preclude *Proposed Expert Testimony of Barry Hart*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | <u>510</u> | MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/21/2024) |
| 08/21/2024 | <u>511</u> | MOTION to Seal *MOTIONS TO EXCLUDE TESTIMONY AND MOTION TO STRIKE DECLARATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>512</u> | MEMORANDUM OF LAW in Support re: <u>511</u> MOTION to Seal *MOTIONS TO EXCLUDE TESTIMONY AND MOTION TO STRIKE DECLARATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 08/21/2024) |
| 08/21/2024 | <u>513</u> | LETTER MOTION to Seal *Exhibits to Declaration of Jeremy Liss in Support of Government's Daubert Motions* addressed to Judge Colleen McMahon from Lucas Issacharoff dated 8/21/2024. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 08/22/2024) |
| 08/22/2024 | <u>514</u> | MEMORANDUM OF LAW in Support re: <u>510</u> MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/22/2024) |
| 08/22/2024 | <u>515</u> | ***SELECTED PARTIES***DECLARATION of Jeremy M. Liss in Support re: <u>492</u> MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*., <u>508</u> MOTION to Preclude *Proposed Expert Testimony of Barry Hart*., <u>510</u> MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*., <u>505</u> MOTION to Preclude *Proposed* |

| | | |
|---|---|---|
| | | *Expert Testimony of Trenton Thiede*., 501 MOTION to Preclude *Proposed Expert Testimony of Bo Martin*., 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*.. Document filed by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57)Motion or Order to File Under Seal: 513 .(Liss, Jeremy) (Entered: 08/22/2024) |
| 08/22/2024 | 516 | DECLARATION of Benjamin Hazelwood in Support re: 503 MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*., 485 MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY*., 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH*., 483 MOTION to Preclude *MARGO KUNZES LATE–PROVIDED DECLARATION*., 498 MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*., 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*.. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 08/22/2024) |
| 08/23/2024 | 517 | ***SELECTED PARTIES***DECLARATION of Jeremy M. Liss in Support re: 492 MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*., 508 MOTION to Preclude *Proposed Expert Testimony of Barry Hart*., 510 MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*., 505 MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede*., 501 MOTION to Preclude *Proposed Expert Testimony of Bo Martin*., 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*.. Document filed by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57)Motion or Order to File Under Seal: 513 .(Liss, Jeremy) (Entered: 08/23/2024) |
| 08/23/2024 | 518 | AMENDED MEMORANDUM OF LAW in Support re: 510 MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/23/2024) |
| 08/23/2024 | 519 | AMENDED MEMORANDUM OF LAW in Support re: 508 MOTION to Preclude *Proposed Expert Testimony of Barry Hart*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 08/23/2024) |
| 08/23/2024 | 520 | AMENDED MEMORANDUM OF LAW in Support re: 505 MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede*. . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/23/2024) |
| 08/23/2024 | 521 | LETTER addressed to Judge Colleen McMahon from Monica Folch dated August 23, 2024 re: Corrected Filings. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 08/23/2024) |
| 08/28/2024 | 522 | LETTER MOTION to Seal addressed to Magistrate Judge Valerie Figueredo from Lucas Issacharoff dated 8/28/2024. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 08/28/2024) |

| 08/28/2024 | 523 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 483 MOTION to Preclude *MARGO KUNZES LATE−PROVIDED DECLARATION*. . Document filed by UNITED STATES OF AMERICA, Uri Bassan, CVS Health Corporation, Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Omnicare, Inc., State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, State of Wisconsin, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)Motion or Order to File Under Seal: 522 .(Issacharoff, Lucas) (Entered: 08/28/2024) |
| 08/28/2024 | 524 | RESPONSE in Opposition to Motion re: 483 MOTION to Preclude *MARGO KUNZES LATE−PROVIDED DECLARATION*. . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8).(Issacharoff, Lucas) (Entered: 08/28/2024) |
| 09/04/2024 | 525 | REPLY MEMORANDUM OF LAW in Support re: 483 MOTION to Preclude *MARGO KUNZES LATE−PROVIDED DECLARATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Benjamin Hazelwood, # 2 Exhibit 7).(Hazelwood, Benjamin) (Entered: 09/04/2024) |
| 09/04/2024 | 526 | MOTION to Seal *(Reply in Support of Motion to Strike)*. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Seal).(Hazelwood, Benjamin) (Entered: 09/04/2024) |
| 09/04/2024 | 527 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 483 MOTION to Preclude *MARGO KUNZES LATE−PROVIDED DECLARATION*. . Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA. (Attachments: # 1 Affidavit of Benjamin Hazelwood, # 2 Exhibit 7)Motion or Order to File Under Seal: 526 .(Hazelwood, Benjamin) (Entered: 09/04/2024) |
| 09/04/2024 | 528 | MOTION to Seal *(PORTIONS OF U.S. ATTORNEY'S OFFICE'S MOTIONS TO EXCLUDE EXPERT TESTIMONY)*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/04/2024) |
| 09/04/2024 | 529 | MEMORANDUM OF LAW in Support re: 528 MOTION to Seal *(PORTIONS OF U.S. ATTORNEY'S OFFICE'S MOTIONS TO EXCLUDE EXPERT TESTIMONY)*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Seal).(Hazelwood, Benjamin) (Entered: 09/04/2024) |
| 09/11/2024 | 530 | AMENDED MEMORANDUM OF LAW in Support re: 528 MOTION to Seal *(PORTIONS OF U.S. ATTORNEY'S OFFICE'S MOTIONS TO EXCLUDE EXPERT TESTIMONY)*. . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 09/11/2024) |
| 10/02/2024 | 531 | MOTION to Seal *EXHIBITS TO BRIEFS IN OPPOSITION TO MOTIONS TO EXCLUDE TESTIMONY*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 532 | MEMORANDUM OF LAW in Support re: 531 MOTION to Seal *EXHIBITS TO BRIEFS IN OPPOSITION TO MOTIONS TO EXCLUDE TESTIMONY*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 533 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*. Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 531 .(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 534 | RESPONSE in Opposition to Motion re: 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella*. . Document filed by CVS Health Corporation, Omnicare, |

| | | |
|---|---|---|
| | | Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 535 | RESPONSE in Opposition to Motion re: 508 MOTION to Preclude *Proposed Expert Testimony of Barry Hart*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 536 | RESPONSE in Opposition to Motion re: 501 MOTION to Preclude *Proposed Expert Testimony of Bo Martin*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 537 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 492 MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*. . Document filed by Omnicare, Inc., CVS Health Corporation, UNITED STATES OF AMERICA, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 531 .(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 538 | RESPONSE in Opposition to Motion re: 492 MOTION to Preclude *Proposed Expert Testimony of Sherry Pound*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 539 | RESPONSE in Opposition to Motion re: 510 MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 540 | RESPONSE in Opposition to Motion re: 505 MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 541 | LETTER MOTION to Seal addressed to Judge Colleen McMahon from Samuel Dolinger dated 10/2/2024. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 10/02/2024) |
| 10/02/2024 | 542 | ***SELECTED PARTIES***DECLARATION of Samuel Dolinger in Opposition re: 503 MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*., 485 MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY*., 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH*., 498 MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*., 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*.. Document filed by UNITED STATES OF AMERICA, CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 58, # 2 Exhibit 59, # 3 Exhibit 60, # 4 Exhibit 61, # 5 Exhibit 62, # 6 Exhibit 63, # 7 Exhibit 64, # 8 Exhibit 65, # 9 Exhibit 66, # 10 Exhibit 67, # 11 Exhibit 68, # 12 Exhibit 69, # 13 Exhibit 70, # 14 Exhibit 71, # 15 Exhibit 72, # 16 Exhibit 73)Motion or Order to File Under Seal: 541 .(Dolinger, Samuel) (Entered: 10/02/2024) |
| 10/02/2024 | 543 | DECLARATION of Benjamin Hazelwood in Support re: 533 Response in Opposition to Motion, 534 Response in Opposition to Motion, 537 Response in Opposition to Motion, 536 Response in Opposition to Motion, 540 Response in Opposition to Motion, 538 Response in Opposition to Motion, 535 Response in Opposition to Motion, 539 Response in Opposition to Motion,. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 10/02/2024) |
| 10/02/2024 | 544 | RESPONSE in Opposition to Motion re: 503 MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY*. . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 10/02/2024) |
| 10/02/2024 | 545 | MEMORANDUM OF LAW in Opposition re: 498 MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 10/02/2024) |
| 10/02/2024 | 546 | MEMORANDUM OF LAW in Opposition re: 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM*. . Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 10/02/2024 | 547 | MEMORANDUM OF LAW in Opposition re: 485 MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY.* . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 10/02/2024) |
| 10/02/2024 | 548 | MEMORANDUM OF LAW in Opposition re: 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 10/02/2024) |
| 10/16/2024 | 549 | MOTION to Seal *PORTIONS OF U.S. ATTORNEYS OFFICES BRIEFS AND ACCOMPANYING EXHIBITS IN OPPOSITION TO MOTIONS TO EXCLUDE TESTIMONY.* Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 10/16/2024) |
| 10/16/2024 | 550 | MEMORANDUM OF LAW in Support re: 549 MOTION to Seal *PORTIONS OF U.S. ATTORNEYS OFFICES BRIEFS AND ACCOMPANYING EXHIBITS IN OPPOSITION TO MOTIONS TO EXCLUDE TESTIMONY.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 10/16/2024) |
| 11/06/2024 | 551 | RESPONSE in Support of Motion re: 485 MOTION to Preclude *ASPECTS OF DAVID NACES TESTIMONY.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 3).(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 552 | RESPONSE in Support of Motion re: 488 MOTION to Preclude *TESTIMONY OF MARY BETH LANDRUM.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 553 | RESPONSE in Support of Motion re: 495 MOTION to Preclude *TESTIMONY OF W. THOMAS SMITH.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 554 | RESPONSE in Support of Motion re: 498 MOTION to Preclude *ASPECTS OF ALFRED LEE MEYERS TESTIMONY.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 555 | RESPONSE in Support of Motion re: 503 MOTION to Preclude *ASPECTS OF CHAD HARDYS TESTIMONY.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 3).(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 556 | REPLY MEMORANDUM OF LAW in Support re: 490 MOTION to Preclude *Proposed Expert Testimony of Vipul Kella.* . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 11/06/2024) |
| 11/06/2024 | 557 | REPLY MEMORANDUM OF LAW in Support re: 508 MOTION to Preclude *Proposed Expert Testimony of Barry Hart.* . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 11/06/2024) |
| 11/06/2024 | 558 | DECLARATION of Benjamin Hazelwood in Support re: 551 Response in Support of Motion, 555 Response in Support of Motion., RESPONSE . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 559 | REPLY MEMORANDUM OF LAW in Support re: 505 MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 11/06/2024) |
| 11/06/2024 | 560 | REPLY MEMORANDUM OF LAW in Support re: 501 MOTION to Preclude *Proposed Expert Testimony of Bo Martin.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 11/06/2024) |
| 11/06/2024 | 561 | REPLY MEMORANDUM OF LAW in Support re: 492 MOTION to Preclude *Proposed Expert Testimony of Sherry Pound.* . Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 11/06/2024) |
| 11/06/2024 | 562 | REPLY MEMORANDUM OF LAW in Support re: 510 MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard.* . Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 11/06/2024) |

| | | |
|---|---|---|
| 11/06/2024 | <u>563</u> | DECLARATION of Jeremy M. Liss in Support re: <u>492</u> MOTION to Preclude *Proposed Expert Testimony of Sherry Pound.*, <u>508</u> MOTION to Preclude *Proposed Expert Testimony of Barry Hart.*, <u>510</u> MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard.*, <u>505</u> MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede.*, <u>501</u> MOTION to Preclude *Proposed Expert Testimony of Bo Martin.*, <u>490</u> MOTION to Preclude *Proposed Expert Testimony of Vipul Kella.*. Document filed by UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Exhibit 74, # <u>2</u> Exhibit 75, # <u>3</u> Exhibit 76, # <u>4</u> Exhibit 77, # <u>5</u> Exhibit 78, # <u>6</u> Exhibit 79).(Liss, Jeremy) (Entered: 11/06/2024) |
| 11/07/2024 | <u>564</u> | AMENDED REPLY MEMORANDUM OF LAW in Support re: <u>490</u> MOTION to Preclude *Proposed Expert Testimony of Vipul Kella.* . Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 11/07/2024) |
| 11/07/2024 | <u>565</u> | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 11/7/2024 re: Corrected Brief. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 11/07/2024) |
| 11/08/2024 | <u>566</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT#567)** DECLARATION of Jeremy M. Liss in Support re: <u>492</u> MOTION to Preclude *Proposed Expert Testimony of Sherry Pound.*, <u>508</u> MOTION to Preclude *Proposed Expert Testimony of Barry Hart.*, <u>510</u> MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard.*, <u>505</u> MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede.*, <u>501</u> MOTION to Preclude *Proposed Expert Testimony of Bo Martin.*, <u>490</u> MOTION to Preclude *Proposed Expert Testimony of Vipul Kella.*. Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) Modified on 11/8/2024 (lb). (Entered: 11/08/2024) |
| 11/08/2024 | <u>567</u> | DECLARATION of Jeremy M. Liss in Support re: <u>492</u> MOTION to Preclude *Proposed Expert Testimony of Sherry Pound.*, <u>508</u> MOTION to Preclude *Proposed Expert Testimony of Barry Hart.*, <u>510</u> MOTION to Preclude *Proposed Expert Testimony of Reginald Dilliard.*, <u>505</u> MOTION to Preclude *Proposed Expert Testimony of Trenton Thiede.*, <u>501</u> MOTION to Preclude *Proposed Expert Testimony of Bo Martin.*, <u>490</u> MOTION to Preclude *Proposed Expert Testimony of Vipul Kella.*. Document filed by UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Exhibit 74, # <u>2</u> Exhibit 75, # <u>3</u> Exhibit 76, # <u>4</u> Exhibit 77, # <u>5</u> Exhibit 78, # <u>6</u> Exhibit 79).(Liss, Jeremy) (Entered: 11/08/2024) |
| 01/10/2025 | <u>568</u> | DECISION AND ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S AND DEFENDANTS' DAUBERT MOTIONS; DENYING DEFENDANTS' MOTION TO STRIKE; DENYING THE GOVERNMENT'S AND DEFENDANTS' MOTIONS TO SEAL; AND SETTING TRIAL SCHEDULE denying <u>483</u> Motion to Preclude; denying <u>485</u> Motion to Preclude; denying <u>488</u> Motion to Preclude; denying <u>490</u> Motion to Preclude; denying <u>492</u> Motion to Preclude; denying <u>495</u> Motion to Preclude; denying <u>498</u> Motion to Preclude; denying <u>501</u> Motion to Preclude; denying <u>503</u> Motion to Preclude; denying <u>505</u> Motion to Preclude; denying <u>508</u> Motion to Preclude; granting in part and denying in part <u>510</u> Motion to Preclude; denying <u>511</u> Motion to Seal; denying <u>513</u> Motion to Seal; denying <u>522</u> Motion to Seal; denying <u>526</u> Motion to Seal; denying <u>528</u> Motion to Seal; denying <u>531</u> Motion to Seal; denying <u>541</u> Motion to Seal; denying <u>549</u> Motion to Seal. This omnibus opinion disposes of the parties' outstanding Daubert motions and motions to seal or maintain a seal. The Clerk of Court is directed to remove the motions at Docket Nos. 483, 485,488,490,492,495,498,501,503,505,508,510,511,513,522,526,528,531,541,and 549 from the Court's list of open motions. This constitutes the decision and order of the Court. It is a written decision. Please note: This opinion is NOT being filed under seal. (Signed by Judge Colleen McMahon on 1/10/2025) (rro) (Entered: 01/10/2025) |
| 01/16/2025 | <u>569</u> | NOTICE TO COUNSEL. This morning, I was contacted by Judge Mitchell Goldberg from the Eastern District of Pennsylvania, who asked that I change your ready for trial date in view of his having set Behnke v. CVS Caremark 14–cv–824 (EDPA)– a case even older than this one (though not by much) for trial on March 10, 2025. I gather some of the same lawyers who are representing Omnicare/CVS Healthcare in our case are on the team representing CVS Healthcare in that case. I have responded to Judge Goldberg, and told him that I will accommodate his schedule by setting a firm and final trial start date of March 31, 2025 in our case. This represents a two week |

|  |  | postponement and should give the lawyers for CVS Caremark enough time to complete the Behnke trial before starting our trial. The new date will undoubtedly complicate our jury selection, since Passover and Holy Week fall during the week of April 14, which would be our spillover third week of trial. But so be it; we will select jurors who can serve for three weeks, and will work somewhat shorter days during that third week ( and not at all on Friday, April 19. I am not inclined to offend a colleague. That sentiment will not, however, extend to a second colleague; this new date I really will not change. So if anyone on your team, no matter how important s/he might be, cannot try the case on March 31 –– whether because of some other engagement or for any other reason (including planned vacations/spring breaks) –– you MUST find another lawyer to take his/her place. The same goes for witnesses –you are paying your experts to show up for trial, so they will need to testify during the first weeks of April. There is no more wiggle room. If my scheduled criminal trial really goes on March 10, it will definitely be over before March 31; that makes this new date is a firm and final trial date – not a "ready for trial and holding" date. (Signed by Judge Colleen McMahon on 1/16/25) BY ECF TO ALL COUNSEL (yv) (Entered: 01/16/2025) |
| 01/21/2025 | 570 | LETTER addressed to Judge Colleen McMahon from Samuel Dolinger dated 1/21/2025 re: Government's response regarding prior sealing motions. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 01/21/2025) |
| 01/21/2025 | 571 | MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 496–4) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 572 | MEMORANDUM OF LAW in Support re: 571 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 496–4) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 573 | MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 515–6) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 574 | MEMORANDUM OF LAW in Support re: 573 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 515–6) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 575 | MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 517–6) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 576 | MEMORANDUM OF LAW in Support re: 575 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 517–6) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 577 | MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542–10) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 578 | MEMORANDUM OF LAW in Support re: 577 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542–10) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 579 | MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542–14) CONTAINING CONFIDENTIAL PATIENT INFORMATION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 580 | MEMORANDUM OF LAW in Support re: 579 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542–14) CONTAINING CONFIDENTIAL PATIENT* |

| | | |
|---|---|---|
| | | *INFORMATION.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 581 | DECLARATION of Benjamin Hazelwood in Support re: 577 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542−10) CONTAINING CONFIDENTIAL PATIENT INFORMATION.*, 573 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 515−6) CONTAINING CONFIDENTIAL PATIENT INFORMATION.*, 579 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 542−14) CONTAINING CONFIDENTIAL PATIENT INFORMATION.*, 571 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 496−4) CONTAINING CONFIDENTIAL PATIENT INFORMATION.*, 575 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 517−6) CONTAINING CONFIDENTIAL PATIENT INFORMATION..* Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/21/2025 | 582 | NOTICE of List of Sealed Filings re: 568 Order on Motion to Preclude,,,,,,,,,,, Order on Motion to Seal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 01/21/2025) |
| 01/29/2025 | 583 | NOTICE OF APPEARANCE by Jean−David Barnea on behalf of UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 01/29/2025) |
| 01/31/2025 | 584 | MOTION for Leave to File MOTION FOR SUMMARY JUDGMENT ONLY AS TO CVS HEALTH CORPORATION . Document filed by CVS Health Corporation..(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 585 | MEMORANDUM OF LAW in Support re: 584 MOTION for Leave to File MOTION FOR SUMMARY JUDGMENT ONLY AS TO CVS HEALTH CORPORATION . . Document filed by CVS Health Corporation. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 586 | MOTION for Summary Judgment . Document filed by CVS Health Corporation..(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 587 | MEMORANDUM OF LAW in Support re: 586 MOTION for Summary Judgment . . Document filed by CVS Health Corporation. (Attachments: # 1 Exhibit CVS HEALTH CORPORATIONS STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit Exhibit 1 to STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, # 3 Exhibit Exhibit 2 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, # 4 Exhibit Exhibit 3 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, # 5 Exhibit Exhibit 4 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, # 6 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 588 | MOTION in Limine *TO EXCLUDE NEVER−PLEADED ALLEGATIONS AND THEORIES OF LIABILITY.* Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 589 | MEMORANDUM OF LAW in Support re: 588 MOTION in Limine *TO EXCLUDE NEVER−PLEADED ALLEGATIONS AND THEORIES OF LIABILITY.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 590 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT OF SUBSEQUENT REMEDIAL MEASURES.* Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 591 | MEMORANDUM OF LAW in Support re: 590 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT OF SUBSEQUENT REMEDIAL MEASURES.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |

| 01/31/2025 | <u>592</u> | MOTION in Limine *TO EXCLUDE ARGUMENTS THAT OMNICARE BEARS THE BURDEN OF PROOF*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| --- | --- | --- |
| 01/31/2025 | <u>593</u> | MEMORANDUM OF LAW in Support re: <u>592</u> MOTION in Limine *TO EXCLUDE ARGUMENTS THAT OMNICARE BEARS THE BURDEN OF PROOF*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>594</u> | MOTION in Limine *TO EXCLUDE EVIDENCE AND TESTIMONY CONTRADICTING REPRESENTATIONS MADE BY THE OFFICE IN DISCOVERY DISPUTES*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>595</u> | MEMORANDUM OF LAW in Support re: <u>594</u> MOTION in Limine *TO EXCLUDE EVIDENCE AND TESTIMONY CONTRADICTING REPRESENTATIONS MADE BY THE OFFICE IN DISCOVERY DISPUTES*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>596</u> | MOTION in Limine *TO EXCLUDE UNRELATED SETTLEMENTS AND OTHER LEGAL PROCEEDINGS*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>597</u> | MEMORANDUM OF LAW in Support re: <u>596</u> MOTION in Limine *TO EXCLUDE UNRELATED SETTLEMENTS AND OTHER LEGAL PROCEEDINGS*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>598</u> | MOTION in Limine *TO EXCLUDE REFERENCE TO PATIENT HARM*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>599</u> | MEMORANDUM OF LAW in Support re: <u>598</u> MOTION in Limine *TO EXCLUDE REFERENCE TO PATIENT HARM*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>600</u> | MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING LONG−TERM−CARE FACILITY WRONGDOING*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>601</u> | MEMORANDUM OF LAW in Support re: <u>600</u> MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING LONG−TERM−CARE FACILITY WRONGDOING*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>602</u> | MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE OR ARGUMENT REGARDING PRESCRIPTION DRUG PRICES OR THE PHARMACEUTICAL INDUSTRY*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>603</u> | MEMORANDUM OF LAW in Support re: <u>602</u> MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE OR ARGUMENT REGARDING PRESCRIPTION DRUG PRICES OR THE PHARMACEUTICAL INDUSTRY*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>604</u> | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT AS TO DEFENDANTS FINANCIAL CONDITION*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | <u>605</u> | MEMORANDUM OF LAW in Support re: <u>604</u> MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT AS TO DEFENDANTS FINANCIAL CONDITION*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # <u>1</u> Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |

| 01/31/2025 | 606 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT ON UNRELATED COMPLIANCE MATTERS*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
|---|---|---|
| 01/31/2025 | 607 | MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING IRRELEVANT PRIOR CONDUCT OF CERTAIN WITNESSES*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 608 | MEMORANDUM OF LAW in Support re: 606 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT ON UNRELATED COMPLIANCE MATTERS*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 609 | MEMORANDUM OF LAW in Support re: 607 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING IRRELEVANT PRIOR CONDUCT OF CERTAIN WITNESSES*. . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 610 | MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING THE TERMINATION OF RELATOR URI BASSAN*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 611 | MEMORANDUM OF LAW in Support re: 610 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING THE TERMINATION OF RELATOR URI BASSAN*. . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 612 | MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT RELATED TO CONTROLLED SUBSTANCES*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 613 | MEMORANDUM OF LAW in Support re: 612 MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT RELATED TO CONTROLLED SUBSTANCES*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 614 | MOTION in Limine *TO PRECLUDE EVIDENCE OF PURPORTED INDUSTRY PRACTICES THAT CONTRADICT FEDERAL AND STATE PHARMACY LAW*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 615 | MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING CVS HEALTH CORPORATION PRIOR TO AUGUST 2015 ACQUISITION OF OMNICARE*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 616 | MEMORANDUM OF LAW in Support re: 615 MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING CVS HEALTH CORPORATION PRIOR TO AUGUST 2015 ACQUISITION OF OMNICARE*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 01/31/2025) |
| 01/31/2025 | 617 | MEMORANDUM OF LAW in Support re: 614 MOTION in Limine *TO PRECLUDE EVIDENCE OF PURPORTED INDUSTRY PRACTICES THAT CONTRADICT FEDERAL AND STATE PHARMACY LAW*. . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 618 | MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 619 | DECLARATION of Benjamin Hazelwood in Support re: 606 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT ON UNRELATED COMPLIANCE MATTERS*.. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Hazelwood, Benjamin) (Entered: 01/31/2025) |

| | | |
|---|---|---|
| 01/31/2025 | 620 | MEMORANDUM OF LAW in Opposition re: 618 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 01/31/2025 | 621 | LETTER MOTION to Seal *(protective only)* addressed to Judge Colleen McMahon from Samuel Dolinger dated 1/31/2025. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 01/31/2025) |
| 01/31/2025 | 622 | ***SELECTED PARTIES***DECLARATION of Samuel Dolinger in Support re: 614 MOTION in Limine *TO PRECLUDE EVIDENCE OF PURPORTED INDUSTRY PRACTICES THAT CONTRADICT FEDERAL AND STATE PHARMACY LAW.*, 610 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS−EXAMINATION REGARDING THE TERMINATION OF RELATOR URI BASSAN.*, 618 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY.*, 607 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS−EXAMINATION REGARDING IRRELEVANT PRIOR CONDUCT OF CERTAIN WITNESSES.*. Document filed by UNITED STATES OF AMERICA, CVS Health Corporation, Uri Bassan, United States of America ex rel. Uri Bassan, Omnicare, Inc.. (Attachments: # 1 Exhibit A – Bassan Depo., # 2 Exhibit B – Peterson Depo., # 3 Exhibit C – Smith Rpt. Ex. 4, # 4 Exhibit D – OCRBASSAN01525805, # 5 Exhibit E – Tate Depo.)Motion or Order to File Under Seal: 621 .(Dolinger, Samuel) (Entered: 01/31/2025) |
| 01/31/2025 | 623 | MEMORANDUM OF LAW in Support re: 618 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 01/31/2025) |
| 02/03/2025 | 624 | LETTER RESPONSE in Opposition to Motion addressed to Judge Colleen McMahon from Monica Folch dated February 3, 2025 re: 584 MOTION for Leave to File MOTION FOR SUMMARY JUDGMENT ONLY AS TO CVS HEALTH CORPORATION . . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 02/03/2025) |
| 02/03/2025 | 625 | LETTER MOTION to Seal *(protective only)* addressed to Judge Colleen McMahon from Samuel Dolinger dated 2/3/2025. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/03/2025) |
| 02/04/2025 | 626 | ***SELECTED PARTIES***DECLARATION of Samuel Dolinger in Opposition re: 584 MOTION for Leave to File MOTION FOR SUMMARY JUDGMENT ONLY AS TO CVS HEALTH CORPORATION .. Document filed by UNITED STATES OF AMERICA, CVS Health Corporation, United States of America ex rel. Uri Bassan, Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Motion or Order to File Under Seal: 625 .(Dolinger, Samuel) (Entered: 02/04/2025) |
| 02/04/2025 | 627 | MEMO ENDORSEMENT on re: 586 MOTION for Summary Judgment . filed by CVS Health Corporation. ENDORSEMENT: The government has until 5pm on Friday, February 7 to respond to the motion, identifying and providing the court with evidence that would raise a genuine issue of fact on the grounds asserted in the motion (and on no other grounds). There will be no extension of time. Get it done. ( Responses due by 2/7/2025) (Signed by Judge Colleen McMahon on 2/4/25) (yv) (Entered: 02/04/2025) |
| 02/04/2025 | 628 | ORDER temporarily granting 621 Letter Motion to Seal. Omnicare has until 5pm on 2/5/2025 to explain on a line by line basis, why their exhibits should be sealed. If they are being used at trial for any purpose, they may not remain under seal. The documents can be filed under temporary seal until I rule. (Signed by Judge Colleen McMahon on 2/3/25) (yv) (Entered: 02/04/2025) |
| 02/04/2025 | 629 | MEMO ENDORSEMENT on re: 571 MOTION to Seal *PORTIONS OF DAUBERT EXHIBIT (ECF 496−4) CONTAINING CONFIDENTIAL PATIENT INFORMATION.* filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: I have received five motions to seal patient confidential information (Docket 571, 573, 575, 575 and |

| | | |
|---|---|---|
| | | 579) from defendants. Does the government consent? Is the request overbroad? Is any of the information sought to be sealed needed for proving or opposing the government's case (specifically information about drugs prescribed)? (Signed by Judge Colleen McMahon on 2/4/25) (yv) Modified on 2/4/2025 (yv). (Entered: 02/04/2025) |
| 02/05/2025 | 630 | MEMO ENDORSED ORDER granting 584 Motion for Leave to File Document. ENDORSEMENT: By directing the government to respond to the motion by CVS Health Corporation for summary judgment the court has defacto granted this motion. Please remove from the Court's docket of open motions. (Signed by Judge Colleen McMahon on 2/4/25) (yv) (Entered: 02/05/2025) |
| 02/05/2025 | 631 | RESPONSE re: 628 Order on Motion to Seal, . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/05/2025) |
| 02/05/2025 | 632 | NOTICE of REGARDING SEALING OF EXHIBITS TO THE OFFICES LETTER IN OPPOSITION TO CVS HEALTH CORPORATIONS MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT re: 625 LETTER MOTION to Seal *(protective only)* addressed to Judge Colleen McMahon from Samuel Dolinger dated 2/3/2025.. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/05/2025) |
| 02/07/2025 | 633 | LETTER MOTION to Seal *(protective only)* addressed to Judge Colleen McMahon from Jeremy M. Liss dated 02/07/2025. Document filed by UNITED STATES OF AMERICA..(Liss, Jeremy) (Entered: 02/07/2025) |
| 02/07/2025 | 634 | RULE 56.1 STATEMENT. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 635 | MEMORANDUM OF LAW in Opposition re: 586 MOTION for Summary Judgment . . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 02/07/2025) |
| 02/07/2025 | 636 | ***SELECTED PARTIES***DECLARATION of Jeremy M. Liss in Opposition re: 586 MOTION for Summary Judgment .. Document filed by UNITED STATES OF AMERICA, CVS Health Corporation, United States of America ex rel. Uri Bassan, Omnicare, Inc... (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42)Motion or Order to File Under Seal: 633 .(Liss, Jeremy) (Entered: 02/07/2025) |
| 02/07/2025 | 637 | MEMORANDUM OF LAW in Opposition re: 612 MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT RELATED TO CONTROLLED SUBSTANCES.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 638 | MEMORANDUM OF LAW in Opposition re: 602 MOTION in Limine *TO EXCLUDE CERTAIN EVIDENCE OR ARGUMENT REGARDING PRESCRIPTION DRUG PRICES OR THE PHARMACEUTICAL INDUSTRY.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 639 | MEMORANDUM OF LAW in Opposition re: 606 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT ON UNRELATED COMPLIANCE MATTERS.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 640 | MEMORANDUM OF LAW in Opposition re: 594 MOTION in Limine *TO EXCLUDE EVIDENCE AND TESTIMONY CONTRADICTING REPRESENTATIONS MADE BY THE OFFICE IN DISCOVERY DISPUTES.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 641 | MEMORANDUM OF LAW in Opposition re: 604 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT AS TO DEFENDANTS FINANCIAL* |

| | | |
|---|---|---|
| | | *CONDITION.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 642 | MEMORANDUM OF LAW in Opposition re: 588 MOTION in Limine *TO EXCLUDE NEVER–PLEADED ALLEGATIONS AND THEORIES OF LIABILITY.* . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 643 | MEMORANDUM OF LAW in Opposition re: 596 MOTION in Limine *TO EXCLUDE UNRELATED SETTLEMENTS AND OTHER LEGAL PROCEEDINGS.* . Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Settlement Agreement), # 2 Exhibit B (Corporate Integrity Agreement)).(Barnea, Jean–David) (Entered: 02/07/2025) |
| 02/07/2025 | 644 | MEMORANDUM OF LAW in Opposition re: 600 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING LONG–TERM–CARE FACILITY WRONGDOING.* . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/07/2025) |
| 02/07/2025 | 645 | MEMORANDUM OF LAW in Opposition re: 598 MOTION in Limine *TO EXCLUDE REFERENCE TO PATIENT HARM.* . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/07/2025) |
| 02/07/2025 | 646 | MEMORANDUM OF LAW in Opposition re: 615 MOTION in Limine *TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING CVS HEALTH CORPORATION PRIOR TO AUGUST 2015 ACQUISITION OF OMNICARE.* . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/07/2025) |
| 02/07/2025 | 647 | MEMORANDUM OF LAW in Opposition re: 592 MOTION in Limine *TO EXCLUDE ARGUMENTS THAT OMNICARE BEARS THE BURDEN OF PROOF.* . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/07/2025) |
| 02/07/2025 | 648 | MEMORANDUM OF LAW in Opposition re: 590 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT OF SUBSEQUENT REMEDIAL MEASURES.* . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 02/07/2025) |
| 02/07/2025 | 649 | RESPONSE in Opposition to Motion re: 607 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING IRRELEVANT PRIOR CONDUCT OF CERTAIN WITNESSES.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 650 | RESPONSE in Opposition to Motion re: 610 MOTION in Limine *TO PRECLUDE EVIDENCE OR CROSS–EXAMINATION REGARDING THE TERMINATION OF RELATOR URI BASSAN.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 651 | MOTION to Seal *PORTIONS OF OPPOSITIONS TO U.S. ATTORNEYS OFFICES MOTIONS IN LIMINE.* Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 652 | MEMORANDUM OF LAW in Support re: 651 MOTION to Seal *PORTIONS OF OPPOSITIONS TO U.S. ATTORNEYS OFFICES MOTIONS IN LIMINE.* . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING MOTION TO SEAL).(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 653 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 618 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY.* . Document filed by CVS Health Corporation, Omnicare, Inc., UNITED STATES OF AMERICA, Uri Bassan, United States of America ex rel. Uri Bassan. Motion or Order to File Under Seal: 651 .(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 654 | RESPONSE in Opposition to Motion re: 618 MOTION in Limine *TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE POTENTIAL EXISTENCE OF* |

| | | |
|---|---|---|
| | | *PRESCRIPTION RECORDS NOT PRODUCED IN DISCOVERY.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 655 | RESPONSE in Opposition to Motion re: 614 MOTION in Limine *TO PRECLUDE EVIDENCE OF PURPORTED INDUSTRY PRACTICES THAT CONTRADICT FEDERAL AND STATE PHARMACY LAW.* . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/07/2025) |
| 02/07/2025 | 656 | ***SELECTED PARTIES***DECLARATION of Benjamin Hazelwood in Support re: 655 Response in Opposition to Motion, 650 Response in Opposition to Motion, 649 Response in Opposition to Motion, 654 Response in Opposition to Motion,. Document filed by CVS Health Corporation, Omnicare, Inc., UNITED STATES OF AMERICA, Uri Bassan, United States of America ex rel. Uri Bassan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)Motion or Order to File Under Seal: 651 .(Hazelwood, Benjamin) (Entered: 02/08/2025) |
| 02/08/2025 | 657 | DECLARATION of Benjamin Hazelwood in Support re: 655 Response in Opposition to Motion, 650 Response in Opposition to Motion, 649 Response in Opposition to Motion, 654 Response in Opposition to Motion,. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17).(Hazelwood, Benjamin) (Entered: 02/08/2025) |
| 02/10/2025 | 658 | LETTER addressed to Judge Colleen McMahon from Monica P. Folch dated February 10, 2025 re: Response to the Court's Order (Dkt. 629) re Defendants' motions to seal. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 02/10/2025) |
| 02/10/2025 | 659 | LETTER addressed to Judge Colleen McMahon from Enu Mainigi dated 02/10/2025 re: February 27, 2025 Pretrial Conference. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/10/2025) |
| 02/10/2025 | 660 | RESPONSE in Support of Motion re: 586 MOTION for Summary Judgment . . Document filed by CVS Health Corporation..(Mainigi, Enu) (Entered: 02/10/2025) |
| 02/10/2025 | 661 | REPLY MEMORANDUM OF LAW re: 660 Response in Support of Motion . Document filed by CVS Health Corporation. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 10).(Hazelwood, Benjamin) (Entered: 02/10/2025) |
| 02/10/2025 | 666 | MEMO ENDORSEMENT on re: 658 Letter filed by UNITED STATES OF AMERICA ENDORSEMENT I rather thought this might be the case. I will only allow the sealing redaction of the six items listed at the bottom of this letter. Get to work redacting the documents. (Signed by Judge Colleen McMahon on 2/10/2025) (jca) (Entered: 02/13/2025) |
| 02/11/2025 | 662 | LETTER addressed to Judge Colleen McMahon from Samuel Dolinger dated 2/11/2025 re: Defendants' argument regarding pharmacies' prescription retention obligations. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 02/11/2025) |
| 02/11/2025 | 663 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Douglas P. Dehler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30602381. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Uri Bassan, United States of America ex rel. Uri Bassan, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Montana, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, Commonwealth of Virginia, State of Washington, State of Wisconsin, District of Columbia. (Attachments: # 1 Affidavit of Douglas P. Dehler in |

| | | |
|---|---|---|
| | | Support of Motion for Admission Pro Hac Vice).(Dehler, Douglas) Modified on 2/12/2025 (rju). (Entered: 02/11/2025) |
| 02/12/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 663 MOTION for Douglas P. Dehler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30602381. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Proposed Order;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 02/12/2025) |
| 02/12/2025 | 664 | MOTION for Douglas P. Dehler to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Uri Bassan. (Attachments: # 1 Affidavit of Douglas P. Dehler in Support of Motion for Admission Pro Hac Vice, # 2 Proposed Order Granting Motion for Admission Pro Hac Vice).(Dehler, Douglas) (Entered: 02/12/2025) |
| 02/12/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 664 MOTION for Douglas P. Dehler to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/12/2025) |
| 02/13/2025 | 665 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 664 Motion for Douglas P. Dehler to Appear Pro Hac Vice. The motion of Douglas P. Dehler for admission to pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant Douglas P. Dehler is admitted to practice pro hac vice in the above–captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 2/13/25) (yv) (Entered: 02/13/2025) |
| 02/13/2025 | 667 | MEMO ENDORSEMENT on re: 662 Letter Defendants' argument regarding pharmacies' prescription retention obligations filed by UNITED STATES OF AMERICA. ENDORSEMENT: Simply file a letter citing and quoting the relevant regulations. If there are no such regulations, please advise. No other briefing required. (Signed by Judge Colleen McMahon on 2/13/25) (yv) (Entered: 02/13/2025) |
| 02/14/2025 | 668 | NOTICE OF APPEARANCE by Loryn Helfmann on behalf of CVS Health Corporation, Omnicare, Inc...(Helfmann, Loryn) (Entered: 02/14/2025) |
| 02/14/2025 | 669 | MEMO ENDORSEMENT on re: 659 Letter filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: The conference is rescheduled to March 3, 2025 at 10:30 AM. ( Pretrial Conference set for 3/3/2025 at 10:30 AM before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 2/14/2025) (jjc) (Entered: 02/14/2025) |
| 02/14/2025 | 670 | LETTER addressed to Judge Colleen McMahon from Samuel Dolinger dated 2/14/2025 re: Response to Court's order regarding pharmacy retention obligations. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A – OCRBASSAN01042338 (excerpt), # 2 Exhibit B – OCRBASSAN00479307, # 3 Exhibit C – Kramer Dep. (excerpt)).(Dolinger, Samuel) (Entered: 02/14/2025) |
| 02/19/2025 | 671 | DECISION AND ORDER DENYING CVS HEALTH CORPORATION'S MOTION FOR SUMMARY JUDGMENT 586 Motion for Summary Judgment. For the reasons stated above, CVS Health's motion for summary judgment is DENIED. However, I will be listening particularly closely at the upcoming trial for evidence that will be relevant to a motion for the inevitable motion for a directed verdict–one this Court will not hesitate to grant if the Government does not meet its burden of proving that CVS Health, a holding company, participated in the scheme alleged against its subsidiary Omnicare. This constitutes a written opinion. The Clerk is directed to remove the motion at Dkt. No. 586 from the Court's list of open motions. (Signed by Judge Colleen McMahon on 2/19/2025) (jjc) (Entered: 02/19/2025) |
| 02/20/2025 | 672 | MOTION to Compel THE GOVERNMENT TO REVISE ITS PRETRIAL DISCLOSURES . Document filed by CVS Health Corporation, Omnicare, |

| | | Inc...(Mainigi, Enu) (Entered: 02/20/2025) |
|---|---|---|
| 02/20/2025 | 673 | MEMORANDUM OF LAW in Support re: 672 MOTION to Compel THE GOVERNMENT TO REVISE ITS PRETRIAL DISCLOSURES . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 02/20/2025) |
| 02/20/2025 | 674 | MEMORANDUM OF LAW in Opposition re: 672 MOTION to Compel THE GOVERNMENT TO REVISE ITS PRETRIAL DISCLOSURES . . Document filed by UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 02/20/2025) |
| 02/21/2025 | 675 | DECISION ON MOTIONS IN LIMINE denying 588 Motion in Limine; granting in part and denying in part 590 Motion in Limine; denying 592 Motion in Limine; denying 594 Motion in Limine; granting in part and denying in part 596 Motion in Limine; denying as moot 598 Motion in Limine; granting 600 Motion in Limine; denying as moot 602 Motion in Limine; denying as moot 604 Motion in Limine; terminating 606 Motion in Limine; terminating 607 Motion in Limine; granting in part and denying in part 610 Motion in Limine; granting 612 Motion in Limine; granting 614 Motion in Limine; granting 615 Motion in Limine; terminating 618 Motion in Limine. The Government moves in limine for an order precluding evidence or cross examination regarding irrelevant prior conduct of certain witnesses. (Dkt. #610). The motion is GRANTED IN PART and DENIED IN PART. The Government moves separately for an order precluding any cross examination of Relator Uri Bassan about the circumstances of the termination of his employment at Omnicare in 2016. (Dkt. #610). The motion is DENIED. The Government moves for an order to preclude the introduction of any evidence of purported pharmacy−industry practices that contradict federal and/or state pharmacy law. (Dkt. #614). The motion is GRANTED. The Government moves in limine to preclude evidence or argument regarding prescription records that were not produced in discovery or speculation that those records may exist elsewhere. (Dkt. #623). The motion is GRANTED. Defendants move in limine for an order precluding the Government from making arguments that relate to "never pleaded allegations and theories of liability." (Dkt. #588). Having read the papers filed in support of the motion I have no idea what those allegations and theories might be; Defendants do not bother to explain to the Court what new theories the Government might be planning to spring on them at trial, so I cannot decide whether they are really "new" theories at all. The motion is DENIED without leave to renew, since the time for making motions in limine has expired. Defendants move in limine for an order excluding evidence and argument about subsequent remedial measures taken by Omnicare in response to the filing of this lawsuit− specifically changes that were made to Omnicare's computer dispensing systems and programs that relate to Defendants' so called "rollover" computer functionality. (Dkt. #590). The specific changes that Defendants seek to preclude the trier of fact from hearing about are (1) a change to prevent rollover dispensing via Cycle Fill in 2016; (2) a change to "turn off" rollover dispensing to many residential facilities via OmniDX in late 2015 and 2016; and (3) a change to "turn off" rollover dispensing at some residential facilities via Oasis in 2018. The motion is GRANTED IN PART AND DENIED IN PART. Defendants move in limine to preclude arguments that Omnicare bears the burden of proof in this case. (Dkt. #592) This silly motion−which is misnamed, as it is really a motion for an order declaring in advance of trial that the Government's proffered proof is insufficient−is DENIED. As the Government recognizes, it is the plaintiff who bears the ultimate burden of proving the elements of its False Claims Act claim; the jury will be so instructed. Defendants move in limine to "exclude evidence and testimony contradicting representations made by the [United States Attorney's) Office" in connection with certain discovery disputes. (Dkt. # 594). For substantially the reasons outlined in the Government's brief in opposition, the motion is DENIED. We are not relitigating discovery rulings made by Judge Figueredo and not timely appealed to this Court. Defendants move in limine to exclude evidence about unrelated settlements and other legal proceedings. (Dkt. #596). The motion is GRANTED IN PART and DENIED IN PART. Defendants move in limine to exclude references to patient harm. (Dkt. #598). The motion is DENIED AS MOOT. This issue was litigated during the Daubert phase. Defendants move in limine for an order precluding evidence or argument about wrongdoing by long−term health care facilities. (Dkt. #600) Specifically, Defendants ask that the Government be precluded from offering evidence or argument that Omnicare, the long−term care facilities with which it worked, or the industry as a whole "abused, neglected, or otherwise 'preyed upon' vulnerable |

| | | |
|---|---|---|
| | | residents." The motion is GRANTED but only to the extent of prohibiting the Government from turning this into a case about the deficiencies of care at long–term health care facilities generally. Defendants move in limine for an order excluding evidence and argument relating to compliance issues at CVS Health/Omnicare other than the False Claims Act allegations in suit. (Dkt. # 606). The decision on the motion is reserved until the final pre–trial conference. Defendants move in limine for an order excluding evidence or argument about the dispensation of controlled substances, because the wrongdoing in this case relates to the dispensation of non–controlled substances. (Dkt. #612). The motion is GRANTED. Finally, Defendants move in limine for an order precluding evidence or argument about the actions of CVS Health prior to its acquisition of Omnicare, which occurred in August 2015. (Dkt. #615). The motion is GRANTED. The Government can argue that CVS Health is legally liable for any Omnicare FCA violations that occurred prior to the acquisition date (August 18, 2015) without getting into the behavior of CVS Health prior to its acquisition of Omnicare. Any such evidence is entirely irrelevant. This is a written opinion, and it is the Court's order. It disposes of the following motions: Docket## 588,590,592,594,596,598,600,602,604,606,607,610,612,614,615 and 618. The Clerk of Court is directed to remove all of those motions from the Court's list of open motions. (Signed by Judge Colleen McMahon on 2/21/25) BY ECF TO ALL COUNSEL. (yv) (Entered: 02/21/2025) |
| 02/21/2025 | 676 | RESPONSE re: 666 Memo Endorsement, . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Mainigi, Enu) (Entered: 02/21/2025) |
| 02/21/2025 | 677 | MOTION to Seal *PORTIONS OF EXHIBIT TO GOVERNMENTS OPPOSITION TO CVS HEALTHS MOTION FOR SUMMARY JUDGMENT*. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 02/21/2025) |
| 02/21/2025 | 678 | MEMORANDUM OF LAW in Support re: 677 MOTION to Seal *PORTIONS OF EXHIBIT TO GOVERNMENTS OPPOSITION TO CVS HEALTHS MOTION FOR SUMMARY JUDGMENT*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order Proposed Order).(Mainigi, Enu) (Entered: 02/21/2025) |
| 02/24/2025 | 679 | MOTION for Suzanne Salgado to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30664660. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit of Suzanne Salgado, # 2 Proposed Order Proposed Order).(Salgado, Suzanne) (Entered: 02/24/2025) |
| 02/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 679 MOTION for Suzanne Salgado to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30664660. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (rju) (Entered: 02/24/2025) |
| 02/24/2025 | 680 | DECISION ON MOTIONS TO SEAL denying as moot 621 Letter Motion to Seal; denying as moot 625 Letter Motion to Seal; denying 633 Letter Motion to Seal; denying 651 Letter Motion to Seal; granting 677 Letter Motion to Seal. The Court, for its decision on the pending motions to seal: Defendants' motion, Dkt. No. 677, to seal confidential patient information in the exhibit at Dkt. No. 636–5 is GRANTED. Please file the redacted version of the document (see above). Defendants move to conditionally seal portions of their briefs in opposition to the Government's motions in limine quoting from and attaching materials the Government has designated confidential under its Protective Order. Dkt. No. 651. Specifically, Omnicare wishes to seal the following language: A long–term care "pharmacy does not need to keep a physically signed prescription on file" together with references to email chains supporting this. The motion is DENIED. There is nothing at all confidential about this statement and it will be the subject of testimony at the very public trial. The Government, at Defendants' insistence, moves to file several exhibits to the Declaration of Jeremy Liss, submitted in support of the Government's opposition to CVS Health Corporation's motion for summary judgment, under a temporary 14–day seal, pursuant to the Protective Order. Dkt. No. 633. The Government does not by making the motion concede that the information sought to be sealed should be sealed. It should not be. Defendants have not indicated on a line–by–line basis why any of |

| | | |
|---|---|---|
| | | that information should be sealed so the motion is DENIED without leave to renew. The Government also moves to seal certain exhibits, that Defendants have now indicated they will not seek to seal (specifically documents references in Dkt. Nos. 621 and 625). Therefore, the motions are DENIED AS MOOT. The Court will not accept any more motions to seal. Please seal the HIPPA–protected information listed on the first page of this opinion in any document. Please do not bother me with other requests to seal. They will not be granted. This is a written opinion, and it is the Court's order. It disposes of the following motions: Dkt. Nos. 621, 625, 633, 651 and 677. The Clerk of Court is directed to remove all of those motions from the Court's list of open motions. (Signed by Judge Colleen McMahon on 2/24/2025) (rro) (Entered: 02/25/2025) |
| 02/25/2025 | 681 | MEMO ENDORSED ORDER terminating 672 Motion to Compel. ENDORSEMENT: I told the parties that they were to identify approximately 200 "key exhibits" that would be shown to the jury during the trial. I expect each party to identify approximately 200 such exhibits. If the Government needs more than 200 exhibits to establish the amount of a remedy (if, for example, an expert relies on more than 200 documents to establish the amount that was allegedly falsely claimed), we can discuss how to handle that at the final pretrial conference. But neither side should need more than 200 exhibits to establish or rebut liability. Be selective. Do not be duplicative. I have been doing this for 27 years and I have yet to have any lawyer in any case, no matter how complex, refer to more than 200 separate documents in a closing argument. So I know you can do this. (Signed by Judge Colleen McMahon on 2/25/25) (yv) (Entered: 02/25/2025) |
| 02/26/2025 | 682 | ORDER GRANTING MOTION OF SUZANNE SALGADO FOR ADMISSION TO PRACTICE PRO HAC VICE granting 679 Motion for Suzanne Salgado to Appear Pro Hac Vice. The motion of Suzanne Salgado for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in theabove–captioned case in the United States District Court for the Southern District of New York.All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 02/26/2025) (yv) (Entered: 02/26/2025) |
| 02/27/2025 | 683 | PROPOSED PRE–TRIAL ORDER. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Folch, Monica) (Entered: 02/27/2025) |
| 02/27/2025 | 684 | PRE–CONFERENCE STATEMENT *Declaration in Support of CVS Health Corporation's Pre–Trial Contentions*. Document filed by CVS Health Corporation..(Helfmann, Loryn) (Entered: 02/27/2025) |
| 02/27/2025 | 685 | MOTION for BETH A. STEWART to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30687208. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit AFFIDAVIT OF BETH A. STEWART IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 Proposed Order Proposed Order).(Stewart, Beth) (Entered: 02/27/2025) |
| 02/27/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 685 MOTION for BETH A. STEWART to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30687208. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/27/2025) |
| 02/28/2025 | 686 | ORDER GRANTING MOTION OF BETH A. STEWART FOR ADMISSION TO PRACTICE PRO HAC VICE granting 685 Motion for BETH A. STEWART to Appear Pro Hac Vice. The motion of Beth A. Stewart for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 2/28/25) (yv) (Entered: 02/28/2025) |

| | | |
|---|---|---|
| 02/28/2025 | 687 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 02/28/2025 re: Permission to bring the identified electronic technology into the courtroom on March 6, 2025 for the pre–trial conference. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 02/28/2025) |
| 02/28/2025 | 688 | MEMO ENDORSEMENT on re: 687 Letter Permission to bring the identified electronic technology into the courtroom, filed by Omnicare, Inc., CVS Health Corporation. ENDORSEMENT: Final Pretrial Conference on for 3/6/2025 at 10:00 AM. Electronic orders approved for devices., ( Final Pretrial Conference set for 3/6/2025 at 10:00 AM before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 2/28/25) (yv) (Entered: 02/28/2025) |
| 02/28/2025 | 689 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 02/28/2025 re: Permission to bring the identified electronic technology into the courtroom on March 6, 2025 for the pre–trial conference. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 02/28/2025) |
| 03/03/2025 | 690 | JOINT LETTER MOTION for Extension of Time *to file proposed jury instructions, verdict forms, and voir dire questions* addressed to Judge Colleen McMahon from Samuel Dolinger dated 3/3/2025. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 03/03/2025) |
| 03/03/2025 | 691 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 03/03/2024 re: Permission to bring the identified electronic technology into the courtroom on March 6, 2025 for the pre–trial conference. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 03/03/2025) |
| 03/03/2025 | 694 | ORDER granting 690 Letter Motion for Extension of Time. OK. (Signed by Judge Colleen McMahon on 3/3/2025) (tro) (Entered: 03/04/2025) |
| 03/04/2025 | 692 | LETTER addressed to Judge Colleen McMahon from Samuel Dolinger dated 3/4/2025 re: the Government's identification of its key trial exhibits. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A).(Dolinger, Samuel) (Entered: 03/04/2025) |
| 03/04/2025 | 693 | LETTER addressed to Judge Colleen McMahon from William P. Ashworth dated 03/04/2025 re: the governments letter filed earlier this morning (ECF 692). Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/04/2025) |
| 03/04/2025 | 695 | RESPONSE TO THE MARCH 4, 2025 LETTERS TO THE COURT. The Government and Defendants have submitted dueling letters to the court. Herewith my response: I will allow an expert or summmy witness to testify, and to introduce the documents on which s/he relied, and those documents will necessarily be in evidence, and Defendants can use any of those documents to cross examine the witness. This is standard operating procedure in False Claims Act (and other) trials, and I do not appreciate either side's pretending otherwise. Some of the many expert witnesses being called in this case relied on voluminous documents (obtained largely from Omnicare's own files) in crafting their testimony. Again, any documents on which they relied must be present in the courtroom and introduced into evidence during the expert's testimony, if only so that they can be used on cross examination. I have yet to participate in the trial of any case in which each and every one of the documents relied on by an expert was shown individually to the jury. I do not intend that this trial should be the first. The court's injunction to keep the number of exhibits down to 200 (since raised to 250)was designed to force the parties to focus on what is needed to prove liability or to rebut the Government's case in chief on liability. I emphasize that this is a case in which the Government's theory is that one particular practice at Omnicare – the use of one computer algorithm, which had a particular default setting – resulted in the distribution of prescription drugs to residents of long–term care facilities in the absence of any valid prescription therefor. If the Government cannot prove that theory using 250 documents, it needs to rethink its case. I am telling the Government that it can. I remind you that I am going to strictly limit the amount of time you can be on your feet, as I do in every lengthy civil case I try. Your presumptive limit is 20 hours, based on my assessment of how long it should take you to try this case. You should |

| | | |
|---|---|---|
| | | arrive at the final pretrial conference on Thursday with a pretty clear sense of how long you would like to have each witness on either direct or cross, because I will ask you for those numbers. I generally don't give the parties all the time they would like to have, so your estimates should be reasonable. Your opening statements will be limited to thirty minutes and your closing statements to one hour. I reiterate my rule: once I overrule ten ridiculous "kitchen sink" objections to the other party's proposed exhibits, I will presume that all subsequent objections are equally ridiculous and will overrule them and admit all of your opponent's documents. So if you have objected to documents (especially documents produced from your own files) under multiple irrelevant rules of evidence – even just to "preserve" your rights –you might want to rethink that strategy prior to Thursday's conference, which is when I intend to rule on all objections. (Signed by Judge Colleen McMahon on 3/4/25) BY ECF TO ALL COUNSEL. (yv) (Entered: 03/05/2025) |
| 03/05/2025 | 696 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 03/05/2025 re: updated list of the governments exhibits with Defendants revised objections. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 03/05/2025) |
| 03/05/2025 | 697 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 3/5/2025 re: Revised Government Objections to Defendants' Exhibit List. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Revised Objections).(Issacharoff, Lucas) (Entered: 03/05/2025) |
| 03/06/2025 | 698 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 3/6/2025 re: Revisions to Government Exhibits. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Revised Government Exhibit List (Miscellaneous Only)).(Issacharoff, Lucas) (Entered: 03/06/2025) |
| 03/06/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Final Pretrial Conference held on 3/6/2025. Decision: Final pretrial conference held. By March 20, 2025, the parties are instructed to summarize the testimony of their proposed summary witnesses, including a list of all exhibits that will be coming in through those witnesses.Submitted by: Diana Reisman. (Court Reporter Carly Davis and Carol Kertes) (mde) (Entered: 03/07/2025) |
| 03/11/2025 | 699 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/6/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Carol Ganley, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2025. Redacted Transcript Deadline set for 4/11/2025. Release of Transcript Restriction set for 6/9/2025..(McGuirk, Kelly) (Entered: 03/11/2025) |
| 03/11/2025 | 700 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/6/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/11/2025) |
| 03/14/2025 | 701 | ORDER SETTING TIME LIMITS FOR TRIAL. After considering the parties presentations, I am setting the following time limits: Opening statements: 30 minutes per side Government time with witnesses (direct and cross): 45 hours total Defendants' time with witnesses (direct and cross): 40 hours total Closing statements: TBD, but will be no more than 90 minutes and may be less Time with witnesses includes time spent presenting deposition testimony. This is a generous time allotment from me. It gives the Government more than twice the amount oftime I was originally inclined to give (which was 20 hours), and the defendants exactly twice the amount of time I was originally inclined to give. If folly used, it adds up to 17 days of testimony, which would (in the best of all possible worlds) take us from April 1 through April 25. I appreciate that the Government wants to put on testimony from pharmacies and institutions in multiple states; but that testimony will be redundant and the redundancy can and must be minimized – especially as the principal relevance of multi–state testimony is the amount of the Government's alleged claim, which will be the subject |

| | | of expert and summary testimony and does not require testimony from representatives of multiple states. Whatever, if it wants a jury trial, the Government needs to find ways to trim significant amounts of both its case and its cross, because these time limits will not be extended. In the end, this is a case about how a computer was programmed and whether the dispensations made using that program were legal. Given that, and despite the fact that it means more work for me, I continue to believe that it is in the parties' best interest to try the case to the court. (Signed by Judge Colleen McMahon on 3/14/25) (yv) BY ECF TO ALL COUNSEL. Modified on 3/14/2025 (yv). (Entered: 03/14/2025) |
|---|---|---|
| 03/14/2025 | 702 | RESERVED EVIDENTIARY RULINGS. Herewith my rulings: GX–5–1, GX–5–3, GX–5–4: The parties have agreed on redactions to GX–5–1 (CVSBASSAN0000l 919–20) that the Court finds to be appropriate. GX–5–3 and GX–5–41 appear to be a further (and more concise) statement of the February 2016 revision. As such, they are not admissible to prove liability, because they–and more precisely, the statements at Section 11.A.3 of that document–are simply a summary of the remedial measures that Omnicare chose to take in February 2016. Allowing this document into evidence is no different than allowing the February 2016 revision into evidence. This is evidence of the implementation of the revision to the policy. Objection sustained as to GX–5–3 and GX–5–4. Not admitted. GX–5–1 is admitted with the agreed–upon redactions. GX–40: This is an email chain, dated March 2016, in which an Omnicare employee posits that the 2016 revision to SOP 40 qualifies as one of the "biggest changes" to Omnicare's operations and links the reader to http://new.my.omnicare/sites/compliancepolicies/SOP40 (please note the use of the word "new" in the link). The email also announces SOP 40 revision #4 and directs Omnicare dispensers to comply with it. The circulation of the SOP qualifies as the "implementation of the new policy," so this email chain, which is primarily an announcement of the new version of SOP 40 to those tasked with following it, is no more admissible than is the actual text of the revised policy itself. I do note that, in the second email in this short chain, the speaker indicates that the February revision I discussed above was "pulled back right after release." I do not have a March version, although the April revision (GX–5–3/GX–5–4) indicates that there was a March revision, and the date when this email was circulated is March 3, 2016–consistent with a March 1 revision. In any event, objection sustained. Not admitted. GX–62: This email chain, dated February 2016, refers to the new policy that was coming and asks an employee to "take a pass at revising the SOP" to include "more specifics.... so they can't have roll over." This is a reference to the need for a policy; it is not the subsequent remedial measure, but rather a discussion about the need for such a measure and about what measures ought to be integrated into a new policy. This is not barred by Fed. R. Evid. 407. As such, objection overruled as to GX–62, Admitted. However, GX–62–1 and GX–62–2 appear to be first passes at–and essentially–the revised policy that was finalized two weeks later. To them, objection sustained, Not admitted. GX–63: This email was written by the person who was tasked with "taking a pass at revising the SOP." The author is "physically sick to [her] stomach" and "want[s] lo die" but thinks she has written a document that "captures how to run a compliant Cycle Fill." GX–63 qualifies as a "discussion about revising the policy," which is NOT the subsequent remedial measure and so is admitted. I note that the Second Circuit has not yet spoken to the precise issue of whether discussions leading up to the implementation of a subsequent remedial measure are inadmissible under Fed. R. Evid. 407, and district courts have gone both ways. See e.g., Rollins v. Board of Governors for Higher Edu., 761 F. Supp. 939, 942 (D.R.I. 1991) (contemplated action not admissible); Hochen ii Bobst Group, Inc., 193 F.R.D. 22, 25 (D. Mass. 2000) (contemplated action admissible). But the only Circuits we have found that have spoken to that issue have concluded that such discussions are not inadmissible under Fed. R. Evid. 407, and I find their reasoning persuasive. See e.g., Brazos River Authority v. GE Ionics, Inc., 469 F.3d 416, 430 (5th Cir. 2006); Benitez–Allende v. A/can Aluminio do Brasil, S.A., 857 F.2d 26, 33 (1st Cir. 1988). That said, GX–63–1, GX–63–2 and GX–63–4, GX–63–5 are essentially the revised policy, and to them, objection sustained, not admitted. GX–63–3 is an excerpt from the pre–existing "user guide." Though I do not see how it will be relevant, it is not barred by Fed. R. Evid. 704. I also note that no objection on relevance grounds was interposed as to GX–63–3. It is admitted. GX–96: This email chain, dated February 2018, indicates that 710 Omnicare pharmacies will need to "update unit flags that control prescription renewal functionality in Oasis." The email goes on to propose "actions" that the facilities must undertake in order to "update facility flags for prescription renewal" in the Oasis |

program. GX−96−1 provide the instructions to be sent to the facilities. This qualifies as a subsequent remedial measure for Oasis, which I understand was implemented in 2018. As such, objection sustained. Not admitted. GX−120: This email chain, dated June 2018, deals with compliance with the updated SOP 40 policy at non−skilled nursing facilities ("non−SNFs"). Omnicare compliance officers "validat[e] that [OmniDX] retirement flags for non−SNF facilities have been flipped to yes." As I understand, Omnicare modified OmniDX's Cycle Fill coding to prevent rollover dispensing via the Cycle Fill program in the February−March 2016 period (it sent out a change to SOP 40, then pulled it back and revised it, then sent it out again in March 2016). That is the change that qualifies as a subsequent remedial measure. I further understand that Omnicare then reversed field and, sometime in 2017, changed the coding back to the way that the Government contends leads Omnicare to violate the False Claims Act. Dkt. No. 636−15 at 3. And then, as I understand it, the coding was permanently changed to disallow rollovers sometime in 2018. Is this the second subsequent remedial measure dated 2018−−one that has since remained in place? The parties need to provide me with some context before I can make a ruling, And please correct my understanding of the relevant dates if it is wrong, GX−146: This email exchange, dated June 2018, informs Omnicare pharmacists about a universal change to OmniDx to prevent improper rollover. For the same reasons as those stated above, the parties need to provide me with some additional context. GX−147: This email exchange is dated June 2017−more than a year after the subsequent remedial measure for OmniDX was put into place and at or about the time that Omnicare reversed field and undid the remedial measure. It appears to be an email chain discussing internal audit issues at Omnicare, which may or may not include auditing of the changes made a year earlier−I don't see any obvious references to those changes. But this particular email chain is not evidence of any subsequent remedial measure. I question its relevance, however, and am inclined to sustain the Fed. R. Evid. 401 relevance objection raised by Omnicare. The parties have not argued this objection. We will discuss this the next time we are together. GX 156: This email from William Glaser to Dan Sinclair, dated May 16, 2017, seems to contain an attachment (see bottom of first page), which is undated, so we do not know when the content that appears at the top of the second page of this exhibit ( down to the word "Dan") was created. Much of it is admissible−actually, the only part of this "attachment" that would even arguably be inadmissible is the first paragraph under "Background," which appears to reflect the subsequent remedial measure that was taken in 2016. But without knowing (I) whether I am correct that this is in fact a portion of a document that was created earlier; and (2) when and in what context the "attachment" was created, I cannot figure out whether that one paragraph is barred under Fed. R. Evid. 407. It is my understanding that, by the date of the Glaser−to−Sinclair email (May 16, 2017), the remedial measure had already been rolled back. I need additional information in order to rule. GX−157: This email chain from 2018 consists of a discussion about possible changes to some policy dealing with rollovers. It is not a policy; it is purely background to the possible adoption of a policy. It is not barred by Fed. R. Evid. 407. Objection overruled. Admitted. GX−158: The earliest email in this September 2018 email chain explains (or appears to me to explain) why the 2016 changes to OmniDX were implemented and why no changes were made to Oasis at that time. The subsequent emails are comments from people who received the original email (from Dan Sinclair). They are not evidence of any subsequent remedial measure involving Oasis that was implemented in 2018; they may be admissible as evidence of discussions about whether there was a need to fix something in Oasis that was overlooked in the past. As such, objection overruled. Admitted. GX−173, GX−173−3, GX−173−6: This email also discusses the fact that the 2016 "project" was limited to OmniDX and made no changes to Oasis. It is pure background. This is not a subsequent remedial measure. GX−173−3 contains instructions for a survey document, which tasks people with providing certain information. GX−173−6 appears to be that survey document (not yet filled out). Nothing in these attachments qualifies as a subsequent remedial measure. There is no discussion of the subsequent remedial measure of recoding. Objection overruled. Admitted. GX−176: This is another collection of separate documents, dated February 2017, that should have been separate exhibits. There is nothing remotely inadmissible about the cover memo (GX−176). GX−176−1 and GX−176−2 are documents detailing how to turn off the rollover function in OmniDX and Oasis. GX−176−3 lists action items with deadlines. These action items begin with identifying those facilities currently set up to allow rollover and removing rollover capabilities on both Oasis and OmniDX for facilities not eligible for rollover. The parties need to educate me further.

I frankly do not understand the relevance of either of these documents or how they qualify as evidence of subsequent remedial measures. GX−194: This seems to be the document that began the process of doing some sort of overhaul to Oasis in 2018−probably leading to the implementation of what has been called the Oasis subsequent remedial measure. It is purely background and is not itself the subsequent remedial measure. Indeed, at the time these emails were sent, it does not appear that any new policy had been adopted. Objection overruled, Admitted. GX−209: This is an email attaching a compliance risk assessment dated April 27, 2016. It is not a subsequent remedial measure. Objection overruled, admitted. If there are compliance issues that should be redated the parties need to take care of that. GX−213: CVSBASSAN00001751−1759 are duplicated in GX−5−l, GX−5−3/GX−5−4. The same ruling and redactions stated above apply here. With regard to CVSBASSN0000 150 (the first page of the exhibit), there is only a reference to a "rollover issue." This does not qualify as a remedial measure and so this page is admitted. GX−303: GX−303 is an email chain, dated April 2016, circulating an updated SOP 40, to regional "LTC Pharmacy Site Leaders" with SOP 40 (April 4, 2016) as an attachment (GX−303− 1 ). Incidentally, GX−303−1 is GX−5, and the same ruling applies. GX−303 is implementation of a subsequent remedial measure. Indeed, the Omnicare Operations Compliance team expressly directs recipients to the "biggest changes," including Section II.A.3. OCRSDNY00051258. Objection sustained, not admitted. GX−415 and GX−415−3: The cover email chain, dated March 2016, indicates that the fourth revision to SOP 40 (GX−415−3) was circulated through Omnicare in 2016. This qualifies as implementation of a subsequent remedial measure. Objection sustained, not admitted. GX−416: The only page of this exhibit that even arguably runs afoul of Fed. R. Evid. 407 is one slide of a deck titled "operations compliance update" dated March 28, 2017 (GX−416−1). The slide in question specifically states that the subsequent remedial measure that had been implemented in 2016 (see GX−418 below) had been rolled back. OCRBASSAN0l242446. That is not a subsequent remedial measure−this is the rollback of a subsequent remedial measure. And knowing that the coding was previously changed is necessary to give the rollback context. Objection overruled. Admitted. The jurors will be told that they may not consider the original coding change as evidence that Omnicare was previously doing anything wrong. GX−418: These emails reference an attached slide deck that discusses an "operations compliance update" dated February 22, 2017 (GX−418−1). One slide in the deck instructs "each pharmacy to review and validate [that] all active facilities are entered into the dispensing system correctly," with reference to the program changes in Oasis and OmniDX. OCRBASSAN01526005. This is the subsequent remedial measure referenced above at GX−416− 1. The rest of the document is of no probative value. For that reason, objection sustained, Not admitted. GX−500: This appears to be an email chain, dated February 2017, attaching an "Oasis Updating Patient Default Pharmacy Guide" (GX−500−2) as well as a "list of facilities that will require updates to the default customer class at both the facility and customer level" (GX−500−1). See OCRSDNY00045740. The email expressly provides that there is "action needed" to bring the identified pharmacies into conformity with the new policy. This appears to be a subsequent remedial measure. Objection sustained, Not admitted. (Signed by Judge Colleen McMahon on 3/14/25) BY ECF TO ALL COUNSEL. (yv) Modified on 3/14/2025 (yv). Modified on 5/9/2025 (yv). (Entered: 03/14/2025)

| | | |
|---|---|---|
| 03/20/2025 | 703 | LETTER addressed to Judge Colleen McMahon from Enu Mainigi dated 03/20/2025 re: Trial. Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 03/20/2025) |
| 03/20/2025 | 704 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 03/20/2025 re: proposed Federal Rule of Evidence 1006 exhibits. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Hazelwood, Benjamin) (Entered: 03/20/2025) |
| 03/20/2025 | 705 | PROPOSED VOIR DIRE QUESTIONS. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 03/20/2025) |
| 03/20/2025 | 706 | PROPOSED VOIR DIRE QUESTIONS. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/20/2025) |
| 03/20/2025 | 707 | PROPOSED JURY INSTRUCTIONS. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 03/20/2025) |

| 03/20/2025 | 708 | REQUEST TO CHARGE. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 03/20/2025) |
|---|---|---|
| 03/20/2025 | 709 | NOTICE of United States' Proposed Special Verdict Form. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 03/20/2025) |
| 03/20/2025 | 710 | LETTER addressed to Judge Colleen McMahon from Jennifer Jude dated 3/21/25 re: Summary Exhibits and Witnesses. Document filed by UNITED STATES OF AMERICA.. (Attachments: # 1 Exhibit GX–1601, # 2 Exhibit GX–1602, # 3 Exhibit GX–1603, # 4 Exhibit GX–1604A, # 5 Exhibit GX–1604B, # 6 Exhibit GX–1605, # 7 Exhibit GX–1606A, # 8 Exhibit GX–1606B, # 9 Exhibit GX–1607).(Jude, Jennifer) (Entered: 03/21/2025) |
| 03/21/2025 | 711 | LETTER addressed to Judge Colleen McMahon from Jennifer Jude dated 3/21/25 re: Trial Witness List. Document filed by UNITED STATES OF AMERICA..(Jude, Jennifer) (Entered: 03/21/2025) |
| 03/24/2025 | 712 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 03/24/2025 re: Permission to bring the identified electronic technology into the courtroom from March 24, 2025 through May 9, 2025. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 03/24/2025) |
| 03/24/2025 | 713 | LETTER addressed to Judge Colleen McMahon from AUSA Jean–David Barnea dated 3–24–25 re: Trial Time Limits. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean–David) (Entered: 03/24/2025) |
| 03/24/2025 | 714 | FINAL PRE–TRIAL ORDER FROM THE COURT. The court, for its ruling on outstanding items: The two summary exhibits attached to Ornnicare's letter of March 20, 2025 (Dkt. #704) are admitted, as are all of the Government Exhibits referenced in its letter of the same date (Dkt. #710), with the exception of GX 1606A–B, which appears to reference state Board of Pharmacy actions for purported violations that occurred before the beginning of the period encompassed by this lawsuit. To that extent the document can be admitted only for the purpose of establishing that, during the period encompassed by the lawsuit, Omnicare was aware that a particular state took the position that it took with respect to the filling of prescriptions at long–term care facilities – not for the purpose of establishing that there were in fact violations of state law during the relevant period. I have received a letter from the Government (Dkt. # 711), indicating that it inadvertently omitted a name from its witness list – Dawn Kramer – who is apparently available to testify, and for whom deposition testimony was designated ( so everyone knew that her testimony would come in somehow). The Government wishes to call Ms. Kramer. I will allow it to do so. I will not, however, add one second of additional time to the Government's allocated hours (as allotted in my order of March 14, 2025, which can be found at Dkt. #701). So you will have to shave time off somewhere else. Of course, the time you planned to spend reading her deposition testimony is now freed up. I have a letter from Omnicare (Dkt. #703), asking that I cut down on the time allotments set out in my March 14 Order. The Government has just filed an opposition. Though I have tremendous sympathy for Ornnicare's position, I will adhere to the time limits in the March 14 Order. But because I agree with Ornnicare's counsel that I have allotted a ridiculously generous amount of time to try this case, I need to be sure that everyone understands what the time allotments in that order mean as further set forth in this Order. Moreover, given the generous amount of time I am allotting to this case, as well as the fact that the exhibits have already been received into evidence, any rebuttal case is also subject to the time clock. So if the Government runs out of time it may not be able to put on a rebuttal case – or if Omnicare runs out of time, it may not be able to cross on a rebuttal case. If the Government anticipates that it may require rebuttal, it needs to reserve time for that in its up front planning. I will be handling other matters that require my attention this week. I have spent a great deal of time making pre–trial rulings and I am through. So please do not send any more letters or make any more applications. Administrative orders (for electronics, for example) can be addressed to my deputy clerk, Mariela de Jesus, or to Jim O'Neill. (Signed by Judge Colleen McMahon on 3/24/25) BY ECF TO ALL COUNSEL (yv) (Entered: 03/24/2025) |
| 03/24/2025 | 715 | MOTION for TYLER INFINGER to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30817925. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit AFFIDAVIT OF TYLER INFINGER, # 2 Exhibit Certificate of Good Standing NY, # 3 Exhibit Certificate of Good Standing DC, # 4 Proposed Order Proposed Order).(Infinger, Tyler) (Entered: 03/24/2025) |
| 03/25/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 715 MOTION for TYLER INFINGER to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30817925. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 03/25/2025) |
| 03/25/2025 | 716 | LETTER addressed to Judge Colleen McMahon from Attorney Doug Dehler dated 03/25/2025 re: Permission to bring the identified electronic technology into the courtroom from March 28, 2025 through May 9, 2025. Document filed by Uri Bassan. (Attachments: # 1 Proposed Order Approving Request to Bring Electronic Devices).(Dehler, Douglas) (Entered: 03/25/2025) |
| 03/26/2025 | 717 | ORDER GRANTING MOTION OF TYLER INFINGER FOR ADMISSION TO PRACTICE PRO HAC VICE granting 715 Motion for TYLER INFINGER to Appear Pro Hac Vice. The motion of Tyler Infinger for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/26/25) (yv) (Entered: 03/26/2025) |
| 03/28/2025 | 718 | FILING ERROR – PDF ERROR – MOTION for NIRANJANA MENON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845065. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit of Niranjana Menon, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Menon, Niranjana) Modified on 3/28/2025 (bc). (Entered: 03/28/2025) |
| 03/28/2025 | 719 | MOTION for Ashley Alexander to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30844852. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Ashley Alexander, # 2 Exhibit Certificate of Good Standing – District of Columbia, # 3 Exhibit Certificate of Good Standing – New York, # 4 Proposed Order Proposed Order).(Alexander, Ashley) (Entered: 03/28/2025) |
| 03/28/2025 | 720 | FILING ERROR – PDF ERROR – MOTION for Edward Plaut to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845308. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Edward Plaut, # 2 Exhibit Certificate of Good Standing – District of Columbia, # 3 Proposed Order Proposed Order).(Plaut, Edward) Modified on 3/28/2025 (bc). (Entered: 03/28/2025) |
| 03/28/2025 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 718 MOTION for NIRANJANA MENON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845065. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from DC;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc) (Entered: 03/28/2025) |
| 03/28/2025 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 720 MOTION for Edward Plaut to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845308. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from DC;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc) (Entered: 03/28/2025) |

| | | |
|---|---|---|
| 03/28/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 719 MOTION for Ashley Alexander to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30844852. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/28/2025) |
| 03/28/2025 | 721 | AMENDED MOTION for NIRANJANA MENON to Appear Pro Hac Vice *receipt number ANYSDC−30845065.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit of Niranjana Menon, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Menon, Niranjana) (Entered: 03/28/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 721 AMENDED MOTION for NIRANJANA MENON to Appear Pro Hac Vice *receipt number ANYSDC−30845065.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | 722 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 3/31/2025 re: Electronic Device. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Proposed Order re Electronic Device).(Issacharoff, Lucas) (Entered: 03/31/2025) |
| 03/31/2025 | 723 | AMENDED MOTION for Edward Plaut to Appear Pro Hac Vice *receipt number ANYSDC−30845308.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Affidavit of Edward Plaut, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Plaut, Edward) (Entered: 03/31/2025) |
| 03/31/2025 | 724 | ORDER GRANTING MOTION OF ASHLEY ALEXANDER FOR ADMISSION TO PRACTICE PRO HAC VICE granting 719 Motion for ASHLEY ALEXANDER to Appear Pro Hac Vice. The motion of Ashley Alexander for admission to practice pro hac vice in the above−captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/31/25) (yv) (Entered: 03/31/2025) |
| 03/31/2025 | 725 | ORDER GRANTING MOTION OF NIRANJANA MENON FOR ADMISSION TO PRACTICE PRO HAC VICE granting 721 Motion for NIRANJANA MENON to Appear Pro Hac Vice. The motion of Niranjana Menon for admission to practice pro hac vice in the above−captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 3/31/25) (yv) Modified on 6/3/2025 (yv). (Entered: 03/31/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 723 AMENDED MOTION for Edward Plaut to Appear Pro Hac Vice *receipt number ANYSDC−30845308.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | 726 | LETTER addressed to Judge Colleen McMahon from Benjamin Hazelwood dated 03/31/2025 re: a proposed order seeking permission for in−house counsel, Josh Schiller, to bring the identified electronic technology into the courtroom from March 31, 2025 through May 9, 2025. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 03/31/2025) |
| 03/31/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Selection held on 3/31/2025. (Court Reporter CR). (mde) (Entered: 04/07/2025) |

| 03/31/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Selection held on 3/31/2025. Decision: Voir Dire and Jury selection begun. (Court Reporter Devon Gerber and Lisa Franco). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
|---|---|---|
| 04/01/2025 | [727](#) | ORDER GRANTING MOTION OF EDWARD PLAUT FOR ADMISSION TO PRACTICE PRO HAC VICE granting [723](#) Motion for Edward Plaut to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing be fore this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. SO ORDERED. (Signed by Judge Colleen McMahon on 4/1/2025) (ar) (Entered: 04/01/2025) |
| 04/01/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial begun on 4/1/2025. Decision: Jury selection concluded. Jury trial begun. (Court Reporter Devon Gerber and Lisa Franco). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/02/2025 | [728](#) | MOTION to Preclude *Improper Evidence*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/02/2025) |
| 04/02/2025 | [729](#) | MEMORANDUM OF LAW in Support re: [728](#) MOTION to Preclude *Improper Evidence*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # [1](#) Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 04/02/2025) |
| 04/02/2025 | [730](#) | MOTION for Nicholas Maricic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30867287. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # [1](#) Affidavit Affidavit of Nicholas Maricic, # [2](#) Exhibit Certificate of Good Standing DC, # [3](#) Exhibit Certificate of Good Standing NY, # [4](#) Proposed Order Proposed Order).(Maricic, Nicholas) (Entered: 04/02/2025) |
| 04/02/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. [730](#) MOTION for Nicholas Maricic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30867287. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/02/2025) |
| 04/02/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/2/2025. Decision: Jury trial continued. (Court Reporter : Devon Gerber and Alena Lynch). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/03/2025 | [731](#) | ORDER granting [730](#) Motion for Nicholas Maricic to Appear Pro Hac Vice. The motion of Nicholas Maricic for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/3/25) (yv) (Entered: 04/03/2025) |
| 04/03/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/3/2025. Decision: Jury trial continued. (Court Reporter Alena Lynch and Steven Greenblum). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/04/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/4/2025. Decision: Jury trial continued. (Court Reporter Alena Lynch and Steven Greenblum). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/06/2025 | [732](#) | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 4/6/2025 re: Electronic Devices. Document filed by UNITED STATES OF AMERICA. (Attachments: # [1](#) Proposed Order re Electronic Devices).(Issacharoff, Lucas) (Entered: 04/06/2025) |
| 04/07/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/7/2025. Decision: Jury trial continued. (Court Reporter Alena Lynch and Andrew |

| | | |
|---|---|---|
| | | Walker). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/09/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/9/2025. Decision: Jury trial continued.Court Reporter: Alena Lynch and Andrew Walker.Submitted by: Diana Reisman. (Court Reporter Alena Lynch and Andrew Walker) (mde) (Entered: 04/24/2025) |
| 04/10/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/10/2025. Decision: Jury trial continued. (Court Reporter Devon Gerber and Steven Greenblum). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/11/2025 | 733 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 4/11/2025 re: Electronic Device. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Proposed Order re Electronic Device).(Issacharoff, Lucas) (Entered: 04/11/2025) |
| 04/11/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/11/2025. Decision: Jury trial continued. (Court Reporter Devon Gerber and Steven Greenblum). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/13/2025 | 734 | MOTION for Directed Verdict . Document filed by CVS Health Corporation..(Hazelwood, Benjamin) (Entered: 04/13/2025) |
| 04/13/2025 | 735 | MEMORANDUM OF LAW in Support re: 734 MOTION for Directed Verdict . . Document filed by CVS Health Corporation. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 04/13/2025) |
| 04/14/2025 | 736 | MOTION for Directed Verdict . Document filed by Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/14/2025) |
| 04/14/2025 | 737 | MEMORANDUM OF LAW in Support re: 736 MOTION for Directed Verdict . . Document filed by Omnicare, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Hazelwood, Benjamin) (Entered: 04/14/2025) |
| 04/14/2025 | 738 | MEMORANDUM OF LAW in Opposition re: 734 MOTION for Directed Verdict . . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 04/14/2025) |
| 04/14/2025 | 739 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 4/14/2025 re: Electronic Device Order. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Proposed Order re Electronic Devices).(Issacharoff, Lucas) (Entered: 04/14/2025) |
| 04/14/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Decision: Oral argument on Defendants motion for directed verdict (Court Reporter Devon Gerber and Steven Greenblum). Submitted by: Cameron Molis. (mde) (Entered: 04/24/2025) |
| 04/15/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/15/2025. Decision: Jury trial continued. (Court Reporter Devon Gerber and Lisa Franko). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/16/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/16/2025. Decision: Jury trial continued. (Court Reporter Devon Gerber and Lisa Franko). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/17/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/17/2025. Decision: Jury trial continued. (Court Reporter Devon Gerber and Steven Greenblum). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/21/2025 | 740 | PROPOSED JURY INSTRUCTIONS. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/21/2025) |
| 04/21/2025 | 741 | MOTION for Directed Verdict . Document filed by CVS Health Corporation..(Hazelwood, Benjamin) (Entered: 04/21/2025) |
| 04/21/2025 | 742 | MEMORANDUM OF LAW in Support re: 741 MOTION for Directed Verdict . . Document filed by CVS Health Corporation. (Attachments: # 1 Proposed Order Granting CVS Health Corporation's Renewed Motion for Directed Verdict).(Hazelwood, Benjamin) (Entered: 04/21/2025) |

| 04/21/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/21/2025. Decision: Jury trial continued. (Court Reporter Lisa Franko and Devon Gerber). Submitted by: Diana Reisman. (mde) (Entered: 04/24/2025) |
|---|---|---|
| 04/22/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/22/2025. Decision: Jury trial continued. (Court Reporter Lisa Franko and Devon Gerber). Submitted by Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/23/2025 | 743 | MOTION to Strike *Rebuttal Witness Brad Pierce*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 744 | MEMORANDUM OF LAW in Support re: 743 MOTION to Strike *Rebuttal Witness Brad Pierce*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Strike).(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 745 | MOTION Regarding Closing . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 746 | MEMORANDUM OF LAW in Support re: 745 MOTION Regarding Closing . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion Regarding Closing).(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 747 | PROPOSED JURY INSTRUCTIONS. Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 04/23/2025) |
| 04/23/2025 | 748 | MOTION Provide Government Admissions to the Jury . Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 749 | MEMORANDUM OF LAW in Support re: 748 MOTION Provide Government Admissions to the Jury . . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Provide Government Admissions to the Jury).(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 750 | MOTION to Compel United States to Produce "Deliberative Process" Documents *and to Provide those Materials to the Jury*. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | 751 | MEMORANDUM OF LAW in Support re: 750 MOTION to Compel United States to Produce "Deliberative Process" Documents *and to Provide those Materials to the Jury*. . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Compel).(Hazelwood, Benjamin) (Entered: 04/23/2025) |
| 04/23/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/23/2025. Decision: Jury trial continued. (Court Reporter Steven Greenblum and Devon Gerber). Submitted by Diana Reisman. (mde) (Entered: 04/24/2025) |
| 04/24/2025 | 752 | MOTION for A. Joshua Podoll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30978854. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of A. Joshua Podoll, # 2 Exhibit Certificate of Good Standing D.C., # 3 Exhibit Certificate of Good Standing New York, # 4 Proposed Order Proposed Order).(Podoll, Adam) (Entered: 04/24/2025) |
| 04/24/2025 | 753 | MOTION for Grant Geyerman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30979170. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit of Grant Geyerman, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Geyerman, Grant) (Entered: 04/24/2025) |
| 04/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 752 MOTION for A. Joshua Podoll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30978854. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/24/2025) |

| 04/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 753 MOTION for Grant Geyerman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30979170. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/24/2025) |
|---|---|---|
| 04/24/2025 | 754 | LETTER addressed to Judge Colleen McMahon from Samuel Dolinger dated 4/25/2025 re: Issues raised at hearing on April 24, 2025. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A – B. Hazelwood Letter (Jan. 20, 2023), # 2 Exhibit B – Smith State–Law Chart).(Dolinger, Samuel) (Entered: 04/25/2025) |
| 04/24/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/24/2025. Decision: Jury trial continued. Motions conference held. (Court Reporter Steven Greenblum and Devon Gerber). Submitted by: Diana Reisman. (mde) (Entered: 04/25/2025) |
| 04/25/2025 | 755 | LETTER addressed to Judge Colleen McMahon from Enu Mainigi dated April 25, 2025 re: Government's April 24, 2025 Letter. Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Exhibit 1).(Hazelwood, Benjamin) (Entered: 04/25/2025) |
| 04/25/2025 | 756 | DECISION AND ORDER RESERVING JUDGMENT ON DEFENDANT CVS HEALTH CORPORATION'S MOTION FOR DIRECTED VERDICT re: 734 MOTION for Directed Verdict . filed by CVS Health Corporation. For the foregoing reasons, I am allowing the question of FCA liability as to CVS Health Corp. to go to the jury and reserving judgment on Defendants' motion for a directed verdict. At the close of all evidence, CVS Health Corp. renewed its motion for a directed verdict, but I am not persuaded to alter my decision to reserve judgment. Although it should be clear that I believe there is ample evidence to support a reasonable jury's finding that CVS Health Corp. did not directly participate in Omnicare's submission of false claims, I believe the better part of valor is to allow the jury to have the first crack at deciding whether the evidence in the record supports the opposite conclusion. Rest assured, the jury will receive ample guidance on the meaning of "direct participation." (Signed by Judge Colleen McMahon on 4/24/25) BY ECF TO ALL COUNSEL. (yv) (Entered: 04/25/2025) |
| 04/25/2025 | 757 | ORDER GRANTING MOTION OF GRANT GEYERMA FOR ADMISSION TO PRACTICE PRO HAC VICE granting 753 Motion for Grant Geyerman to Appear Pro Hac Vice. The motion of Grant Geyerman for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/25/25) (yv) (Entered: 04/25/2025) |
| 04/25/2025 | 758 | ORDER GRANTING MOTION OF JOSHUA PODOLL FOR ADMISSION TO PRACTICE PRO HACVICE granting 752 Motion for Joshua Podoll to Appear Pro Hac Vice. The motion of Joshua Podoll for admission to practice pro hac vice in the above–captioned action is GRANTED. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 4/25/25) (yv) (Entered: 04/25/2025) |
| 04/25/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/25/2025. Decision: Jury trial continued.Court Reporter: Steven Greenblum and Devon Gerber.Submitted by: Diana Reisman. (mde) (Entered: 04/30/2025) |
| 04/28/2025 | 759 | NOTICE of Defendants' Response to Court's Proposed Verdict Form. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/28/2025) |
| 04/28/2025 | 760 | LETTER MOTION for Conference *for Curative Instructions* addressed to Judge Colleen McMahon from Monica Folch dated April 28, 2025. Document filed by |

| | | |
|---|---|---|
| | | UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 04/28/2025) |
| 04/28/2025 | 761 | PROPOSED JURY INSTRUCTIONS. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/28/2025) |
| 04/28/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial held on 4/28/2025. Decision: Jury trial continued. Jury charged. Jury deliberations begun.Court Reporter: Lisa Franko and Devon Gerber.Submitted by: Diana Reisman. (mde) (Entered: 04/30/2025) |
| 04/29/2025 | 762 | NOTICE of Defendants' Proposed Curative Instructions Addressing Issues Arising from Governments Closing Argument. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 04/29/2025) |
| 04/29/2025 | | Minute Entry for proceedings held before Judge Colleen McMahon: Jury Trial completed on 4/29/2025. Decision: Jury trial concluded.Court Reporter: Lisa Franko.Submitted by: Diana Reisman. (mde) (Entered: 04/30/2025) |
| 05/06/2025 | 763 | PROPOSED SCHEDULING ORDER. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 05/06/2025) |
| 05/06/2025 | 764 | MEMO ENDORSEMENT on re: 763 Proposed Scheduling Order filed by UNITED STATES OF AMERICA. ENDORSEMENT: As you wish., ( Motions due by 6/6/2025., Responses due by 7/7/2025, Replies due by 7/18/2025.) (Signed by Judge Colleen McMahon on 5/6/25) (yv) (Entered: 05/06/2025) |
| 05/08/2025 | 765 | LETTER addressed to Judge Colleen McMahon from Lucas Issacharoff dated 5/8/2025 re: withdrawal as counsel. Document filed by UNITED STATES OF AMERICA..(Issacharoff, Lucas) (Entered: 05/08/2025) |
| 05/12/2025 | 766 | MEMO ENDORSEMENT on re: 765 Letter withdrawal as counsel filed by UNITED STATES OF AMERICA. ENDORSEMENT: Please remove Mr. Issacharoff from the ECF for this case. (Attorney Lucas Estlund Issacharoff terminated.) (Signed by Judge Colleen McMahon on 5/12/25) (yv) (Entered: 05/12/2025) |
| 05/16/2025 | 767 | POST TRIAL MEMORANDUM. Document filed by CVS Health Corporation, Omnicare, Inc...(Hazelwood, Benjamin) (Entered: 05/16/2025) |
| 06/05/2025 | 768 | DECISION AND ORDER DENYING CVS HEALTH CORPORATION'S RESERVED MOTION FOR DIRECTED VERDICT OF DISMISSAL denying 741 Motion for Directed Verdict. For the reasons stated above, Defendant CVSHC's Motion for a Directed Verdict is DENIED. This constitutes a written opinion. The Clerk is directed to remove the motion at Dkt. No. 741 from the Court's list of open motions. (Signed by Judge Colleen McMahon on 6/5/2025) (vfr) (Entered: 06/05/2025) |
| 06/06/2025 | 769 | MOTION for Judgment as a Matter of Law *or, in the Alternative, for a New Trial*. Document filed by CVS Health Corporation..(Mainigi, Enu) (Entered: 06/06/2025) |
| 06/06/2025 | 770 | MEMORANDUM OF LAW in Support re: 769 MOTION for Judgment as a Matter of Law *or, in the Alternative, for a New Trial*. . Document filed by CVS Health Corporation. (Attachments: # 1 Proposed Order on Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial).(Mainigi, Enu) (Entered: 06/06/2025) |
| 06/06/2025 | 771 | MOTION for Judgment as a Matter of Law . Document filed by Omnicare, Inc...(Mainigi, Enu) (Entered: 06/06/2025) |
| 06/06/2025 | 772 | MEMORANDUM OF LAW in Support re: 771 MOTION for Judgment as a Matter of Law . . Document filed by Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion for Judgment as a Matter of Law).(Mainigi, Enu) (Entered: 06/06/2025) |
| 06/06/2025 | 773 | MOTION for New Trial . Document filed by Omnicare, Inc...(Mainigi, Enu) (Entered: 06/06/2025) |
| 06/06/2025 | 774 | MEMORANDUM OF LAW in Support re: 773 MOTION for New Trial . . Document filed by Omnicare, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order on Motion for New Trial).(Mainigi, Enu) (Entered: 06/06/2025) |

| | | |
|---|---|---|
| 06/06/2025 | <u>775</u> | RESPONSE re: <u>767</u> Post Trial Memorandum . Document filed by UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Exhibit A).(Dolinger, Samuel) (Entered: 06/06/2025) |
| 06/13/2025 | <u>776</u> | LETTER addressed to Judge Colleen McMahon from AUSA Jean−David Barnea dated 6−13−25 re: CVS Health Corp's Motion for Judgment as a Matter of Law. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 06/13/2025) |
| 06/13/2025 | <u>777</u> | MEMO ENDORSEMENT on re: <u>776</u> Letter filed by UNITED STATES OF AMERICA. ENDORSEMENT: The Court is in receipt of the Government's letter. The Government is instructed to provide all such arguments in its response brief. I will not render a decision until all briefing is complete. (Signed by Judge Colleen McMahon on 6/13/2025) (jjc) (Entered: 06/13/2025) |
| 06/13/2025 | <u>778</u> | REPLY re: <u>775</u> Response, <u>767</u> Post Trial Memorandum . Document filed by CVS Health Corporation, Omnicare, Inc...(Mainigi, Enu) (Entered: 06/13/2025) |
| 06/18/2025 | | MEMORANDUM TO THE DOCKET CLERK: The following motions can be terminated: Dkt #728, 736, 743, 745, 748, 750, 760. These were decided on the record at trial. Please refer to the trial transcripts for details.The motion at Dkt. No. 734 was decided by our order in Dkt. No. 768 and can also be closed..(mde) . (Entered: 06/18/2025) |
| 07/07/2025 | <u>779</u> | MEMORANDUM DECISION ON STATUTORY PENALTIES: For the reasons stated above, this Court will impose on Omnicare penalties totaling $542 million of which CVSHC will be jointly and severally liable for $164 million. This Court will also treble the $135,592,814.70 in damages against Omnicare. (Signed by Judge Colleen McMahon on 7/7/2025) (tro) (Entered: 07/07/2025) |
| 07/07/2025 | <u>780</u> | MEMORANDUM OF LAW in Opposition re: <u>769</u> MOTION for Judgment as a Matter of Law *or, in the Alternative, for a New Trial. of CVS Health Corporation*. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 07/07/2025) |
| 07/07/2025 | <u>781</u> | DECLARATION of Samuel Dolinger in Opposition re: <u>773</u> MOTION for New Trial .. Document filed by UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D).(Dolinger, Samuel) (Entered: 07/07/2025) |
| 07/07/2025 | <u>782</u> | MEMORANDUM OF LAW in Opposition re: <u>771</u> MOTION for Judgment as a Matter of Law . . Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 07/07/2025) |
| 07/07/2025 | <u>783</u> | MEMORANDUM OF LAW in Opposition re: <u>773</u> MOTION for New Trial . . Document filed by UNITED STATES OF AMERICA..(Dolinger, Samuel) (Entered: 07/07/2025) |
| 07/09/2025 | <u>784</u> | TRANSCRIPT of Proceedings re: TRIAL held on 3/31/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>785</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 3/31/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>786</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/10/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>787</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/10/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>788</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/11/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>789</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/11/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>790</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/14/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>791</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/14/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>792</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/15/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>793</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/15/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>794</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/16/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |

| 07/09/2025 | <u>795</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/16/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| --- | --- | --- |
| 07/09/2025 | <u>796</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/17/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>797</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/17/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>798</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/21/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>799</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/21/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>800</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/22/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>801</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/22/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>802</u> | TRANSCRIPT of Proceedings re: TRIAL held on 4/23/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | <u>803</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/23/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) |

| | | |
|---|---|---|
| | | calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 804 | TRANSCRIPT of Proceedings re: TRIAL held on 4/24/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 805 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/24/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 806 | TRANSCRIPT of Proceedings re: TRIAL held on 4/25/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 807 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/25/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 808 | TRANSCRIPT of Proceedings re: TRIAL held on 4/28/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 809 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/28/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 810 | TRANSCRIPT of Proceedings re: TRIAL held on 4/29/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 811 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/29/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar |

| | | |
|---|---|---|
| | | days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 812 | TRANSCRIPT of Proceedings re: TRIAL held on 4/1/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 813 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/1/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 814 | TRANSCRIPT of Proceedings re: TRIAL held on 4/2/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 815 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/2/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 816 | TRANSCRIPT of Proceedings re: TRIAL held on 4/3/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 817 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/3/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 818 | TRANSCRIPT of Proceedings re: TRIAL held on 4/4/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 819 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/4/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |

| 07/09/2025 | 820 | TRANSCRIPT of Proceedings re: TRIAL held on 4/4/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
|---|---|---|
| 07/09/2025 | 821 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/7/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 822 | TRANSCRIPT of Proceedings re: TRIAL held on 4/8/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 823 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/8/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 824 | TRANSCRIPT of Proceedings re: TRIAL held on 4/9/2025 before Judge Colleen McMahon. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/7/2025..(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/09/2025 | 825 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/9/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/09/2025) |
| 07/18/2025 | 826 | REPLY MEMORANDUM OF LAW in Support re: 771 MOTION for Judgment as a Matter of Law . . Document filed by Omnicare, Inc...(Mainigi, Enu) (Entered: 07/18/2025) |
| 07/18/2025 | 827 | REPLY MEMORANDUM OF LAW in Support re: 773 MOTION for New Trial . . Document filed by Omnicare, Inc...(Mainigi, Enu) (Entered: 07/18/2025) |
| 07/18/2025 | 828 | REPLY MEMORANDUM OF LAW in Support re: 769 MOTION for Judgment as a Matter of Law *or, in the Alternative, for a New Trial*. . Document filed by CVS Health Corporation..(Mainigi, Enu) (Entered: 07/18/2025) |
| 08/07/2025 | 829 | MOTION for Niranjana Menon to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Declaration of Niranjana Menon).(Menon, Niranjana) (Entered: 08/07/2025) |
| 08/18/2025 | 830 | DECISION AND ORDER DENYING OMNICARE'S MOTION FOR JUDGMENT AS A MATTER OF LAW; DENYING OMNICARE'S MOTION FOR A NEW TRIAL; AND DENYING CVS HEALTH CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL denying 769 Motion for Judgment as a Matter of Law; denying 771 Motion for |

| | | |
|---|---|---|
| | | Judgment as a Matter of Law; denying 773 Motion for New Trial. For the reasons stated above, Defendant Omnicare's Motion for Judgment as a Matter of Law is DENIED; Defendant Omnicare's Motion for a New Trial is DENIED; and Defendant CVSHC's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial is DENIED. This constitutes a written opinion. The Clerk is directed to remove the motions at Dkt. Nos. 769, 771 and 773 from the Court's list of open motions. The Clerk of Court is directed to enter judgment in favor of the Government as against Omnicare, Inc. in the amount of $948,778,444.10, which consists of damages in the amount of $406,778,444.10 in damages ($135,592,814.70 trebled), plus $542,000,000 in statutory penalties, $164,800,000 of which is joint and several with CVS Health Corporation, see Dkt. No. 779. The Clerk of Court is further directed to enter judgment in favor of the Government as against CVS Health Corporation in the amount of $0 in damages and $164,800,000 in statutory penalties, as to which its liability is joint and several with Omnicare's. See Dkt. No. 779. When judgment is entered, the Clerk is directed to CLOSE this case. (Signed by Judge Colleen McMahon on 8/18/25) (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/18/2025) |
| 08/18/2025 | 831 | CLERK'S JUDGMENT re: 830 Order on Motion for Judgment as a Matter of Law, Order on Motion for New Trial. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated August 18, 2025, Defendant Omnicare's Motion for Judgment as a Matter of Law is DENIED; Defendant Omnicare's Motion for a New Trial is DENIED; and Defendant CVSHC's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial is DENIED. This constitutes a written opinion. Judgment is entered in favor of the Government as against Omnicare, Inc. in the amount of $948,778,444.10, which consists of damages in the amount of $406,778,444.10 in damages ($135,592,814.70 trebled), plus $542,000,000 in statutory penalties, $164,800,000 of which is joint and several with CVS Health Corporation, see Dkt. No. 779. Judgment is entered in favor of the Government as against CVS Health Corporation in the amount of $0 in damages and $164,800,000 in statutory penalties, as to which its liability is joint and several with Omnicare's. See Dkt. No. 779; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 8/18/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 08/18/2025) |
| 08/18/2025 | | Terminate Transcript Deadlines (km) (Entered: 08/18/2025) |
| 08/18/2025 | 832 | MOTION to Amend/Correct 831 Clerk's Judgment,,,,,, . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Proposed Order on Motion to Correct Docket Entry No. 831).(Hazelwood, Benjamin) (Entered: 08/18/2025) |
| 08/21/2025 | 833 | MOTION for Eric Kuhl to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Declaration of Eric Kuhl).(Kuhl, Eric) (Entered: 08/21/2025) |
| 08/25/2025 | 834 | LETTER MOTION for Extension of Time to File *Motion for Attorneys' Fees and Nontaxable Expenses* addressed to Judge Colleen McMahon from Douglas Dehler dated August 25, 2025. Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 08/25/2025) |
| 08/27/2025 | 835 | ORDER granting 834 Letter Motion for Extension of Time to File. Ok. SO ORDERED. (Signed by Judge Colleen McMahon on 8/27/2025) (ar) (Entered: 08/27/2025) |
| 08/27/2025 | | Set/Reset Deadlines: Motions due by 9/16/2025. (ar) (Entered: 08/27/2025) |
| 09/04/2025 | 836 | MOTION for Edward Webre Plaut to Withdraw as Attorney . Document filed by CVS Health Corporation, Omnicare, Inc.. (Attachments: # 1 Affidavit Declaration of Edward Webre Plaut).(Plaut, Edward) (Entered: 09/04/2025) |
| 09/04/2025 | 837 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Uri Bassan. Document filed by Uri Bassan. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)**...(Dehler, Douglas) (Entered: 09/04/2025) |

| 09/04/2025 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 837 Notice of Voluntary Dismissal was reviewed and referred to Judge Colleen McMahon for approval for the following reason(s): Notice of voluntary dismissal of State FCA Claims. (km) (Entered: 09/04/2025) |
|---|---|---|
| 09/08/2025 | 838 | MEMO ENDORSEMENT granting 833 Motion to Withdraw as Attorney. ENDORSEMENT: Motion Granted. Attorney Eric Alan Kuhl terminated. (Signed by Judge Colleen McMahon on 9/8/2025) (jca) (Entered: 09/08/2025) |
| 09/08/2025 | 839 | MEMO ENDORSEMENT granting 836 Motion to Withdraw as Attorney. ENDORSEMENT: Motion granted. Attorney Edward Webre Plaut terminated. (Signed by Judge Colleen McMahon on 9/8/2025) (jca) (Entered: 09/08/2025) |
| 09/13/2025 | 840 | MOTION for Monica P. Folch to Withdraw as Attorney *for the United States*. Document filed by UNITED STATES OF AMERICA..(Folch, Monica) (Entered: 09/13/2025) |
| 09/15/2025 | 841 | NOTICE OF APPEAL from 831 Clerk's Judgment,,,,, 830 Order on Motion for Judgment as a Matter of Law,, Order on Motion for New Trial,,,,,,,,,,,,,,,. Document filed by CVS Health Corporation. Filing fee $ 605.00, receipt number ANYSDC−31714849. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainigi, Enu) (Entered: 09/15/2025) |
| 09/15/2025 | 842 | NOTICE OF APPEAL from 831 Clerk's Judgment,,,,, 830 Order on Motion for Judgment as a Matter of Law,, Order on Motion for New Trial,,,,,,,,,,,,,,,. Document filed by Omnicare, Inc.. Filing fee $ 605.00, receipt number ANYSDC−31714890. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainigi, Enu) (Entered: 09/15/2025) |
| 09/15/2025 | 843 | LETTER MOTION for Extension of Time *to File Motion for Attorneys' Fees and Nontaxable Expenses* addressed to Judge Colleen McMahon from Douglas Dehler dated September 15, 2025. Document filed by Uri Bassan..(Dehler, Douglas) (Entered: 09/15/2025) |
| 09/16/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 841 Notice of Appeal. (tp) (Entered: 09/16/2025) |
| 09/16/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 842 Notice of Appeal. (tp) (Entered: 09/16/2025) |
| 09/16/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 841 Notice of Appeal, filed by CVS Health Corporation were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/16/2025) |
| 09/16/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 842 Notice of Appeal, filed by Omnicare, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/16/2025) |